# EXHIBIT 8



Riley

**IN THE COMMON PLEAS COURT OF LICKING COUNTY**
**DOMESTIC RELATIONS DIVISION**

CLERK COMMON PLEAS COURT
LICKING CO. OHIO
2012 OCT 25 PM 3: 05
GARY R. WALTERS
CLERK

GEORGE MICHAEL RILEY, SR. :
596 Moull Street #12 : RECEIVED
Newark, Ohio 43055 : From Client
SSN: XXX-XX-3572 : OCT 30 2012
DOB: 08-14-63 :
: RECEIVED
Plaintiff, :
:
vs. : Case No. 12DR1340
:
KATHERINE CORBIN RILEY :
596 Moull Street #12 :
Newark, Ohio 43055 :
SSN: XXX-XX-3287 :
DOB: 05-12-59 :
:
Defendant. :

## COMPLAINT FOR DIVORCE

1. Plaintiff has been a resident of the State of Ohio for more than six (6) months and a resident of Licking County for more than ninety (90) days immediately preceding the filing of this Complaint.

2. Plaintiff and Defendant were married June 6, 2007 in Clearwater, Florida.

3. Plaintiff and Defendant are incompatible as husband and wife.

4. Defendant is guilty of extreme cruelty and gross neglect of duty towards Plaintiff.

5. There were no children born as issue of this marriage and the Defendant is not pregnant.

6. Plaintiff and Defendant are the owners of miscellaneous personal property and owe various debts.

CHRISTIANSEN CO., L.P.A.
ATTORNEYS AND
COUNSELORS AT LAW
172 HUDSON AVENUE
NEWARK, OHIO 43055

740/349-7414
FAX 740/349-0889

RILEY VS RILEY
COMPLAINT FOR DIVORCE
PAGE 2

7. Neither party is in bankruptcy.

WHEREFORE, Plaintiff demands that he be granted an absolute divorce from Defendant; that he be awarded his equitable share of the marital property; that he be awarded his separate property; and for such other and further relief as the court may deem proper.

*(signature)*
Vicky M. Christiansen (0006214)
CHRISTIANSEN CO., L.P.A.
172 Hudson Avenue
Newark, Ohio 43055
Phone: (740) 349-7414
Fax: (740) 349-0869
Email: christiansen_company@windstream.net
Attorneys for Plaintiff

STATE OF OHIO,
COUNTY OF LICKING, §:

I, George Michael Riley, Sr., being duly sworn and cautioned according to law, hereby state that I am the Plaintiff in the above captioned action; that I have read the foregoing Complaint; and that the facts stated and allegations contained therein are true to the best of my knowledge and belief.

*(signature)*
George Michael Riley, Sr., Plaintiff

Sworn to before me and subscribed in my presence this 24th day of October, 2012.

*(signature)*
Notary Public

MARY JANE SEYMOUR
Notary Public, State of Ohio
My Commission Expires
March 30, 2014

CHRISTIANSEN CO., L.P.A.
ATTORNEYS AND
COUNSELORS AT LAW
72 HUDSON AVENUE
NEWARK, OHIO 43055

740/349-7414
FAX 740/349-0869

# EXHIBIT 9

PLEAS COURT
LICKING CO. OHIO

2013 JAN -2 PM 1:18

GARY R. WALTERS
CLERK

## COURT OF COMMON PLEAS
LICKING COUNTY, OHIO

RECEIVED

Plaintiff/Petitioner: GEORGE M. RILEY SR.

Case No. 12 DR 01340
Judge CRB
Magistrate SNYDER

JAN -7 2013

RECEIVED

v./and

Respondent/Petitioner: KATHARINE C. RILEY

**Instructions:** Check local court rules to determine when this form must be filed.
List ALL OF YOUR PROPERTY AND DEBTS, the property and debts of your spouse, and any joint property or debts. Do not leave any category blank. For each item, if none, put "NONE." If you do not know exact figures for any item, give your best estimate, and put "EST." If more space is needed, add additional pages.

### AFFIDAVIT OF PROPERTY
Affidavit of GEORGE M. RILEY SR.
(Print Your Name)

**I. REAL ESTATE INTERESTS**

I DO NOT OWN ANY REAL PROPERTY.

| Address | Present Fair Market Value | Titled To | Mortgage Balance | Equity (as of date) |
|---|---|---|---|---|
| 1. ∅ | $ | ☐ Husband ☐ Wife ☐ Both | $ | $ |
| 2. | $ | ☐ Husband ☐ Wife ☐ Both | $ | $ |

TOTAL SECTION I: REAL ESTATE INTERESTS   $ ∅

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 2
Affidavit of Property
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 1 of 7

II. OTHER ASSETS

| Category | Description (List who has possession) (Include model and year of automobiles, trucks, motorcycles, boats, motors, motor homes, etc.) | Titled To | Value/Date of Value |
|---|---|---|---|
| A. Vehicles and Other Certificate of Title Property | | | |
| 1. 1994 CHEVY S10 | H | ☒ Husband ☐ Wife ☐ Both | $ $2,000.00 NO LIEN |
| 2. 2011/2012 HONDA CIVIC | W | ☐ Husband ☒ Wife ☐ Both | $ $17,000 NO LIEN |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 5. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 6. | | ☐ Husband ☐ Wife ☐ Both | $ |

B. Financial Accounts (Include checking, savings, CDs, POD accounts, money market accounts, etc.)

HUSBAND HAS NO FINANCIAL ACCOUNTS.

| | | Titled To | Value |
|---|---|---|---|
| 1. CHECKING ACCOUNT | W | ☐ Husband ☒ Wife ☐ Both | $ UNKNOWN |
| 2. SAVINGS ACCOUNT | W | ☐ Husband ☒ Wife ☐ Both | $ UNKNOWN |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 2
Affidavit of Property
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 2 of 7

| Category | Description (List who has possession) | Titled To | Value/Date of Value |
|---|---|---|---|
| C. Pensions & Retirement plans | (Include profit-sharing, IRAs, 401k plans, etc.; Describe each type of plan) HUSBAND HAS NO PENSION/RETIREMENT ACCOUNTS. | ☐ Husband ☒ Wife ☐ Both | $ UNKNOWN |
| 1. 401(k) | W | | |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |
| D. Publicly Held Stocks, Bonds, Securities & Mutual Funds | | | |
| 1. ∅ | | ☐ Husband ☐ Wife ☐ Both | $ |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |

| Category | Description (List who has possession) (Type of ownership and number) | Titled To | Value/Date of Value |
|---|---|---|---|
| E. Closely Held Stocks & Other Business Interests and Name of Company | | | |
| 1. MIKE RILEY SOLE PROPRIETORSHIP | H | ☒ Husband ☐ Wife ☐ Both | $ ∅ |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |

| F. Life Insurance Type (Term/Whole Life) | (Any cash value or loans) | | (Insured party & value upon death) |
|---|---|---|---|
| 1. H HAS NO LIFE INSURANCE | | ☐ Husband ☐ Wife ☐ Both | $ |
| 2. W'S LIFE INSURANCE IS UNKNOWN. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |

| Category | Description | Who Has Possession | Value/Date of Value |
|---|---|---|---|
| G. Furniture & Appliances | (Estimate value of those in your possession, and value of those in your spouse's possession) | | |
| 1. H | FURNITURE WORTH $5,000 GIVEN TO H by H'S FATHER | ☒ Husband ☐ Wife ☐ Both | $ 5,000 est - Gift to H from H's fat. |
| 2. W | $10,000 - in W'S possession in FLORIDA | ☐ Husband ☒ Wife ☐ Both | $ 10,000 est |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |

| Category | Description | Titled To | |
|---|---|---|---|
| H. Safe Deposit Box | (Give location and describe contents) | | |
| 1. ∅ | | ☐ Husband ☐ Wife ☐ Both | $ |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 2
Affidavit of Property
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

| I. Transfer of Assets | Explanation: List the name and address of any person (other than creditors listed on your Affidavit) who has received money or property from you exceeding $300 in value in the past 12 months and the reason for each transfer. | | |
|---|---|---|---|
| 1. 0 | | ☐ Husband ☐ Wife ☐ Both | $ |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 3. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 4. | | ☐ Husband ☐ Wife ☐ Both | $ |

| Category | Description (Also list who has possession) | Titled To | Value/Date of Value |
|---|---|---|---|
| J. All Other Assets Not Listed Above | Explanation: List any item you have not listed above that is considered an asset. | | |
| 1. | | ☐ Husband ☐ Wife ☐ Both | $ |
| 2. | | ☐ Husband ☐ Wife ☐ Both | $ |

TOTAL SECTION II: OTHER ASSETS  $ 34,000 EST

III. SEPARATE PROPERTY CLAIMS: Pre-marital assets, gifts to one spouse only, inheritances

If you are making any claims in any of the categories below, explain the nature and amount of your claim. This includes, but is not limited to, inheritances, property owned before marriage, and any pre-marital agreements.

| Category (Pre-marital Gift, Inheritance, etc., acquired after separation) | Description | Why do you claim this as a separate property? | Present Fair Market Value |
|---|---|---|---|
| 1. Gift to H from H's Father | - $5,000 in furniture | | $ 5,000 EST. |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |
| 5. | | | $ |

TOTAL SECTION III: SEPARATE PROPERTY CLAIMS  $ 5,000 EST.

IV. DEBT

List ALL OF YOUR DEBTS, the debts of your spouse, and any joint debts. Do not leave any category blank. For each item, if none, put "NONE." If you don't know exact figures for any item, give your best estimate, and put "EST." If more space is needed to explain, please attach an additional page with the explanation and identify which question you are answering.

| Type | Name of Creditor/Purpose of Debt | Account Name | Name(s) on Account | Total Debt Due | Monthly Payment |
|---|---|---|---|---|---|
| A. Secured Debt (Mortgages, Car, etc.) | | | | | |
| 1. 0 | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 2. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 3. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 4. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 5. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| B. Unsecured Debt, including credit cards | | | | | |
| 1. $96,000 | Debt to Gutknecht Construction | | ☑ Husband ☐ Wife ☐ Joint | $ 96,000 | $ NONE - IN FOREBEARANCE |
| 2. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 3. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 4. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |
| 5. | | | ☐ Husband ☐ Wife ☐ Joint | $ | $ |

TOTAL SECTION IV: DEBT  $ 96,000

## V. BANKRUPTCY

| Filed by: Wife, Husband, Both | Date of Filing: Case Number | Date of Discharge or Relief from Stay | Type of Case (Ch. 7, 11, 12, 13) | Current Monthly Payments |
|---|---|---|---|---|
| 1. ☐ Husband ☒ Wife ☐ Both | Unknown | Currently pending | unknown | $ |
| 2. ☐ Husband ☐ Wife ☐ Both | | | | $ |

TOTAL SECTION V: BANKRUPTCY  $ Unknown

## OATH

(Do Not Sign Until Notary is Present)

I, (print name) GEORGE M. RILEY SR. swear or affirm that I have read this document and, to the best of my knowledge and belief, the facts and information stated in this document are true, accurate and complete. I understand that if I do not tell the truth, I may be subject to penalties for perjury.

_____
Your Signature

Sworn before me and signed in my presence this 20 day of DECEMBER, 2012.

Julia K. Fix, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

Notary Public
My Commission Expires: N/A

I certify that the foregoing document was served in accordance with Rule 5 of the Ohio Rules of Civil Procedure by mailing a copy of same on 1/3/13.

_____
Attorney at Law

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 2
Affidavit of Property
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 7 of 7