# In The Matter Of:

*COMMODORE BANK v.*
*GEORGE MICHAEL RILEY, SR.*

---

*GEORGE MICHAEL RILEY, SR.*
*November 4, 2013*

---

*NEARY REPORTING SERVICES, LLC*
*228 Kinsey Road*
*Xenia, Ohio  45385*
*Phone (937) 402-0081 *******
*nearyreportingservices@yahoo.com*

Original File 110413GR.txt
Min-U-Script® with Word Index

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013)   Page 2 of 37

GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.
November 4, 2013

**Page 1**

```
 1            UNITED STATES BANKRUPTCY COURT
 2             SOUTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                    *   *   *
 5   In Re:
 6           GEORGE MICHAEL RILEY, SR.
 7                    *   *   *
 8   COMMODORE BANK
 9           Plaintiff,
10   vs.               CASE NO. 12-60636
11               ADVERSARIAL PROCEEDING NO:
12               13-ap-02094
13   GEORGE MICHAEL RILEY, SR.,
14           Defendant.
15                    *   *   *
16           Deposition of GEORGE MICHAEL RILEY,
17   SR., Defendant herein, called by the Plaintiff
18   for examination pursuant to the Rules of Civil
19   Procedure, taken before me, Melissa A. Neary, a
20   Notary Public and Professional Reporter in and
21   for the State of Ohio, at the offices of
22   Dinsmore & Shohl, 191 West Nationwide
23   Boulevard, Columbus, Ohio, on Monday, November
24   4, 2013, at 1:51 p.m.
25                    *   *   *
```

**Page 2**

```
 1                  INDEX
 2                                  PAGE
 3
 4   BY MR. BECKER:                   4
 5
 6                EXHIBITS
 7   Plaintiff's Exhibit Number 12    7
 8   Plaintiff's Exhibit Number 13    8
 9   Plaintiff's Exhibit Number 14   12
10   Plaintiff's Exhibit Number 15   14
11   Plaintiff's Exhibit Number 16   15
12   Plaintiff's Exhibit Number 17   17
13   Plaintiff's Exhibit Number 18   57
14   Plaintiff's Exhibit Number 19   71
15   Plaintiff's Exhibit Number 20   80
16   Plaintiff's Exhibit Number 21   81
17   Plaintiff's Exhibit Number 22   81
18   Plaintiff's Exhibit Number 23   97
19
20
21
22
23
24
25
```

**Page 3**

```
 1                  APPEARANCES
 2   On behalf of the Plaintiff:
 3       Gary E. Becker, Esq.
         Dinsmore & Shohl
 4       255 East Fifth Street
         1900 Chemed Center
 5       Cincinnati, Ohio  45202
 6
 7
 8   On behalf of the Defendant:
 9       Michael T. Gunner, Esq.
         3535 Fishinger Boulevard
10       Suite 220
         Hilliard, Ohio  43026
11
12   ALSO PRESENT:  Jeff Danford
13
14                    *   *   *
```

**Page 4**

```
 1       GEORGE MICHAEL RILEY, SR.,
 2   of lawful age, Defendant herein, having been
 3   first duly cautioned and sworn, as hereinafter
 4   certified, was examined and said as follows:
 5                  EXAMINATION
 6   BY MR. BECKER:
 7       Q.  Good afternoon, Mr. Riley.  We've met
 8   before.  My name is Gary Becker.  We are here
 9   today pursuant to a Notice to take your
10   deposition in the adversarial proceeding that's
11   pending in federal bankruptcy court, Case
12   13-02094.
13       The last time that we were here in
14   this office taking a deposition, you were
15   designated by Ohio Rock to be the spokesperson
16   for Ohio Rock, or the person most knowledgeable
17   about certain specific questions.
18       Today you are here as yourself,
19   Mr. Riley, so that's the reason why we're doing
20   two separate depositions.  I know you've been
21   through these before, so you know basically how
22   they work.  If you don't understand my
23   question, you tell me and I will try and
24   rephrase it so we're on the same page.
25       What is your current address today,
```

Page 5

1    Mr. Riley?
2    A.    594 Moull Street, Newark, Ohio.
3    Q.    Same place you were living last time?
4    A.    Yes.
5    Q.    And who's currently paying the rent
6    at that address?
7    A.    Me.
8    Q.    And what bank account are you using
9    to pay the rent out of?
10    A.    I don't have one.
11    Q.    Well, how are you paying the rent?
12    A.    Cash.
13    Q.    Who do you pay it to?
14    A.    To the land owner.
15    Q.    Who is that?
16    A.    I can't think of his name right now.
17    Q.    Where is it at?
18    A.    If it comes to me, I will let you
19    know.
20    Q.    No, where is the person who you pay
21    the cash to?
22    A.    He comes by the condo.
23    Q.    So you have no bank accounts?
24    A.    No.
25    Q.    No access to any bank accounts?

Page 6

1    A.    No.
2    Q.    When is the last time you had access
3    to a bank account?
4    A.    I don't remember.
5    Q.    Within the last three months?
6    A.    I don't remember.
7    Q.    We produced documents during the Ohio
8    Rock deposition from a bank account that you
9    controlled for Ohio Rock, and those indicated
10    that the last documents that you produced were
11    in May of 2013.  Have you had correspondence
12    from PNC Bank since May of 2013?
13    A.    I don't know if that's the correct
14    date, so, again, I'll say I don't know.
15    Q.    Did you close the Ohio Rock bank
16    account?
17    A.    I did not.
18    Q.    Has anybody closed it?
19    A.    I don't know.
20    Q.    Are you still getting statements?
21    A.    I don't.
22    Q.    Do you still have the P.O. Box where
23    the statements from PNC Bank were going to?
24    A.    I haven't been there.
25    Q.    But you still have it?

Page 7

1    A.    If it's -- I don't know.
2        MR. GUNNER: Well, you haven't closed
3    it out, right?
4        THE WITNESS: No.
5        MR. BECKER: Let's mark this as an
6    exhibit.
7        (Plaintiff's Exhibit Number 12 was
8    marked for identification.)
9        THE WITNESS: If this has anything to
10    do with Ohio Rock, I can't speak on their
11    behalf without them present.
12    Q.    Sir, I've handed you what's marked as
13    Exhibit 12.  You and your counsel, could you
14    take a look at that for me for a second?  Let
15    me know when you've had a chance to review it.
16        All I'm going to ask you about is
17    this is a document from PNC Bank from the
18    account that you identified at the last
19    deposition for Ohio Rock is six pages, and they
20    are marked PNC001 through 6, and I'm going to
21    ask you about the third of those pages.  Let me
22    know when you've had a chance to review that.
23    Have you reviewed what has been marked as
24    Exhibit 12, sir?
25    A.    I looked at it.

Page 8

1    Q.    Yeah.  Is that your signature that
2    appears on the third page next to your name,
3    George Michael Riley, Senior, manager?
4    A.    It could be.
5    Q.    Well, is it or is it not?
6    A.    It looks like it.
7    Q.    And you are a signatore, then, on the
8    bank account for PNC Bank for Ohio Rock
9    Industries, Limited, correct?
10    A.    Okay.
11    Q.    Correct?
12    A.    Yes.
13    Q.    And you haven't closed that account,
14    right?
15    A.    I answered that.
16        MR. BECKER: Let's mark this one as
17    13.
18        (Plaintiff's Exhibit Number 13 was
19    marked for identification.)
20    Q.    I'm handing you what's labeled as
21    Defendant's exhibit -- actually, Plaintiff's
22    Exhibit 13.  Sorry about that.  These are
23    documents that we obtained from the domestic
24    relations proceeding that you are involved in
25    in Licking County, Ohio, Case 12-DR-01340.

Page 9

1    Let me know when you've had a chance
2  to confirm that that's the document you have in
3  front of you, and I'll ask you just, first of
4  all, whether these are documents that you filed
5  in that proceeding?
6    A.    That would be documents that an
7  attorney filed, I guess, on my behalf.
8    Q.    All right.  So Exhibit 13 are all
9  documents that were filed on your behalf in the
10  George M. Riley, Senior, versus Katharine C.
11  Riley divorce proceeding, correct?  Correct?
12    A.    I don't know.
13    Q.    Well, they are file stamped in that
14  case, are they not, on the top right, first
15  page?  You can see the stamp, January 2, 2013,
16  Gary Walters, Clerk?
17    A.    Okay.
18    Q.    Is the handwriting on those documents
19  yours?
20    A.    No.
21    Q.    Did you review these documents before
22  they were filed on your behalf?
23    A.    I don't remember.
24    Q.    Who gave you the information that's
25  contained in them?

Page 10

1    A.    Excuse me?
2    Q.    The information that's contained on
3  the document, you know, the numbers and the
4  data, where did that information come from?  Did
5  you provide it?
6    A.    I may have.
7    Q.    Is that your signature on the --
8  about the seventh page in of the exhibit?  It
9  says seven of seven.
10    A.    Yes.
11    Q.    That is your signature?
12    A.    Yes.
13    Q.    So you reviewed the information
14  before it was filed on your behalf?
15    A.    Okay.
16    Q.    Did you or did you not?
17    A.    I may have.  I don't remember.
18    Q.    Well, sir, this says that you are
19  swearing to the accuracy of these statements
20  under oath when you signed it.
21    A.    Okay.
22    Q.    So did you swear to the accuracy of
23  these statements under oath?
24    A.    Yes, I must have.
25    Q.    Okay.  How did you arrive here today?

Page 11

1    A.    How did I get here?
2    Q.    Yes.
3    A.    I borrowed a car.
4    Q.    Whose car did you borrow?
5    A.    My brother's.
6    Q.    What kind of car is it?
7    A.    Excuse me?
8    Q.    What kind of car is it?
9    A.    It's a -- it's a Chevy of some kind.
10    Q.    Is it a car that you drive regularly
11  or did you borrow it just for today?
12    A.    It's a car that I'm using for today
13  or tomorrow.
14    Q.    How long have you been driving that
15  car?
16    A.    Couple days.
17    Q.    What did you drive before that?
18    A.    Whatever he had available for me.
19    Q.    So you have been borrowing cars from
20  your brother?
21    A.    Uh-huh.
22    Q.    How long have you been doing that?
23    A.    Off and on all my life.
24    Q.    Since you've been out of prison, how
25  have you been driving?  What cars have you been

Page 12

1  driving?
2    A.    Off and on, all my life.
3    Q.    That wasn't my question.  What cars
4  have you been driving since you got out of
5  prison?
6    A.    Different cars.
7    Q.    Who owns them?
8    A.    Different people.  I don't know the
9  list.  I don't own them.
10    Q.    None of the vehicles you have been
11  driving since you were released from prison did
12  you own?
13    A.    No.
14    Q.    Do you lease any of them?
15    A.    No.
16    Q.    You just borrow them from friends or
17  family?
18    A.    Uh-huh, yes.
19        (Plaintiff's Exhibit Number 14 was
20  marked for identification.)
21    Q.    I want you to take a look at what has
22  now been marked as Plaintiff's Exhibit 14.
23  It's a copy of your Ohio driver's license; is
24  it not?
25    A.    Yes.

Page 13

```
 1   Q.   Have you ever resided at T111 Riley
 2   Road in Barton, Ohio?
 3   A.   Yes.
 4   Q.   When is the last time you resided
 5   there?
 6   A.   I have no idea.
 7   Q.   A year ago, six years ago, ten years
 8   ago?
 9   A.   That's my parents' house.
10   Q.   So when is the last time you lived
11   there?
12   A.   I could go there any time I wish.
13   Q.   That wasn't my question.  When is the
14   last time you lived there?
15   A.   What you consider living and what I
16   consider living could be two different
17   considers of living.
18   Q.   When is the last time you spent more
19   than two consecutive evenings at that
20   residence?
21   A.   I don't remember.
22   Q.   More than five years ago?
23   A.   I don't remember.
24   Q.   Do you have a driver's license in any
25   state other than Ohio?
```

Page 14

```
 1   A.   No.
 2   Q.   Do you have a commercial driver's
 3   license?
 4   A.   I think they are a commercial
 5   driver's license.
 6   Q.   Is it your position that this
 7   driver's license that we've marked as Exhibit
 8   14 allows you to drive a commercial vehicle?
 9   A.   I believe.  I may be wrong, but --
10   Q.   Have you driven commercial vehicles
11   on the interstate highways since you have been
12   released from prison?
13   A.   A commercial vehicle?
14   Q.   Yes, sir.
15   A.   I have not.
16        (Plaintiff's Exhibit Number 15 was
17   marked for identification.)
18        MR. BECKER: That's the bankruptcy
19   pleadings.
20   Q.   Sir, I've handed you what has been
21   marked as Exhibit 15, which is a copy of the
22   bankruptcy filing that you made in this case on
23   December 14, 2012.  Did you review that
24   information before it was filed on your behalf?
25   A.   Yes, I did.
```

Page 15

```
 1   Q.   And is the information true and
 2   accurate that's contained therein?
 3   A.   To the best of my knowledge.
 4   Q.   Have you --
 5        (Plaintiff's Exhibit Number 16 was
 6   marked for identification.)
 7   Q.   I'll hand you a copy of what we've
 8   marked as Exhibit 16, which is a General
 9   Warranty Deed With Survivorship Rights that
10   appear to have been dated September 24, 2001.
11   Let me know when you've had a chance to look at
12   this document.  Have you had a chance to look
13   at it, sir?
14        THE WITNESS: Mike?
15        MR. GUNNER: He's asking you.
16   Q.   I'm asking you.
17   A.   Yes.
18   Q.   Is that your signature that appears
19   in the middle of the page where it says George
20   Michael Riley, Senior, President?
21   A.   It doesn't look like it, but it could
22   be.
23   Q.   Well, did you sign this document or
24   not?
25   A.   That's many years ago.  I don't know.
```

Page 16

```
 1   Q.   What is Mihajlo, M I H A L -- I'm
 2   sorry -- M I H A J L O, Enterprises, Inc.
 3   A.   You tell me.  I don't know.
 4   Q.   Well, sir, it's got your signature as
 5   the president of that company on a document
 6   that was notarized, sworn to under oath, and
 7   filed in Belmont County Common Pleas Court.  At
 8   least Belmont County Court.  It was filed with
 9   the court's office, or recorder's office, I
10   should say.  So we have a document that was
11   filed for record in Belmont County, Ohio, on
12   September 28, 2001, listing you as the
13   president of Mihajlo Enterprises, Inc.  I'm
14   asking you, what is Mihajlo Enterprises, Inc.?
15   A.   I don't know.
16   Q.   Well, were you the president of that
17   company?
18   A.   I don't remember.
19   Q.   Does it still exist?
20   A.   I don't know.
21   Q.   When is the last time it transacted
22   any business?
23   A.   I don't know.
24   Q.   What business did it transact when it
25   did transact business?
```

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013)   Page 6 of 37

GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

Page 17

```
 1    A.   I don't know.
 2    Q.   How did you become the president of
 3  it?
 4    A.   I don't know.
 5         (Plaintiff's Exhibit Number 17 was
 6  marked for identification.)
 7    Q.   I'll hand you a copy of what is
 8  marked as Exhibit 17.  Let me know when you've
 9  had a chance to look at that one.  Have you
10  looked at the document, sir?
11    A.   I have.
12    Q.   Is that your signature that appears
13  on the piece of correspondence?
14    A.   It's very vague.  I can't -- my copy
15  is very vague.
16    Q.   Well, I'm asking you whether you
17  recognize what's there as your signature over
18  the top of what is typed as G.M. Riley,
19  President?
20    A.   It's vague.
21    Q.   So you can't say if it's your
22  signature or not?
23    A.   I cannot.
24    Q.   All right.  Were you the president of
25  Mobile Crushing & Screening in November of
```

Page 18

```
 1  2005?
 2    A.   I don't remember.
 3    Q.   Have you ever been president of
 4  Mobile Crushing & Screening?
 5    A.   I don't know.
 6    Q.   Did you ever represent to anyone that
 7  you were president of Mobile Crushing &
 8  Screening?
 9    A.   I don't remember.
10    Q.   Was Mobile Crushing and Screening's
11  parent organization United Waste Services,
12  Inc.?
13    A.   Was it what?
14    Q.   United Waste Services, Inc.?
15    A.   I don't know.
16    Q.   Were you the president of United
17  Waste Services, Inc., in November of 2005?
18    A.   I don't know.
19    Q.   Were you ever the president of United
20  Waste Services, Inc.?
21    A.   I don't know.
22    Q.   Were you ever an officer or employee
23  of United Waste Services, Inc.?
24    A.   I was.
25    Q.   What were you?
```

Page 19

```
 1    A.   I don't know.  I don't remember.
 2    Q.   When is the last time that business,
 3  that organization did business?
 4    A.   I don't know.
 5    Q.   Is it still doing business?
 6    A.   I have no idea.
 7    Q.   Who were the other officers of United
 8  Waste Services, Inc.?
 9    A.   I don't know.
10    Q.   Who was the owner of United Waste
11  Services, Inc.?
12    A.   I thought it was its own entity.
13    Q.   Did you form it?
14    A.   I don't remember.
15    Q.   What is Black Diamond Demolition
16  Limited?
17    A.   I have no idea.
18    Q.   Were you the registered agent in
19  Tampa, Florida, for Black Diamond Demolition
20  Limited?
21    A.   I don't know.
22    Q.   I'm looking at electronic articles
23  for organization for a Florida limited
24  liability company, Black Diamond Demolition
25  Limited, which indicates you were the
```

Page 20

```
 1  registered agent as of -- I'm sorry, November
 2  30, 2005.  Is that true or not true?
 3    A.   Make it an exhibit and let us see the
 4  information.  You're reading across the table
 5  of something we have no idea of.
 6    Q.   I'm just asking you, sir, were you
 7  the registered agent for Black Diamond
 8  Demolition Limited in November of 2005?
 9    A.   I don't know.
10    Q.   Were you an officer of that entity as
11  well?
12    A.   I don't know.
13    Q.   Were you an employee of it?
14    A.   I don't remember.
15    Q.   Who formed it?
16    A.   I don't know.
17    Q.   Is it still doing business?
18    A.   I don't know.
19    Q.   When you were doing demolition work
20  in Florida, what company were you utilizing?
21    A.   I don't remember.
22    Q.   It was Black Diamond Demolition
23  Limited, was it not?
24    A.   Is that what you say?
25    Q.   I'm asking you the question, sir.
```

Page 21

1   A.   I said I don't remember.
2   Q.   You did demolition work in Tampa,
3 Florida, did you not?
4   A.   I did.
5   Q.   What company did you do it under?
6   A.   I don't remember.
7   Q.   So it could have been Black Diamond
8 Demolition Limited?  You are not denying that,
9 correct?
10   A.   I don't remember.
11   Q.   But you are not denying it?
12   A.   I said I don't remember.
13   Q.   That's not my question.
14   A.   My answer is I don't remember.
15   Q.   You don't remember if you are denying
16 it?
17   A.   No.  Your question was to me, do I
18 know anything about Black Diamond Demolition
19 Limited.
20   Q.   That wasn't my question.
21   A.   I don't know what your question was.
22 Repeat it, please.
23   Q.   My question is, are you denying that
24 you were doing work, demolition work, for Black
25 Diamond Demolition Limited in 2005 and '06?

Page 22

1   A.   No.  I'm telling you I don't
2 remember.
3   Q.   But you don't deny it?
4   A.   I don't remember.
5   Q.   What is 1221 Palm Harbor, LLC?
6   A.   I don't know.
7   Q.   Were you affiliated with 1221 Palm
8 Harbor, LLC?
9   A.   Let us see the document.  We don't
10 know.  I don't know.
11   Q.   I don't have to show you anything,
12 sir.  I'm just asking whether you were
13 affiliated with 1221 Palm Harbor, LLC?
14   A.   I don't know.
15   Q.   You don't know if you are affiliated
16 with 1221 Palm Harbor, LLC?
17   A.   I gave you my answer.
18   Q.   Your answer was you didn't know.  Are
19 you denying it or you just don't know?
20   A.   I don't know.
21   Q.   So you don't deny it?
22   A.   I answered you.
23   Q.   Are you familiar with the address 300
24 Johnet, J O H N E T, Drive in St. Clairsville,
25 Ohio?

Page 23

1   A.   Am I familiar with it?
2   Q.   Yes, sir.
3   A.   I don't know.
4   Q.   Did you obtain a mortgage for that
5 residence?
6   A.   Did I?
7   Q.   Yes, sir.
8   A.   I don't know.
9   Q.   Who owns it now?
10   A.   I don't know.
11   Q.   Did you ever own it?
12   A.   I don't know.
13   Q.   So you don't deny it?
14   A.   I don't know.
15   Q.   Did you ever live there?
16   A.   I don't remember.
17   Q.   What did you do with the Dodge Ram
18 that you bought from A&B Auto Sales in
19 Bellaire?
20   A.   I don't remember.
21   Q.   When did you own it?
22   A.   I don't remember.
23   Q.   Do you still own it?
24   A.   I don't think so.
25   Q.   So you could?

Page 24

1   A.   I don't know.
2   Q.   You just don't know.  Okay.  What did
3 you do with the money that you borrowed from
4 Manhattan Mortgage Company?
5   A.   What money was that?
6   Q.   It was in excess of $100,000.
7   A.   I believe you are not telling the
8 truth.
9   Q.   Did you borrow in excess of $100,000
10 from Manhattan Mortgage Company?
11   A.   Who is Manhattan Mortgage?
12   Q.   I'm asking the questions, sir.
13   A.   I can't give the answer if I don't
14 understand what you are saying.
15   Q.   So you deny that you obtained more
16 than $100,000 from Manhattan Mortgage Company?
17   A.   I don't remember.
18   Q.   You don't deny it, then, right?
19   A.   I gave you my answer.
20   Q.   Who pays your cell phone bill?
21   A.   Excuse me?
22   Q.   Your cell phone that you just looked
23 at, who pays the bill?
24   A.   My brother or my dad.
25   Q.   What service is it through?

Page 25

1    A.   I don't know.
2    Q.   What is Ireland Equipment Company,
3  Inc.?
4    A.   I don't know.
5    Q.   You used to own it, did you not?
6    A.   I don't know.
7    Q.   Does it still function?
8    A.   I don't know.
9    Q.   Do you still own it?
10   A.   I don't know if I do or don't.
11   Q.   What did it own when you owned it?
12   A.   Again, I don't know if I owned it.  I
13  don't remember.
14   Q.   What is at 10191 Mill Dam Road in
15  Hebron, Ohio?
16   A.   I don't know.
17   Q.   Before I mark this as an exhibit,
18  tell me if that's your signature on the --
19   A.   We will mark it as an exhibit.
20   Q.   I don't have to mark anything as an
21  exhibit.  You don't get to dictate what I do in
22  the deposition.  Just answer my questions.
23   A.   I've answered your questions.  If you
24  are going to talk to me this way, we will stop
25  it now.

Page 26

1    Q.   Is that your signature?
2    A.   As I said, if you are going to remain
3  looking at me like this or talking to me like
4  this, we will stop this deposition right now.
5    Q.   Sir, is that your signature at the
6  bottom of the page that I've just shown you?
7    A.   I don't know.  Because you can't talk
8  to me the way you want to talk to me.
9        MR. GUNNER:  Mike, don't get
10  argumentative.  Just try to answer the
11  questions.
12   Q.   Did you own United Way Services?
13   A.   You've asked me that question.
14   Q.   Not today I haven't.
15   A.   What was your question again?
16   Q.   Do you own United Way Services,
17  Inc.?
18   A.   I don't know.
19   Q.   Did you ever own it?
20   A.   I don't remember.
21   Q.   Is it still doing business?
22   A.   I don't know.
23   Q.   What is -- strike that.  Is that your
24  signature at the bottom of Ireland Equipment
25  Company letterhead that I've handed you?

Page 27

1    A.   I don't know.
2    Q.   You don't deny it, do you?
3    A.   I gave you my answer.
4    Q.   I'm asking you whether you deny
5  that's your signature, sir.
6    A.   I said I didn't know.
7    Q.   So you don't deny it, correct?
8    A.   I gave my answer.
9    Q.   How long were you president of
10  Ireland Equipment Company?
11   A.   I don't know if I was or wasn't.
12   Q.   Did you sign that document indicating
13  that you were the president of Ireland
14  Equipment Company?
15   A.   I just gave you my answer.  I don't
16  know.
17   Q.   What did you do with the assets that
18  Ireland Equipment Company received from the
19  sale of the business in March of 2006?
20   A.   I don't know what you are talking
21  about.
22   Q.   Ireland Equipment Company, Inc., sold
23  businesses known as Sweet P Portable Toilets,
24  Fitzgerald Sanitation, and A1 Jiffy John in
25  March of 2006.  I'm asking you what you and

Page 28

1  Ireland did with the assets, the money that you
2  got from that sale.
3    A.   I don't know.  And, again, I don't
4  understand what you are saying.
5    Q.   What is Palm Beach Properties
6  Associates, LLC?
7    A.   I don't know.
8    Q.   You were the president of Palm Beach
9  Property Associates, LLC, were you not?
10   A.   I don't know.
11   Q.   Is it still in operation today?
12   A.   I don't know.
13   Q.   What is American Aggregates
14  Corporation, USA?
15   A.   I don't know.
16   Q.   Is American Aggregate Corp, USA,
17  still in business today?
18   A.   I don't know.
19   Q.   What is Continental Industries,
20  Inc.?
21   A.   I don't know.
22   Q.   Is Continental Industries, Inc.,
23  still in operation today?
24   A.   I don't know.
25   Q.   You were the president of Continental

1    Industries, Inc., correct?
2    A.    I don't know.  If I was I don't
3    remember.
4    Q.    You were the president of American
5    Aggregates Corporation, USA, correct?
6    A.    I don't know.
7    Q.    What is R&F Company of Lansing?
8    A.    I don't know.
9    Q.    You were the president of R&F Company
10   of Lansing, correct?
11   A.    I don't remember if I was.
12   Q.    Is it still operating today?
13   A.    I don't know.
14   Q.    When is the last time it operated?
15   A.    I don't know.
16   Q.    When is the last time Continental
17   Industries operated?
18   A.    I don't know.
19   Q.    When is the last time that American
20   Aggregates Corp, USA, operated?
21   A.    I don't know.
22   Q.    And when is the last time that Palm
23   Beach Property Associates, LLC, operated?
24   A.    I don't know.
25   Q.    What is Eagle Industries of Columbus?

1    A.    I don't know.
2    Q.    You were the president of Eagle
3    Industries of Columbus, correct?
4    A.    I don't remember.
5    Q.    When is the last time that Eagle
6    Industries of Columbus operated?
7    A.    I don't know.
8    Q.    Who was Laticia Atterbury?
9    A.    A friend of mine.
10   Q.    And what does she have to do with you
11   on a professional basis?
12   A.    I don't understand what you are
13   saying.
14   Q.    Have you done business with her?
15   A.    I don't understand what you are
16   saying.
17   Q.    Have you done any business with
18   Laticia Atterbury?
19   A.    What do you consider business?
20   Q.    I'm asking the questions, sir.
21   A.    I don't know what you consider
22   business.
23   Q.    Any business whatsoever.
24   A.    We are friends.
25   Q.    Have you done any business with her?

1    A.    We are friends.
2    Q.    That wasn't my question.
3    A.    I don't know your answer -- or I
4    don't know your question.
5    Q.    What is RCI Services, LLC?
6    A.    I don't know.
7    Q.    RCI Services, LLC, filed a contractor
8    license with the West Virginia Contractor
9    Licensing Board on June 7, 2013, signed by
10   authorized company signature Laticia
11   Atterbury.  You were listed as the applicant on
12   the building permit application to do
13   demolition work on that job.
14   A.    I don't understand what you are
15   saying.
16   Q.    The last deposition we marked as
17   Plaintiff's Exhibit 11 a series of building
18   permits that had been produced by the City of
19   Wheeling as Bates page 362.  There is a packet
20   of information that begins for a demolition
21   permit for RCI Services, LLC.  Do you see that
22   on the first page?
23   A.    I do.
24   Q.    And if you look at the second page of
25   that document, your name and signature appear,

1    correct?  That's on GMR 363, correct?
2    A.    Are you saying everything in this
3    packet that's not got an exhibit to it goes
4    with the front page?  Is that what you are
5    saying?
6    Q.    That's the way it was produced, yes,
7    sir.
8    A.    So you are telling me page, where
9    it's got my initial, GMR 362 follows --
10   Q.    GMR 363, the second page of the
11   exhibit, sir.
12   A.    Is what are you asking about the
13   second page?
14   Q.    Is that your signature and your name
15   at the bottom left corner?  It says signature
16   of applicant.  Is that your signature, and
17   underneath that where it says print name and it
18   says Mike Riley?
19   A.    On GMR 363, that's correct.
20   Q.    And this was contained in a package
21   of demolition work that was submitted by RCI
22   Services, LLC, and if you look at the page that
23   is 369 at the bottom right, GMR 369, it's
24   flagged for you?
25   A.    Okay.

Page 33

1   Q.   That is where Laticia Atterbury's
2   signature appears on the contractor license
3   that was submitted to the West Virginia
4   Contractor Licensing Board by RCI Services,
5   LLC. Do you see that?
6   A.   I do.
7   Q.   I'll ask you again, what is your
8   business relationship with Ms. Atterbury?
9   A.   She's my friend.
10  Q.   Well, she filed on a job that you
11  were doing demolition work.
12  A.   I can't speak of Laticia Atterbury,
13  other than that's my friend.
14  Q.   Did you do the demolition work that
15  was indicated on this permit?
16  A.   I don't remember.
17  Q.   Were you paid by RCI Services for
18  your work?
19  A.   No. For what work?
20  Q.   For the demolition work that you
21  did.
22  A.   Where?
23  Q.   On 2295 McCulloch, M C C U L L O C H,
24  in Wheeling, West Virginia.
25  A.   By who?

Page 34

1   Q.   Well, according to this, it was done
2   by RCI Services, but you are listed as the
3   applicant?
4   A.   To hold a permit you are talking
5   about? It says for demolition permit
6   application.
7   Q.   Did you do the work or not?
8   A.   I don't remember.
9   Q.   Are you an officer in RCI Services?
10  A.   Officer of what?
11  Q.   Of the company.
12  A.   I don't understand what you mean.
13  Q.   Do you hold any position with RCI
14  Services, LLC?
15  A.   She's my friend.
16  Q.   Do you own it?
17  A.   I do not.
18  Q.   Who owns it?
19  A.   I don't know.
20  Q.   Why were they filing a demolition
21  permit for work that you were going to perform?
22  A.   I can't answer that question.
23  Q.   How do you know her?
24  A.   She's my friend.
25  Q.   How do you know her, if she's your

Page 35

1   friend? When did you meet her?
2   A.   A long time ago.
3   Q.   So you've known her how long, 20
4   years?
5   A.   I don't remember. A long time.
6   Q.   Where does she live?
7   A.   Oklahoma and Ohio.
8   Q.   What other businesses does she
9   operate?
10  A.   I don't know. I'm not Laticia.
11  Q.   Have you done business with her other
12  than through RCI, LLC?
13  A.   I never said I done business with her
14  through RCI.
15  Q.   The documents said you did.
16  A.   I could have signed for a permit.
17  Doesn't mean I did work.
18  Q.   You signed a permit that was done by
19  RCI Services, LLC?
20  A.   I'm not RCI Services, LLC.
21  Q.   Did you do the work for them?
22  A.   I don't remember.
23  Q.   You don't deny it, then, right?
24  A.   I gave you my answer.
25  Q.   What is Tap Leasing?

Page 36

1   A.   I have no idea.
2   Q.   What is Power City Enterprises?
3   A.   I don't have any idea.
4   Q.   Have you done any work for either of
5   those entities?
6   A.   Not that I remember.
7   Q.   You don't deny it, right?
8   A.   I don't remember.
9   Q.   What is Terra Industries?
10  A.   I don't know.
11  Q.   Did you deny that you have been doing
12  business as Terra Industries?
13  A.   Excuse me?
14  Q.   Did you deny that you've been doing
15  business as Terra Industries?
16  A.   You never asked me a question about
17  Terra Industries. Other than Terra Industries,
18  and I said I don't know.
19  Q.   Now I'm asking you, do you deny that
20  you have been doing business as Terra
21  Industries?
22  A.   I've been doing business?
23  Q.   Yes, sir.
24  A.   I don't remember.
25  Q.   So you don't deny it?

Case 2:13-ap-02094 Doc 52-1 Filed 11/26/13 Entered 11/26/13 11:37:29 Desc
Deposition Transcript of George Michael Riley Sr. (November 4 2013) Page 11 of 37
GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

Page 37

1   A.   I don't remember.
2   Q.   Well, first you told me you've never
3 heard of it and now you are telling me you
4 don't deny you've been doing it?
5   A.   You said that I was. I'm just saying
6 I don't remember. I don't know. If you are
7 saying it, because I don't know. I just don't
8 remember.
9   Q.   Are you the owner of Terra
10 Industries?
11   A.   I don't know.
12   Q.   Where has Terra Industries done
13 business?
14   A.   I don't know. I'm not Terra
15 Industries. I thought we were discussing Mike
16 Riley.
17   Q.   We are discussing anything that Mike
18 Riley has any relationship to, and right now
19 I'm asking what is your relationship to Terra
20 Industries?
21   A.   I don't know.
22   Q.   Have you done work for Terra
23 Industries in West Virginia?
24   A.   I don't know.
25   Q.   Do they have an account at True Value

Page 38

1 Hardware in West Virginia?
2   A.   I don't know.
3   Q.   Do you have an account at True Value
4 Hardware in West Virginia?
5   A.   I don't know.
6   Q.   Have you bought materials or supplies
7 at True Value Hardware in West Virginia?
8   A.   I don't know.
9   Q.   What is American Steel USA
10 Corporation?
11   A.   I don't know.
12   Q.   Do you have any affiliation with
13 American Steel USA Corporation?
14   A.   I don't know.
15   Q.   Do you own it?
16   A.   I don't know.
17   Q.   Who was Vernon Murphy?
18   A.   Vern is a friend of mine.
19   Q.   And what is his relationship to
20 American Steel USA Corporation?
21   A.   You'd have to ask him.
22   Q.   How do you know Mr. Murphy?
23   A.   Been a long, long-time friend.
24   Q.   Where does he live?
25   A.   I don't know.

Page 39

1   Q.   This long-time friend, you don't know
2 where he lives?
3   A.   Uh-uh.
4   Q.   Who is Andy Hunter?
5   A.   I don't know.
6   Q.   You don't know Andy Hunter?
7   A.   I know the name. I don't remember.
8   Q.   What is Jamaican Lake Owners
9 Association, Inc.?
10   A.   I don't know.
11   Q.   You've never done any work for
12 Jamaican Lake Owners Association, Inc.?
13   A.   I don't know.
14   Q.   Were you an officer or director in
15 Jamaican Lake Owners Association, Inc.?
16   A.   Out of?
17   Q.   Panama City, Florida.
18   A.   I don't know.
19   Q.   When did you last live in Spring
20 Hill, Tennessee?
21   A.   I don't remember.
22   Q.   A year ago, three years ago, five
23 years ago?
24   A.   I don't remember.
25   Q.   Where did you live when you lived in

Page 40

1 Spring Hill, Tennessee?
2   A.   I didn't know that I did. You said I
3 did. I said I don't remember.
4   Q.   What is APG, Inc.?
5   A.   I have no idea.
6   Q.   Why did you have their bank records?
7   A.   I didn't know I did. You say I had
8 them?
9   Q.   Yes, sir.
10   A.   Where did I have them at?
11   Q.   Just asking you, sir, the questions.
12   A.   You said I had their belongings.
13 Where did I have them at?
14   Q.   Do you deny ever having the bank
15 records from APG, Inc.?
16   A.   You said that I had them.
17   Q.   Yes, sir.
18   A.   Where did I have them at?
19   Q.   I'm asking you, sir, do you deny you
20 had the records for APG, Inc.?
21   A.   I don't remember. But where did I
22 have them at?
23   Q.   When is the last time you lived in
24 Palm Harbor, Florida?
25   A.   I don't remember.

Page 41

1   Q.   Was it a year ago, three years ago,
2   five years ago?
3   A.   I don't remember.
4   Q.   Did you have a P.O. Box in Palm
5   Harbor, Florida?
6   A.   I don't remember.
7   Q.   So you don't deny that you did,
8   right?
9   A.   I don't remember.
10   Q.   Were you getting the bank records for
11   Ireland Equipment, Inc., at your P.O. Box in
12   Palm Harbor, Florida?
13   A.   I don't remember.
14   Q.   So you don't deny that you did,
15   correct?
16   A.   I don't remember.
17   Q.   Where is Ireland Equipment, Inc.,
18   currently sending its bank records?
19   A.   I don't know.
20   Q.   Do you still get them?
21   A.   I don't remember.
22   Q.   What is your relationship to 904
23   Bayshore Drive in Tampa -- I'm sorry -- Tarpon
24   Springs, Florida?
25   A.   I don't know.

Page 42

1   Q.   You don't get any money from property
2   at that location?
3   A.   Repeat your question, please.
4   Q.   Do you get any rent from the property
5   at 904 Bayshore Drive, Tarpon Springs, Florida?
6   A.   Do I get rent?
7   Q.   Do you or do you not?
8   A.   I do not.
9   Q.   Did you ever rent that residence?
10   A.   I don't remember.  I don't know.  If
11   I rented it, why would they give me rent?
12   Q.   Who owns the residence at 511 Ohio
13   Avenue in Martins Ferry, Ohio?
14   A.   I don't know.
15   Q.   Do you receive any rent from that
16   property?
17   A.   I do not.
18   Q.   Who lives there?
19   A.   I don't know.
20   Q.   What is your relationship to it?
21   A.   Where?
22   Q.   511 Ohio Avenue, Martins Ferry,
23   Ohio.
24   A.   I don't know.
25   Q.   You have no relationship to that

Page 43

1   property?
2   A.   I don't know.
3   Q.   Do you have any interest or ownership
4   rights or receive any rent from any of the
5   following:  Condominium on Sixth Avenue in
6   St. Petersburg, Florida?
7   A.   I'm waiting for the list.
8   Q.   I'll go through them one at a time.
9   A.   Okay.  Repeat it again, please.
10   Q.   Do you have any interest in the
11   ownership of or do you receive any rent from
12   Sixth Avenue in St. Petersburg, Florida?
13   A.   I don't know.
14   Q.   Well, do you have a condo in
15   St. Petersburg, Florida?
16   A.   I don't remember.
17   Q.   Do you have a condo in Palm Harbor,
18   Florida?
19   A.   Did or now?
20   Q.   Now.
21   A.   I don't remember.
22   Q.   When is the last time you had a condo
23   in Palm Harbor, Florida?
24   A.   I don't remember.
25   Q.   So you used to at one time?

Page 44

1   A.   I don't know.
2   Q.   Condominium in Haines City, Florida,
3   H A I N E S?
4   A.   I don't know.
5   Q.   Well, your wife says you do.  Do you?
6   A.   She said a lot of shit.
7   Q.   I'm asking you now.  This is your
8   chance to be on the record.  Do you or do you
9   not?
10   A.   I don't remember.
11   Q.   So she's right, you own it?  Do you
12   own a condo in Orlando, Florida, at the
13   Grenelefe, G R E N E L E F E, Resort?
14   A.   I don't know.
15   Q.   Do you have a home in Clearwater,
16   Florida, at the Island Estates?
17   A.   Where?
18   Q.   Clearwater, Florida, Island Estates.
19   A.   I don't know.
20   Q.   Do you have a cabin under
21   construction in Virginia?
22   A.   I -- I don't know.
23   Q.   Do you have any cabin in Virginia?
24   Maybe it's finished now.
25   A.   I don't know.

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013) Page 13 of 37
GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

---

Page 45

1    Q.   Do you have a cabin in Pigeon Forge,
2 Tennessee?
3    A.   In where?
4    Q.   Pigeon Forge, Tennessee.
5    A.   I don't know.
6    Q.   Do you have a timeshare in Washington
7 state?
8    A.   A timeshare of what?
9    Q.   I don't know.
10    A.   I don't either.
11    Q.   Well, do you have any timeshares of
12 any kind in Washington state?
13    A.   What's a timeshare?
14    Q.   You don't know what a timeshare is?
15    A.   I'm asking you.
16    Q.   You don't get to ask the questions.
17    A.   Then I can't give an answer when I
18 don't know what you are talking about.
19    Q.   Do you have a car lot at 101 North
20 Zane Highway in Martins Ferry?
21    A.   I don't know.
22    Q.   Do you have a four-car garage on
23 Blaine, B L A I N E, Road, in Blaine, Ohio?
24    A.   I don't know.
25    Q.   Do you have a triplex on Main Street

Page 46

1 in Bridgeport, Ohio?
2    A.   I don't know.
3    Q.   Do you have any auto dealerships
4 anywhere?
5    A.   I don't know.
6    Q.   Do you have a farm in Barnesville,
7 Ohio?
8    A.   I don't know. Is this all the stuff
9 that she bought?
10    Q.   Do you have an RV park in San Diego,
11 California?
12    A.   I don't know.
13    Q.   Do you have an RV park in Florida?
14    A.   I don't know.
15    Q.   Do you have a percentage of a
16 business called The DollHouse in Tampa,
17 Florida?
18    A.   What is it again?
19    Q.   It's a business called The DollHouse
20 in Tampa, Florida.
21    A.   I don't know.
22    Q.   Do you have any ownership interest
23 with Vince Promuto, P R O M U T O?
24    A.   I don't know.
25    Q.   Do you have any ownership or

Page 47

1 investment interest in Ideal Image Laser Hair
2 Removal in Tampa, Florida?
3    A.   I think that's all Kate.
4    Q.   I'm asking if you have interest,
5 business interest in it.
6    A.   I don't know. I don't know what she
7 has.
8    Q.   Do you own any land in Pennsylvania?
9    A.   I don't know.
10    Q.   Do you have any ownership interest in
11 1157 Fair Avenue, Columbus, Ohio?
12    A.   What's the address?
13    Q.   1157 Fair Avenue.
14    A.   Where is that at?
15    Q.   Columbus, Ohio.
16    A.   I don't know.
17    Q.   Do you have any ownership interest in
18 a Hatterras, H A T T E R R A S, yacht?
19    A.   I don't know.
20    Q.   Have you ever had a yacht that you've
21 kept in either San Diego or the Coral Ridge
22 Yacht Club in Fort Lauderdale, Florida?
23    A.   She did or I did?
24    Q.   You, sir.
25    A.   No.

Page 48

1    Q.   Have you had any ownership or other
2 interest in 9049 Bayshore Drive, Tarpon
3 Springs, Florida?
4    A.   I don't know.
5    Q.   Have you had any ownership or other
6 interest in 11400 Gulf Boulevard, Belleair
7 Beach, Florida?
8    A.   I don't know.
9    Q.   Do you have any ownership interest in
10 Buccaneer Bay in Sarasota, Florida?
11    A.   What is it?
12    Q.   Buccaneer Bay.
13    A.   What is that?
14    Q.   I don't know.
15    A.   I don't either.
16    Q.   So you have no ownership interest in
17 anything in Buccaneer Bay?
18    A.   I don't know.
19    Q.   Do you have any ownership interest in
20 Siesta Key, Florida, any place in Siesta Key,
21 Florida?
22    A.   Not that I know of.
23    Q.   Do you have any ownership interest in
24 anything in Bird Key, Florida?
25    A.   Not that I know of.

---

Page 49

1   Q.   Do you have any ownership interest in
2   anything in South Pointe Shores, Florida?
3   A.   Not that I know of.
4   Q.   Do you have any ownership interest in
5   anything in Bay Island, Florida?
6   A.   Not that I know of.
7   Q.   Do you have any ownership interest in
8   Swinging Branch in Miami, Florida?
9   A.   What is it?
10   Q.   Swinging Branch in Miami, Florida.
11   A.   Not that I know of.  Sounds like I'm
12   Bill Gates.
13   Q.   Are you the beneficiary of an estate
14   from your grandfather in the name of Prometheus
15   Trust?
16   A.   I don't know.
17   Q.   So you don't deny that?
18   A.   I don't know.
19   Q.   The Prometheus, P R O M E T H E U S,
20   irrevocable trust was originally the owner of
21   Ohio Rock Industries Limited, correct?
22   A.   I don't know.
23   Q.   And are you a beneficiary of that
24   trust?
25   A.   How would I know?  Do they send you

---

Page 50

1   something in the mail?
2   Q.   What are your grandparents' names?
3   A.   I don't know.
4   Q.   You don't the names of your
5   grandparents?
6   A.   No, I don't remember.  Grandma and
7   Grandpop Riley.
8   Q.   On the other side.
9   A.   I really didn't know them that well.
10   Q.   Who is Michelle Blizzard?
11   A.   That name rings familiar.  I don't
12   remember.
13   Q.   She lives in Somerset, Ohio?
14   A.   I don't remember.  The name sounds
15   familiar.
16   Q.   Do you have any children with her?
17   A.   Do I have what?
18   Q.   A child.
19   A.   Well, if she's claiming -- I guess I
20   don't know.  Is it a boy or a girl?  I went
21   from Bill Gates to John Holmes.
22   Q.   Who is Teresa Duff?
23   A.   I don't know.
24   Q.   What about Teresa O'Bryan?
25   A.   That name sounds familiar.

---

Page 51

1   Q.   Do you know her?
2   A.   I don't remember.
3   Q.   What is Sonrise Capital, Inc.?
4   A.   I don't know.
5   Q.   You don't have any business
6   relationship with Sonrise, that business, S O N
7   R I S E, Capital, Inc.?
8   A.   From where?
9   Q.   Do you have any business relationship
10   with Sonrise Capital, Inc.?
11   A.   From where?  I don't know.
12   Q.   Are you the owner of Sonrise Capital,
13   Inc.?
14   A.   From where?  I don't know.
15   Q.   Did you have credit cards in the name
16   of Sonrise Capital, Inc., that you used?
17   A.   I don't know.
18   Q.   Did you set up a company called
19   Sonrise Capital, Inc.?
20   A.   I don't remember.
21   Q.   Did you set up a company called
22   Florida Rock?
23   A.   I don't remember.
24   Q.   So you don't deny it?
25   A.   I don't remember.

---

Page 52

1   Q.   Are you still operating either
2   Sonrise Capital or Florida Rock?
3   A.   I don't know.
4   Q.   Who is John -- I'm sorry, Joan
5   Andrew?
6   A.   I don't know.
7   Q.   Don't know her?
8   A.   Could be one of Kate's friends.  I
9   don't know.
10   Q.   Ever provided her with a plane ticket
11   to Columbus, Ohio?
12   A.   I don't know.
13   Q.   So you don't deny it?
14   A.   I don't know.  Kate could have done a
15   lot of things.
16   Q.   I'm not asking about Kate.  I'm
17   asking about you.
18   A.   I don't know.
19   Q.   You never provided this woman, Joan
20   Andrew, with a plane ticket to travel to
21   Columbus, Ohio?
22   A.   I don't remember.
23   Q.   Do you supply lots of people with
24   plane tickets to Columbus, Ohio, that you
25   wouldn't remember that?

---

**Page 53**

1    A.    I don't remember.  I don't remember.
2    Q.    Ever drove her around
3    St. Clairsville?
4    A.    I don't remember.
5    Q.    Did you tell her you owned coal mines
6    and a chain of gas station operations?
7    A.    Did I do what?
8    Q.    Did you represent to her that you
9    owned coal mines and a chain of gas stations?
10    A.    No.
11    Q.    You deny that?
12    A.    Yes.
13    Q.    Who is Adam Green?
14    A.    Excuse me?
15    Q.    Adam Green.
16    A.    I don't know.
17    Q.    Have you ever had any business
18    dealings at Green Real Estate Group, LLC, in
19    Tennessee?
20    A.    I don't know.
21    Q.    So you don't deny that?
22    A.    I don't know.
23    Q.    Are you familiar with Ferman BMW in
24    Palm Harbor, Florida?
25    A.    I don't know.

**Page 54**

1    Q.    Did you ever attempt to buy or lease
2    a vehicle from Jeffrey Sterns at Ferman BMW in
3    Palm Harbor, Florida?
4    A.    I don't remember.
5    Q.    So you don't deny that?
6    A.    I don't know.  I think Kate and him
7    worked together.  I don't know.
8    Q.    What is Malco Products of Ohio,
9    Inc.?
10    A.    What is what?
11    Q.    Malco Products of Ohio, Inc., M A L C
12    O.
13    A.    I don't know.
14    Q.    You don't have any relationship to or
15    knowledge of Malco Products, Inc.?
16    A.    I don't know.
17    Q.    Did you do business with them?
18    A.    I don't know.
19    Q.    Do you own them?
20    A.    I don't know.
21    Q.    What is Mikate Company, Inc.?
22    A.    I think that's Kate.
23    Q.    Were you the statutory agent for
24    Mikate Company, Inc.?
25    A.    When was it established?

**Page 55**

1    Q.    I don't know.
2    A.    Where was it established?  Do you
3    know?
4    Q.    I don't know.
5    A.    I can't answer.  I don't know.
6    Q.    Did you ever do any business with
7    Fifth Third Bank?
8    A.    I don't know.
9    Q.    Ever had an account at Fifth Third
10    Bank?
11    A.    I don't know.
12    Q.    Have any of your companies that you
13    controlled had an account with Fifth Third
14    Bank?
15    A.    I don't remember if they did or
16    didn't.
17    Q.    Have you done any business with
18    Harvey Goodwin Realtor?
19    A.    I don't know.
20    Q.    Have any of your companies that you
21    controlled done business with Harvey Goodwin
22    Realtor?
23    A.    I don't know.
24    Q.    You don't know anything about Harvey
25    Goodwin Realtor?  They have offices in

**Page 56**

1    St. Clairsville, Martins Ferry, Barnesville,
2    and Wheeling.
3    A.    I don't remember.
4    Q.    You don't deny that you have done
5    business with them, you just don't remember?
6    A.    I don't remember.
7    Q.    Who is Levi Weaver?
8    A.    Levi Weaver?
9    Q.    Yes, sir.
10    A.    I was in prison, I think, with his
11    dad.
12    Q.    And then afterwards you let him start
13    living at 5119 Ohio Avenue in Martins Ferry,
14    Ohio?
15    A.    Excuse me?
16    Q.    You let him live at 511 --
17    A.    I did?
18    Q.    Yes, sir.  Did you?
19    A.    I don't know.  You said that. I
20    didn't say that.
21    Q.    I'm asking you to deny or confirm
22    it.
23    A.    I don't remember.
24    Q.    So you don't deny it?
25    A.    I answered you.

---

Page 57

1  Q.   I asked you earlier --
2  A.   You said that I let him live there.
3  I believe I was in prison.  If I did something
4  then, I don't know.  You know more about it
5  than I do.
6  Q.   Did you let Mr. Levi Weaver reside at
7  511 Ohio Avenue in Martins Ferry, Ohio?
8  A.   I don't remember.
9  Q.   So you don't deny it?
10  A.   I don't remember.
11  Q.   Well, have you ever let anybody live
12  at 511 Ohio Avenue in Martins Ferry, Ohio?
13  A.   I don't know.  I don't remember.
14  Q.   What is at that residence?
15  A.   I don't know.  You've said that I let
16  him, is that what you are saying?
17       (Plaintiff's Exhibit Number 18 was
18  marked for identification.)
19  Q.   I've handed you what's marked as
20  Exhibit 18.
21  A.   Kate typed this up when I was in
22  prison.
23  Q.   You indicated that your wife typed
24  this up for you?
25  A.   Excuse me?

---

Page 58

1  Q.   Did your wife type this up for you
2  while you were in prison?
3  A.   I don't remember.
4  Q.   You just told that to your lawyer.
5  A.   I don't know.
6  Q.   Did you type it up?
7  A.   She sent me a lot of things.
8  Q.   Did she send you this?
9  A.   I don't remember.
10  Q.   Have you seen this document before
11  today?
12  A.   I don't remember.
13  Q.   Sir, you just told your lawyer that
14  Kate typed this up for you while you were in
15  prison.  Now you are telling me you've never
16  seen it?
17  A.   I don't know.  I'm still reviewing
18  it.
19  Q.   Take your time.  It's all of two
20  pages.
21  A.   Okay.  I have a hard time reading.
22  Two pages could be a lot to me.
23  Q.   Let me know when you've had a
24  chance.
25  A.   I reviewed it.

---

Page 59

1  Q.   It indicates that George M. Riley,
2  Senior, holding interest in the said companies
3  hereby appoint as my true and lawful attorney
4  in fact in my stead and for myself as my agent
5  to sign on behalf of all said companies below.
6  Do you see that?
7  A.   I do.
8  Q.   And then there's a list of
9  companies.  So what is Riley Enterprise?
10  A.   I don't know.
11  Q.   You never had a company called Riley
12  Enterprise?
13  A.   I don't remember.
14  Q.   What is Ohio Coal?
15  A.   I don't know.
16  Q.   Never had a company called Ohio Coal?
17  A.   Not to my knowledge.
18  Q.   What is R&F Coal?
19  A.   I don't know.
20  Q.   Never had a company called R&F Coal?
21  A.   Not to my knowledge.
22  Q.   Are any of these companies yours?
23  A.   I don't know.
24  Q.   So you don't deny that they are?
25  A.   I don't know.

---

Page 60

1  Q.   Well, let's go through them one at a
2  time then.  Lorain Dock, what is Lorain Dock?
3  A.   I don't know.
4  Q.   You've never had a company called
5  Lorain Dock?
6  A.   I don't know.
7  Q.   Riley Mining Company, what is Riley
8  Mining Company?
9  A.   I don't know.
10  Q.   Never had a company called Riley
11  Mining Company?
12  A.   I don't know.
13  Q.   What is Community Fuels?
14  A.   I don't know.
15  Q.   Have you ever had a company called
16  Community Fuels?
17  A.   I don't remember.
18  Q.   What is Belmont Oil?
19  A.   I don't know.
20  Q.   You've never had a company called
21  Belmont Oil?
22  A.   I don't remember.
23  Q.   What is Liberty Oil, Florida?
24  A.   I don't know.
25  Q.   Have you ever had a company called

Page 61

1  Liberty Oil, Florida?
2  A.  I don't remember.
3  Q.  American Petroleum Group is listed.
4  I asked about that one earlier.
5  A.  I don't know.
6  Q.  So it's possible you had American
7  Petroleum Group?
8  A.  I don't know.
9  Q.  What is Riley
10  Chrysler/Plymouth/Dodge/Jeep?
11  A.  I don't know.
12  Q.  You've never had a company called
13  Riley Chrysler/Plymouth/Dodge/Jeep?
14  A.  I don't remember.
15  Q.  What is Belmont Petroleum?
16  A.  I don't know.
17  Q.  Have you ever had a company called
18  Belmont Petroleum?
19  A.  I don't know.  I don't remember.
20  Q.  What is Riley Auto Mart?
21  A.  I don't know.
22  Q.  Have you ever had a company called
23  Riley Auto Mart?
24  A.  I don't know.
25  Q.  What is Sun Rize Capitol (sic)?

Page 62

1  A.  I don't know.
2  Q.  Have you ever had a company called
3  Sun Rize Capitol?
4  A.  I don't know.
5  Q.  What is Sun Rize Holding?
6  A.  I don't know.
7  Q.  Have you ever had a company called
8  Sun Rize Holding?
9  A.  I don't know.
10  Q.  What is Tri Star Holding?
11  A.  I don't know.
12  Q.  Have you ever had a company called
13  Tri Star Holding?
14  A.  I don't know.
15  Q.  What is Palm Beach Properties?
16  A.  I don't know.
17  Q.  Have you ever had a company called
18  Palm Beach Properties?
19  A.  I don't know.
20  Q.  What is M&C Riley Properties?
21  A.  I don't know.
22  Q.  Have you ever had a company called
23  M&C Riley Properties?
24  A.  I don't know.
25  Q.  What is Riley Properties?

Page 63

1  A.  I don't know.
2  Q.  Have you ever had a company called
3  Riley Properties?
4  A.  I don't know.
5  Q.  What is Riley Mini Mart?
6  A.  I don't know.
7  Q.  Have you ever had a company called
8  Riley Mini Mart?
9  A.  I don't know.
10  Q.  What is Riley Drive Thru?
11  A.  I don't know.
12  Q.  Have you ever had a company called
13  Riley Drive Thru?
14  A.  I don't know.
15  Q.  Dairy Marts listed in Ohio,
16  Pennsylvania, West Virginia, DC, Maryland,
17  Kentucky, and Tennessee.  Have you ever had any
18  ownership interest in any Dairy Marts in those
19  states?
20  A.  I don't know.
21  Q.  What is Steel Valley Cab Company?
22  A.  I don't know.
23  Q.  Have you ever had any company called
24  Steel Valley Cab Company?
25  A.  I don't know.

Page 64

1  Q.  What is Steel Valley Limousine
2  Company?
3  A.  I don't know.
4  Q.  Have you ever had any company called
5  Steel Valley Limousine Company?
6  A.  I don't know.
7  Q.  What is East Ohio Transfer?
8  A.  I don't know.
9  Q.  Have you ever had a company called
10  East Ohio Transfer?
11  A.  I don't know.
12  Q.  What is Continental Industries?
13  A.  I don't know.
14  Q.  Have you ever had a company called
15  Continental Industries?
16  A.  I don't remember.
17  Q.  That's a different answer that you've
18  been given me so far.  Is there something
19  different about that one?
20  A.  Oh, no.
21  Q.  Okay.  Same.  And the next one is
22  Mihajlo Enterprise.  I asked you about that one
23  earlier too.  What is Mihajlo Enterprise?
24  A.  I don't know.
25  Q.  Have you ever had any interest in

Page 65

| | |
|---|---|
| 1 | Mihajlo Enterprise? |
| 2 | A.   I don't remember. |
| 3 | Q.   What is Riley Insurance Company, USA? |
| 4 | A.   I don't know. |
| 5 | Q.   Have you ever had any interest in |
| 6 | Riley Insurance Company, USA? |
| 7 | A.   I don't remember if I do. |
| 8 | Q.   I've already asked you about American |
| 9 | Aggregate Corp USA.  Do you see that on there, |
| 10 | 29? |
| 11 | A.   I don't know. |
| 12 | Q.   Do you see that on there, number 29? |
| 13 | A.   Yes, I see 29. |
| 14 | Q.   And what is your relationship to |
| 15 | American Aggregate Corporation? |
| 16 | A.   I don't know. |
| 17 | Q.   Have you ever owned American |
| 18 | Aggregate Corporation? |
| 19 | A.   I don't know.  I don't remember. |
| 20 | Q.   What is American Steel Corporation? |
| 21 | A.   I don't know. |
| 22 | Q.   Have you ever owned American Steel |
| 23 | Corporation? |
| 24 | A.   I don't remember. |
| 25 | Q.   What is United Waste? |

Page 66

| | |
|---|---|
| 1 | A.   I don't know. |
| 2 | Q.   Have you ever owned a company called |
| 3 | United Waste? |
| 4 | A.   I don't remember. |
| 5 | Q.   What is Mobile Crushing & Screening? |
| 6 | A.   I don't know. |
| 7 | Q.   Have you ever owned a company called |
| 8 | Mobile Crushing & Screening? |
| 9 | A.   I don't remember. |
| 10 | Q.   What is Florida Rock, Inc.? |
| 11 | A.   I don't know. |
| 12 | Q.   Have you ever owned a company called |
| 13 | Florida Rock, Inc.? |
| 14 | A.   I don't know. |
| 15 | Q.   What is O'Riley Pub? |
| 16 | A.   I don't know. |
| 17 | Q.   Have you ever owned O'Riley Pub? |
| 18 | A.   I don't remember. |
| 19 | Q.   What is Parrot Bay Yacht Club? |
| 20 | A.   I don't know. |
| 21 | Q.   Have you ever owned Parrot Bay Yacht |
| 22 | Club? |
| 23 | A.   I don't remember. |
| 24 | Q.   What is Riley Aviation Global? |
| 25 | A.   I don't know. |

Page 67

| | |
|---|---|
| 1 | Q.   Have you ever owned Riley Aviation |
| 2 | Global? |
| 3 | A.   I don't remember. |
| 4 | Q.   What is Jiffey Jon? |
| 5 | A.   I don't know. |
| 6 | Q.   Have you ever owned a business that |
| 7 | was called Jiffey Jon? |
| 8 | A.   I don't remember. |
| 9 | Q.   Have you ever operated a business |
| 10 | called Jiffey Jon? |
| 11 | A.   I did. |
| 12 | Q.   When did you operate it? |
| 13 | A.   I don't remember. |
| 14 | Q.   What did you do with it? |
| 15 | A.   I don't know. |
| 16 | Q.   Well, was it your business? |
| 17 | A.   I don't know. |
| 18 | Q.   You just worked for it? |
| 19 | A.   I don't know. |
| 20 | Q.   What is Sweet P Relief? |
| 21 | A.   I don't know. |
| 22 | Q.   Have you ever owned or operated |
| 23 | Sweet P Relief? |
| 24 | A.   I don't remember. |
| 25 | MR. BECKER: That's sweet with a |

Page 68

| | |
|---|---|
| 1 | capital P, Relief, not spelled out. |
| 2 | Q.   What is Royal Flush? |
| 3 | A.   I don't know. |
| 4 | Q.   Have you ever owned or operated Royal |
| 5 | Flush? |
| 6 | A.   I don't remember. |
| 7 | Q.   Black Diamond Demolition we've |
| 8 | already talked about.  What is Buckeye |
| 9 | Demolition? |
| 10 | A.   I don't know. |
| 11 | Q.   Have you ever owned or operated |
| 12 | Buckeye Demolition? |
| 13 | A.   I don't remember. |
| 14 | Q.   What is Riley Leasing? |
| 15 | A.   I don't know. |
| 16 | Q.   Have you ever owned or operated Riley |
| 17 | Leasing? |
| 18 | A.   I don't remember. |
| 19 | Q.   What is Pay Day Express? |
| 20 | A.   I don't know. |
| 21 | Q.   Have you ever owned or operated |
| 22 | Pay Day Express? |
| 23 | A.   I don't remember. |
| 24 | Q.   What is Riley Industrial Park? |
| 25 | A.   I don't know. |

---

Page 69

1  Q.  Have you ever owned or operated Riley
2  Industrial Park?
3  A.  I don't remember.
4  Q.  What is Some R Fun 1, Inc.?
5  A.  I don't know.
6  Q.  Have you ever owned or operated that
7  business?
8  A.  I don't know.
9  Q.  Same question as to number 2 and 3,
10  Some R Fun, Inc.
11  A.  I don't remember.
12  Q.  Have you ever owned or operated those
13  businesses?
14  A.  I don't remember.
15  Q.  What is Fitzgerald Sanitation?
16  A.  I don't know.
17  Q.  Fitzgerald Sanitation is your buddy
18  Mr. Fitzgerald?
19  A.  He's my friend, Tom Fitzgerald.
20  Q.  Yes.
21  A.  His last name is not sanitation.
22  Q.  Does he have a company called
23  Fitzgerald Sanitation?
24  A.  He may. I'm not Tom.
25  Q.  Did you own or operate it?

---

Page 70

1  A.  I did.
2  Q.  What did you do with it?
3  A.  I don't remember.
4  Q.  When did you own or operate it?
5  A.  I don't know.
6  Q.  Which was it, did you own it or did
7  you operate it?
8  A.  I don't know.
9  Q.  What is Auto Recycling, Ohio?
10  A.  I don't know.
11  Q.  Did you ever own or operate Auto
12  Recycling, Ohio?
13  A.  No. Or I don't know.
14  Q.  What is Riley Aviation Holdings
15  Global?
16  A.  I don't know.
17  Q.  Did you ever own or operate Riley
18  Aviation Holdings Global?
19  A.  I don't know. I don't remember.
20  Q.  What is Riley Development USA?
21  A.  I don't know.
22  Q.  Did you ever own or operate Riley
23  Development USA?
24  A.  I don't remember.
25  Q.  Did you designate -- did you attempt

---

Page 71

1  to designate and appoint as the agent and
2  lawful attorney for those companies that we
3  just discussed your son?
4  A.  I don't believe my signature is on
5  this.
6  Q.  That wasn't my question. My question
7  is did you ever appoint him or did you attempt
8  to appoint your son as the agent for those
9  companies?
10  A.  Did not. My signature is not on
11  here.
12  Q.  Did you ask somebody to prepare this
13  document for you?
14  A.  Not to my knowledge.
15  Q.  Did you prepare the document?
16  A.  I did not.
17  Q.  So you wouldn't have any idea where
18  the names of these companies came from then?
19  A.  I don't know.
20      MR. BECKER: Well, let's mark this
21  one.
22      (Plaintiff's Exhibit Number 19 was
23  marked for identification.)
24  Q.  I'm handing you what has been marked
25  as Exhibit 19. That's a settlement agreement

---

Page 72

1  that you and your company entered into in this
2  case. If you turn to the back of it, sir,
3  where the signature lines begin, it's on the
4  second to last and last page, you signed as
5  president for United Waste Services, Inc.;
6  correct?
7  A.  Okay.
8  Q.  And you signed as president of
9  American Aggregates Corporation, USA?
10  A.  Okay.
11  Q.  You signed as Ireland Equipment
12  Company USA, president, correct?
13  A.  Okay.
14  Q.  You signed as the president of
15  Fitzgerald Sanitation, correct?
16  A.  Okay.
17  Q.  You signed as president of Jiffey Jon
18  Portable Toilet, correct?
19  A.  Okay.
20  Q.  You signed as president of
21  Continental Industries, Inc.?
22  A.  Okay.
23  Q.  You signed as president of R&F
24  Company of Lansing, correct?
25  A.  Okay.

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013) Page 20 of 37

GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.
November 4, 2013

Page 73

1   Q.   You signed as president of Eagle
2   Industries of Columbus, correct?
3   A.   Okay.
4   Q.   None of those companies are listed on
5   your bankruptcy petition, correct?
6   A.   I don't know.
7   Q.   Well, it's in front of you. It's
8   exhibit -- that one there. 15. Turn to page
9   27 of 36. At the very top it will tell you
10  which page you are at. (Indicating.)
11  A.   What was it again?
12  Q.   27 of 36. Question 18 of your filing
13  that you swore was accurate under oath
14  indicates that if you were -- if you are an
15  individual, you were supposed to list the
16  names, addresses, taxpayer identification
17  numbers, nature of the businesses, and the
18  beginning and ending date of all businesses in
19  which the debtor was an officer, director,
20  partner, or managing executive of a
21  corporation, partner in a partnership, sole
22  proprietor, or was self employed in a trade,
23  profession, or other activity either full or
24  part-time within six years immediately
25  preceding the commencement of this case nor

Page 74

1   which the debtor owned five percent or more of
2   the voting or equity securities within six
3   years immediately preceding the commencement of
4   this case.
5        Your filing was made on December 14,
6   2012. The only entities that you list there
7   are United Waste Services, Inc., Mikate
8   Company, Inc., and Residential Commercial and
9   Industrial Services; correct?
10  A.   If that's what --
11  Q.   That's what it says, right?
12  A.   Okay.
13  Q.   You didn't list any of the companies
14  that you signed as the president of on your
15  settlement agreement, which we marked as
16  Exhibit 19, correct, other than United Waste,
17  correct?
18  A.   If that's what it says.
19  Q.   Yet you swore this was true when you
20  filed it under oath, correct?
21  A.   To the best of my knowledge, yes.
22  Q.   If you turn to page 22 of that
23  document, that same exhibit, Exhibit Number 15,
24  your bankruptcy filing, that's the one you've
25  got in your hand. Page 22 of 36 at the top,

Page 75

1   A.   Okay.
2   Q.   This was a statement of your
3   financial affairs, and it was supposed to list
4   the income from employment or operation of
5   business that you had, and the only thing you
6   listed was $13,000 in 2012 from self-employment
7   income, correct?
8   A.   Yes. Yes.
9   Q.   In 2011 all you listed was $6,000
10  from self-employment income, correct?
11       MR. GUNNER: You had 20. There's 22.
12       THE WITNESS: Okay.
13  Q.   You didn't list any of the income
14  that you derived from Ohio Rock, correct?
15  A.   I don't understand what you are
16  saying.
17  Q.   Well, there's nothing listed here to
18  indicate that you received any income from Ohio
19  Rock, correct?
20  A.   I don't know.
21  Q.   Sir, it says that your only source of
22  income in 2012 and 2011 was self employment?
23  A.   That's correct. I worked for myself.
24  Q.   And yet you were performing services
25  for Ohio Rock, you were their manager, then you

Page 76

1   were designated as the person most
2   knowledgeable and as the manager of Ohio Rock
3   during our last deposition, correct?
4   A.   Okay.
5   Q.   You didn't list Ohio Rock as being
6   one of the sources of your income for either
7   2012 or 2011, correct?
8   A.   I'm not an owner.
9   Q.   That wasn't my question. You didn't
10  list any income from them?
11  A.   Okay.
12  Q.   Why not?
13  A.   I don't know. Don't you have to get
14  money?
15  Q.   Are you telling me you didn't get any
16  income from Ohio Rock in 2012?
17  A.   I'm not saying that.
18  Q.   If you got income from 2012 from Ohio
19  Rock, then you did not list it on your
20  bankruptcy filing, correct?
21  A.   It's right here. (Indicating.)
22  Q.   Where?
23  A.   It's in the numbers, I believe.
24  Q.   The only thing you have listed is
25  self employment.

Page 77

```
 1   A.   If I cut your grass, I should list
 2  your name on here too?
 3   Q.   You stated under oath that you were
 4  the manager of Ohio Rock.  You controlled their
 5  bank account.  You testified at the last
 6  deposition that you used their bank account for
 7  anything that you needed.  Are you telling me
 8  that's not income to you?
 9   A.   Depends on what you consider income.
10   Q.   Are you testifying here today, sir,
11  that you received no income from Ohio Rock in
12  2012?
13   A.   I'm testifying I don't know.
14   Q.   You told me that you're paying your
15  rent with cash, correct?
16   A.   Yes.
17   Q.   Where do you get the money to pay
18  your rent?
19   A.   Wherever I work.
20   Q.   Where are you working?
21   A.   All over.
22   Q.   Tell me where you've worked in the
23  last month.
24   A.   I don't remember.
25   Q.   What records do you have to indicate
```

Page 78

```
 1  you've worked in the last month?
 2   A.   I don't know.
 3   Q.   What do you do with the money you
 4  receive?
 5   A.   Put it in my pocket.
 6   Q.   You have no bank account?
 7   A.   No.
 8   Q.   Do you get paid in cash or checks?
 9   A.   Either or.  I'll go to their bank and
10  cash it.
11   Q.   Who have you worked for in the last
12  month?
13   A.   I don't remember.
14   Q.   What documents do you keep to
15  indicate who you worked for?
16   A.   I didn't know I had to keep any.
17   Q.   Do you have any documents to indicate
18  where you've worked in the last month?
19   A.   I don't know.
20   MR. BECKER: Let's take a break.
21   (A brief recess was taken.)
22   Q.   Who is Gail Grimes?
23   A.   I don't know.
24   Q.   She's listed as the secretary of Ohio
25  Rock on Exhibit 12.  You are the manager of
```

Page 79

```
 1  Ohio Rock.  Who is Gail Grimes?
 2   A.   I don't know.  I don't know.  I don't
 3  remember.
 4   Q.   Never met her?
 5   A.   I don't remember.
 6   Q.   Where does she live?
 7   A.   I don't know.
 8   Q.   Does she still work for Ohio Rock?
 9   A.   I don't know.
10   Q.   You are the manager of Ohio Rock?
11   A.   I don't know.
12   Q.   What is Terra Demolition, LLC, T E R
13  R A?
14   A.   I don't know.
15   Q.   What is at 101 North Zane, Z A N E,
16  in Martins Ferry, Ohio?
17   A.   I don't know.
18   Q.   You've never operated Terra
19  Demolition, LLC?
20   A.   I don't remember.
21   Q.   Are you an owner of Terra Demolition,
22  LLC?
23   A.   I don't know.
24   Q.   What companies have you participated
25  in forming since you were released from prison?
```

Page 80

```
 1   A.   I don't understand what you are
 2  saying.
 3   Q.   Well, since you got out of jail, have
 4  you participated in putting together any
 5  businesses?
 6   A.   I don't know.
 7   Q.   Who have you participated with in
 8  forming those businesses?  What lawyers have
 9  you used?
10   A.   I didn't know that I did.
11   Q.   You just testified that you don't
12  know whether you did, which means you don't
13  deny it.  So which lawyers have you used to
14  form any businesses since you've been released
15  from prison?
16   A.   I don't remember.
17   MR. BECKER: Let's go ahead and mark
18  these.  I don't have copies, but we will make
19  copies with the depo.
20   (Plaintiff's Exhibit Number 20 was
21  marked for identification.)
22   Q.   We've marked as Plaintiff's Exhibit
23  20 the Articles of Organization, which we
24  discussed earlier in the deposition, for the
25  Florida limited liability company, Black
```

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013)   Page 22 of 37 RILEY, SR.

GEORGE MICHAEL RILEY, SR.                                                  GEORGE MICHAEL RILEY, SR.
                                                                                    November 4, 2013

---

Page 81

1  Diamond Demolition Limited, which lists you as
2  the statutory agent, correct?  Is that your
3  name at the bottom?  It says George Riley?
4     A.   It says George Riley, but I'm not the
5  only George Riley in America.
6     Q.   Are you now denying or admitting that
7  you were the statutory agent for Black Diamond?
8     A.   I don't know.
9          (Plaintiff's Exhibit Number 21 was
10  marked for identification.)
11    Q.   I'll mark as Exhibit 21 the Articles
12  of Organization of 1221 Palm Harbor, LLC.
13  We've discussed this earlier in the
14  deposition.  Do you still take the position
15  that you have no relationship or business
16  dealings with Palm Harbor, LLC?
17    A.   I don't see my name on here.
18    Q.   That wasn't my question.
19    A.   I don't know.
20         (Plaintiff's Exhibit Number 22 was
21  marked for identification.)
22    Q.   We've marked as Plaintiff's Exhibit
23  22 a copy of an Asset Purchase Agreement dated
24  March 14, 2006, where you are listed as the
25  seller.  Do you see that?

---

Page 82

1     A.   I see it.
2     Q.   Are those your signatures on the
3  second and third pages?
4     A.   I don't know.
5     Q.   You don't deny that they are,
6  correct?
7     A.   Doesn't look like it too well, but --
8     Q.   Did you sell those businesses?
9     A.   I don't know if -- I don't remember.
10    Q.   So you don't deny it?  Sir?
11    A.   I don't remember.
12    Q.   So you don't deny it?
13    A.   I don't remember.
14         MR. BECKER:  When you have a chance,
15  I'd like to get that back for clarification.
16         MR. GUNNER:  Sure.  I'm putting stuff
17  here that I want copies of.
18    Q.   You were referring to Plaintiff's
19  Exhibit 22.  It's an Asset Purchase Agreement
20  between Ireland Equipment, Inc., which Michael
21  Riley listed as being the seller on March 14,
22  2006, and it was purporting to sell companies
23  doing business as A1 Portable Toilets in Mount
24  Vernon, Ohio, Sweet Pee, that's P E E, Portable
25  Toilet, Chillicothe, Ohio, and Fitzgerald

---

Page 83

1  Sanitation in Hebron, Ohio, A1 Jiffey Jon.  Did
2  you sell those businesses on behalf of Ireland
3  Equipment Company?
4     A.   I don't remember.
5     Q.   Who is Bill Reynolds?
6     A.   I don't know.
7     Q.   He's the one that bought those
8  businesses from you, correct?
9     A.   I don't know.  I don't remember.
10    Q.   So you don't deny it, you just don't
11  remember?
12    A.   I gave you my answer.
13    Q.   What is the next job that you have
14  lined up to perform?
15    A.   Anything that comes along the road.
16    Q.   Well, what is the next one you have
17  lined up to do?  Do you have anything
18  scheduled?
19    A.   Nothing scheduled.
20    Q.   When is the last time you did a job?
21    A.   I don't remember.
22    Q.   Yesterday?
23    A.   I don't remember.
24    Q.   Did you work last week?
25    A.   I don't remember.

---

Page 84

1     Q.   When was the last time you were paid?
2     A.   I don't remember.
3     Q.   Do you still have a Verizon Wireless
4  account?
5     A.   I don't know.  I didn't know I had
6  one.
7     Q.   Well, you were paying bills to a
8  wireless --
9     A.   Are you talking Mike Riley or Ohio
10  Rock?
11    Q.   Ohio Rock.
12    A.   I'm speaking -- I can't speak on
13  behalf of Ohio Rock.  Their counsel is not
14  here.
15    Q.   So you were --
16    A.   I can't answer any questions on
17  behalf of Ohio Rock without their counsel.
18         MR. GUNNER:  You can answer questions
19  with respect to what you did.  If it's
20  something you don't know, you can relate that
21  to him, if you don't know.
22         THE WITNESS:  Okay.
23    Q.   Bank records that were produced by
24  Ohio Rock, which you testified you controlled,
25  indicate that you made a Verizon Wireless

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013) Page 23 of 37

GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

---

Page 85

1  payment of $215.92 on April 30, 2012. So my
2  question is, do you still have that Verizon
3  Wireless account?
4      A.   I don't remember.
5      Q.   Those records indicate that you made
6  a payment to the Artisan Truck Insurance for a
7  premium payment. What truck did that relate
8  to?
9      A.   I don't know.
10     Q.   Was it a truck that you owned?
11     A.   I don't own no trucks.
12     Q.   So it was a truck that Ohio Rock
13  owned?
14     A.   I can't speak on behalf of Ohio Rock.
15     Q.   If you have knowledge of it, you can.
16     A.   I don't have the knowledge. I don't
17  know.
18     Q.   Where did you fly on U.S. Air in
19  March of 2012 or April of 2012?
20     A.   I don't believe I flew anywhere.
21     Q.   Ohio Rock through you purchased a
22  U.S. Airway ticket on March 14, 2012, for
23  $474.20.
24     A.   I don't know. I don't remember.
25     Q.   You were the manager. Who did you

---

Page 86

1  fly?
2      A.   I don't remember.
3      Q.   Do you have an account with the
4  entity called Are You Interested, an Internet
5  account?
6      A.   I don't know.
7      Q.   It's a recurring check card charge
8  through the bank account that you controlled on
9  October 18, 2012.
10     A.   I don't know. I don't remember.
11     Q.   Do you still have that account?
12     A.   I don't know.
13     Q.   Is it listed under your name?
14     A.   I don't know.
15     Q.   You made a purchase on October 26,
16  2012, with a Lion's Den, which is an adult
17  novelty and bookstore. Did you make that for
18  your own personal use?
19     A.   I don't know if I made it.
20     Q.   There's a check card purchase on the
21  account that you controlled on October 26,
22  2012. Do you deny making that?
23     A.   I don't remember.
24     Q.   Have you ever been to Natural Remedy
25  Spa?

---

Page 87

1      A.   What is that?
2      Q.   There's a charge on October 22, 2012,
3  in the amount of $279.48. Did you go there?
4      A.   I don't know.
5      Q.   Do you have an account with Apple
6  iTunes store?
7      A.   Where?
8      Q.   Do you have any accounts with any
9  Apple iTunes store?
10     A.   I don't know where the Apple iTune
11  is.
12     Q.   There's a check card purchase on
13  October 19, 2012, for Apple iTunes store.
14     A.   I don't remember.
15     Q.   Were those for you?
16     A.   I don't know.
17     Q.   Do you have a Time Warner Cable
18  account?
19     A.   I don't know.
20     Q.   Well, in the place where you are
21  living on Moull Street, do you have cable
22  service?
23     A.   Not no more.
24     Q.   When was the last time you had it?
25     A.   I don't know.

---

Page 88

1      Q.   You used to have one?
2      A.   I don't know. I don't remember.
3      Q.   There's a check card purchase made on
4  October 17, 2012, Time Warner Cable. Was that
5  for your apartment on Moull Street?
6      A.   I don't know.
7      Q.   You don't deny it was, then, correct?
8      A.   I don't remember.
9      Q.   Why did you make a payment to U-Haul
10  Center on October 15, 2012?
11     A.   I don't know.
12     Q.   Did you have a storage facility at
13  U-Haul at that time?
14     A.   Was it a truck rental?
15     Q.   No. It's at the center.
16     A.   Excuse me?
17     Q.   It's -- it's the U-Haul Center.
18     A.   Was it for a truck rental?
19     Q.   Doesn't say.
20     A.   Then I don't know.
21     Q.   Did you rent a truck from U-Haul?
22     A.   I don't remember.
23     Q.   Do you have Sirius FM account?
24     A.   What is that?
25     Q.   For your radio.

---

Case 2:13-ap-02094  Doc 52-1  Filed 11/26/13  Entered 11/26/13 11:37:29  Desc
Deposition Transcript of George Michael Riley  Sr. (November 4  2013) Page 24 of 37
GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

---

Page 89

1   A.   What radio?

2   Q.   In any of your vehicles.

3   A.   I don't have any vehicles.

4   Q.   Any of the vehicles you drive have

5 Sirius FM accounts?

6   A.   I don't know.

7   Q.   There's a charge here on October 9,

8 2012, it's a recurring check charge for the

9 Sirius account?

10   A.   I don't know.

11   Q.   Were you making that payment for your

12 personal benefit?

13   A.   I don't know.

14   Q.   So --

15   A.   If I even made it, I don't know.  I

16 don't remember.

17   Q.   Where is TLF Parkway Florist?

18   A.   I don't know.

19   Q.   Did you make a purchase on October 5,

20 2012, from Parkway Florist?

21   A.   What was it?

22   Q.   It's 101.60.

23   A.   What was it?  What was bought?

24   Q.   It says check card purchase.

25   A.   I don't know.

---

Page 90

1   Q.   Is that for your own personal

2 benefit?

3   A.   I don't remember.

4   Q.   So you don't deny it, correct?

5 Correct?

6   A.   I don't remember.

7   Q.   Where is Natural Remedies Spa?

8   A.   I don't know.

9   Q.   Did you make purchases at the Natural

10 Remedies Spa in October of 2012?

11   A.   I don't remember.

12   Q.   Did you stay at the Natural

13 Remedies -- well, did you receive services at

14 the Natural Remedies Spa, October of 2012?

15   A.   Where is it at?

16   Q.   There's a check card purchase on

17 10/1/2012.

18   A.   I don't know where it is.  I don't

19 remember.

20   Q.   Did you stay at the -- I'm going to

21 have to spell it, B L E N N E R H A S S E T

22 Hotel on the same day, October 1?

23   A.   I don't know what that means.  You

24 have to tell me the name.  I can't spell.

25   Q.   Blennerhassett Hotel.

---

Page 91

1   A.   I don't know.

2   Q.   Is the Natural Remedy Spa at that

3 hotel?

4   A.   I have no idea.

5   Q.   Is that for your personal benefit?

6   A.   I don't know.  I don't remember.

7   Q.   Do you have an account at match.com?

8   A.   What is it?

9   Q.   Match.com.

10   A.   I don't know.

11   Q.   So if there was a charge on

12 9/27/2012, that would have been for your

13 benefit?

14   A.   I don't know.

15   Q.   Ohio Rock doesn't have any need for

16 an account with match.com, correct?

17   A.   I don't know.  Does it say I did it?

18   Q.   Were you also at the Blennerhassett

19 Hotel on September 26, 2012?

20   A.   Does it say I was there?

21   Q.   Sir, were you there or not?

22   A.   I don't remember.

23   Q.   What is Martins Ferry's Starfire?

24   A.   I don't know.

25   Q.   Did you make a purchase at Bath &

---

Page 92

1 Body Works using the Ohio Rock account for your

2 personal benefit on August 6, 2012?

3   A.   I don't know.

4   Q.   So you don't deny it, correct?

5 Correct?

6   A.   I don't remember.

7   Q.   Have you visited Tan Pro and

8 purchased items with your Ohio Rock account?

9   A.   I don't know.

10   Q.   So you don't deny it?

11   A.   Does it say I did?  Was it me that

12 went?

13   Q.   Did you purchase it for somebody

14 else?

15   A.   I don't remember.

16   Q.   Did you make a purchase for yourself

17 from godaddy.com on January of 2013?

18   A.   I don't remember.

19   Q.   So you don't deny it, correct?

20   A.   I don't remember.

21   Q.   Do you have Onstar in any of the

22 vehicles that you operate?

23   A.   Do I have what?

24   Q.   Onstar.

25   A.   There's no stars in what I drive.

---

| Page 93 | Page 95 |
|---|---|
| 1  Q.   Do any of the vehicles that you were<br>2 operating for Ohio Rock have Onstar?<br>3  A.   I don't know.<br>4  Q.   Did you make purchases for your<br>5 personal use at T.J. Maxx in January of 2013<br>6 using the Ohio Rock account?<br>7  A.   What's T.J. Maxx?<br>8  Q.   Did you or did you not?<br>9  A.   I don't know what it is, so I don't<br>10 know.<br>11  Q.   What sources of income have you had<br>12 in the last month?<br>13  A.   Whatever I could get.<br>14  Q.   Where have they come from?<br>15  A.   All over.<br>16  Q.   Where?<br>17  A.   Hauling scrap, whatever.<br>18  Q.   Give me one example.<br>19  A.   I don't remember.<br>20  Q.   What are you using to haul the scrap?<br>21  A.   My brother's pickup, if I can.<br>22  Q.   What kind of pickup is that?<br>23  A.   It's his.<br>24  Q.   What kind?<br>25  A.   Blue one. | 1  A.   I don't remember.<br>2  Q.   Who does he live there with?<br>3  A.   I don't know.<br>4  Q.   Is he married?<br>5  A.   I don't know.<br>6  Q.   Does he have any kids?<br>7  A.   Yes.<br>8  Q.   How many kids does he have?<br>9  A.   Two.<br>10  Q.   Do they live there with him?<br>11  A.   I don't know.<br>12  Q.   Have you received any income from<br>13 your son in the last month?<br>14  A.   No.<br>15  Q.   In the last six months?<br>16  A.   No.<br>17  Q.   Have you provided your son with any<br>18 income or assets in the last six months?<br>19  A.   No.<br>20  Q.   Where does your son live?<br>21  A.   Newark.<br>22  Q.   Where in Newark?<br>23  A.   I don't know his address.<br>24  Q.   You don't know your son's address?<br>25  A.   I don't know his address. |
| **Page 94** | **Page 96** |
| 1  Q.   What year and what make?<br>2  A.   I don't know.<br>3  Q.   Where do you haul the scrap to?<br>4  A.   Sometimes he buys it from me.<br>5  Q.   What kind of scrap?<br>6  A.   Scrap metal.<br>7  Q.   Does he own a business?<br>8  A.   Excuse me?<br>9  Q.   Does he have a business?<br>10  A.   I can't answer for him.  You would<br>11 have to ask him.<br>12  Q.   Why does he buy your scrap?<br>13  A.   You'd have to ask him.<br>14  Q.   Do you know whether your brother has<br>15 a business?<br>16  A.   I don't know.<br>17  Q.   What's your brother's name?<br>18  A.   Pete.<br>19  Q.   What's his last name?<br>20  A.   Riley.<br>21  Q.   Where does he live?<br>22  A.   Barton.<br>23  Q.   Where at in Barton?<br>24  A.   I don't know.  I don't remember.<br>25  Q.   You don't know your brother's -- | 1  Q.   Does he live in an apartment or a<br>2 house?<br>3  A.   A house.<br>4  Q.   What street?<br>5  A.   I don't know.<br>6  Q.   How do you go visit him?<br>7  A.   He visits me sometimes too.<br>8  Q.   Have you been to his house?<br>9  A.   I have.<br>10  Q.   How do you know where to go?<br>11  A.   Because I know how to get there.<br>12  Q.   What's it next to?<br>13  A.   Excuse me?<br>14  Q.   What's it close to?<br>15  A.   A neighborhood.<br>16  Q.   What neighborhood?<br>17  A.   I don't know.<br>18  Q.   What's his name?<br>19  A.   Same as mine.<br>20  Q.   Is he a junior?<br>21  A.   Yes.<br>22  Q.   Is he married?<br>23  A.   Yes.<br>24  Q.   What's his wife's name?<br>25  A.   McKenzie. |

Case 2:13-ap-02094    Doc 52-1    Filed 11/26/13    Entered 11/26/13 11:37:29    Desc
Common Transcript of George Michael Riley    Sr. (November 4    2013)    Page 26 of 37

GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

Page 97

1   Q.   Can you spell it?
2   A.   No.
3   Q.   Do they have any children?
4   A.   Yes.
5   Q.   How many?
6   A.   One.
7   Q.   What's the child's name?
8   A.   Kenley.
9   Q.   Where does your son work?
10  A.   I don't know.
11  Q.   You don't know where your son works?
12  A.   Uh-uh.
13  Q.   Does he have a job?
14  A.   Yeah.
15  Q.   What's he do?
16  A.   He's an engineer.
17  Q.   You don't know the name of the
18  company?
19  A.   I don't.
20       MR. BECKER: Forgot one.
21       (Plaintiff's Exhibit Number 23 was
22  marked for identification.)
23  Q.   Marked as Plaintiff's Exhibit 23, the
24  Florida Division of Corporations listing for
25  Jamaican Lake Owners Association, Inc., which

Page 98

1   we discussed earlier in the day, it lists you,
2   George Riley, as one of the individuals
3   involved in that entity.  Do you see that?
4   A.   I do not.
5   Q.   Your name is at the bottom, sir.
6   A.   Again, there's people that has the
7   same name as mine that lives all over the
8   country.
9   Q.   So your position is you have no
10  relationship and no interest and have never
11  heard of that company?
12  A.   I don't know.
13  Q.   Either you know --
14  A.   I don't remember.
15  Q.   So you don't deny it, then.
16  Currently have any credit cards?
17  A.   I do not.
18  Q.   Do you have any debit cards?
19  A.   I do not.
20  Q.   How do you pay your utilities, heat,
21  water?
22  A.   Cash.
23  Q.   At which location?
24  A.   What do you mean, at what location?
25  Q.   Where do you go to pay with cash for

Page 99

1   your utilities?  Where do you go?
2   A.   Just give them cash.
3   Q.   Who?
4   A.   You can go to Kroger's and pay the
5   electric bill.
6   Q.   Is that where you pay your electric
7   bill?
8   A.   I don't remember.
9   Q.   Where do you pay your electric bill,
10  sir?
11  A.   I don't remember.
12  Q.   Where do you pay your gas bill?
13  A.   I don't remember.
14  Q.   What do you use to pay the gas that
15  you put in the vehicles that you borrow?
16  A.   Cash.
17  Q.   You don't have a credit card for any
18  gas station services?
19  A.   No.
20  Q.   Have you ever done any work for Jerry
21  McClain in Newark, M C capital C L A I N?
22  A.   I don't remember.
23  Q.   Do you have any business in the
24  future that you are supposed to do for Jerry
25  McClain?

Page 100

1   A.   I don't know what you are talking
2   about.
3   Q.   Well, have you and Mr. McClain
4   discussed you doing work for him?
5   A.   I don't know what you are talking
6   about.
7   Q.   Do you know Jerry McClain?
8   A.   I heard the name before.
9   Q.   So have you had any discussions with
10  Mr. McClain?
11  A.   I don't remember.
12  Q.   What work are you going to do for
13  Mr. McClain?
14  A.   Didn't know that I was.
15  Q.   Well, you just told me you didn't
16  know if you were, so either you know or you --
17  A.   I said I heard the name.
18  Q.   -- don't know.
19  A.   I heard the name before.
20  Q.   Have you ever had any discussions
21  with the man?
22  A.   In regards to?
23  Q.   Anything.
24  A.   I don't remember.
25  Q.   Are you scheduled to do any work for

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013)   Page 27 of 37
GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

Page 101

1  Mr. McClain?
2  A.  I don't know.
3  Q.  Have you done any work for him in the
4  past?
5  A.  No.
6  Q.  None?
7  A.  I don't remember.
8  Q.  Well, which is it, no or I don't
9  remember?
10  A.  I don't remember.
11  Q.  On the Exhibit 13, which is the
12  domestic relations filings that you had your
13  attorneys do in Licking County, if you can put
14  that in front of you?
15  A.  I have it.
16  Q.  On page six of that document, you
17  list a debt of $96,000 for an equipment repair
18  loan through a construction company.  Which
19  construction company is that?
20  A.  I believe it's on there.
21  Q.  Well, the word that is on here is G U
22  T K N E C H T.
23  A.  Yeah.  Gutknecht Construction.
24  Q.  Where are they?
25  A.  Bellaire, Ohio.

Page 102

1  Q.  Where?
2  A.  Bellaire, Ohio.
3  Q.  Why did you list this debt on your
4  domestic relations filing?
5  A.  Because I owe it.
6  Q.  What is it for?
7  A.  Repairs.
8  Q.  What kind of repairs?
9  A.  To a crusher.
10  Q.  Which crusher?
11  A.  Two of them.
12  Q.  Which ones?
13  A.  The one is in his yard and the one is
14  wherever, whatever you did with it.
15  Q.  Which one was there?
16  A.  Powerscreen.
17  Q.  Where is the crusher now?
18  A.  You'd have to ask your client.
19  Q.  Are you telling me that the place in
20  Bellaire, Ohio, no longer has the crusher that
21  he performed the work on that you claim you now
22  owe him a debt for?
23  A.  He worked on multiple things.  You'd
24  have to talk to Roger Berrick.  He would be the
25  owner.

Page 103

1  Q.  Do you have any document to support
2  that you owe this debt?
3  A.  Do I?
4  Q.  Yes, sir.
5  A.  Maybe a little bit more.  I don't
6  know.  What do you mean the document to
7  support?
8  Q.  Do you have any documents that
9  indicate that you owe this Roger Berrick
10  $569,000?
11  A.  I don't know where they are.  It's
12  been a while.
13  Q.  How long ago?
14  A.  A long time.
15  Q.  A year, two years?
16  A.  A long time.
17  Q.  What did you do with the documents?
18  A.  I don't know.
19  Q.  When is the last time you saw any of
20  the crushers that this gentleman supposedly did
21  work for you on?
22  A.  It's been a long time.
23  Q.  Weeks, months, years?
24  A.  I don't know.  I don't remember.
25  Q.  When is the last time you talked to

Page 104

1  Roger Berrick?
2  A.  I don't know.
3  Q.  Why didn't you list that debt on your
4  bankruptcy filing?
5  MR. GUNNER:  He did an amendment to
6  that.
7  Q.  Sir?
8  A.  Excuse me?
9  Q.  Why didn't you want to list that on
10  your bankruptcy filing?
11  A.  Why did I what?
12  Q.  Why did you not list the debt that
13  you listed on your domestic relations filing on
14  your bankruptcy filing?
15  A.  I don't know.
16  Q.  So on your domestic relations filing
17  you list as a closely held stock and other
18  business interest Michael Riley, sole
19  proprietorship.  What is that?
20  A.  I have no idea what you are saying.
21  Q.  Well, look at Exhibit 13, sir.  It's
22  in front of you there.
23  A.  Where at?
24  Q.  It looks like the fourth page from
25  the end of the document.

Case 2:13-ap-02094    Doc 52-1    Filed 11/26/13    Entered 11/26/13 11:37:29    Desc
Deposition Transcript of George Michael Riley Sr. (November 4 2013) Page 28 of 37

Deposition Transcript of George Michael Riley Sr. (November 4 2013) GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.                                          November 4, 2013

Page 105

1          (Mr. Danford stepped out of the
2    deposition room.)
3    A.    Is this it?
4    Q.    This one.  Fourth page from the end.
5    A.    Okay.
6    Q.    You have listed underneath the
7    category of closely held stocks and other
8    business interests and name of company as
9    Michael -- I'm sorry -- Mike Riley, sole
10   proprietorship.  What is that?
11   A.    I don't know.  You have to ask that
12   attorney.
13   Q.    That is not anything that's listed on
14   your bankruptcy filing, correct?
15   A.    I don't know.  I'm not an attorney.
16         MR. BECKER: I think we're about
17   done.  Two seconds.  Off the record.
18   (An off-the-record discussion was held.)
19         MR. BECKER: I don't have any other
20   questions for you today, sir.  We will reserve
21   our right to address the court as to whether or
22   not the answers that you've provided to us in
23   this deposition have been sufficient or whether
24   we need to revisit this on another day.
25         THE WITNESS: Can we state for the

Page 106

1    record who all was present in this deposition?
2          MR. GUNNER: She's got that down, I'm
3    sure.  You have a right to read, if he orders
4    this transcribed, typed up, or you can waive
5    the right to read it.  You can't change your
6    answers, but you can correct any typos or
7    misspellings or something the court reporter
8    does.  So you need to indicate to her whether
9    you want to read it or waive your right to read
10   it.
11         THE WITNESS: Okay.  I want to read
12   it.
13   (The deposition was concluded at 4:03 p.m.)
14
15              * * *
16
17
18
19
20
21
22
23
24
25

Page 107

1          I, GEORGE MICHAEL RILEY, SR., do
2    hereby certify that the foregoing is a true and
3    accurate transcription of my testimony.
4
5
6
7
8
9          GEORGE MICHAEL RILEY, SR.
10
11   DATE _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 108

1    STATE OF OHIO          )
2    COUNTY OF GREENE       )      SS: CERTIFICATE
3          I, Melissa A. Neary, a Notary Public
4    within and for the State of Ohio, duly
5    commissioned and qualified,
6          DO HEREBY CERTIFY that the above-named
7    GEORGE MICHAEL RILEY, SR., was by me first duly
8    sworn to testify the truth, the whole truth,
9    and nothing but the truth; that said testimony
10   was reduced to writing by me stenographically
11   in the presence of the witness and thereafter
12   reduced to typewriting.
13         I FURTHER CERTIFY that I am not a
14   relative or Attorney of either party nor in any
15   manner interested in the event of this action.
16         IN WITNESS THEREOF, I have hereunto
17   set my hand and seal of office at Xenia, Ohio,
18   on this 19th day of October, 2013.
19
20         /s/ Melissa A. Neary
21         MELISSA A. NEARY
           NOTARY PUBLIC, STATE OF OHIO
22         MY COMMISSION EXPIRES 8/9/2016
23
24
25

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013) Page 29 of 37
CONDENSED TRANSCRIPT of George Michael Riley   Sr. (November 4   2013)
GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.
November 4, 2013

## $

**$100,000 (3)**
24:6,9,16
**$13,000 (1)**
75:6
**$215.92 (1)**
85:1
**$279.48 (1)**
87:3
**$474.20 (1)**
85:23
**$569,000 (1)**
103:10
**$6,000 (1)**
75:9
**$96,000 (1)**
101:17

## A

**A&B (1)**
23:18
**A1 (3)**
27:24;82:23;83:1
**access (2)**
5:25;6:2
**according (1)**
34:1
**account (30)**
5:8;6:3,8,16;7:18;8:8,
13;37:25;38:3;55:9,13;
77:5,6;78:6;84:4;85:3;
86:3,5,8,11,21;87:5,18;
88:23;89:9;91:7,16;92:1,
8;93:6
**accounts (4)**
5:23,25;87:8;89:5
**accuracy (2)**
10:19,22
**accurate (2)**
15:2;73:13
**across (1)**
20:4
**activity (1)**
73:23
**actually (1)**
8:21
**Adam (2)**
53:13,15
**address (8)**
4:25;5:6;22:23;47:12;
95:23,24,25;105:21
**addresses (1)**
73:16
**admitting (1)**
81:6
**adult (1)**
86:16
**adversarial (1)**
4:10
**affairs (1)**
75:3
**affiliated (3)**
22:7,13,15
**affiliation (1)**
38:12
**afternoon (1)**
4:7
**afterwards (1)**
56:12
**again (9)**
6:14;25:12;26:15;28:3;
33:7;43:9;46:18;73:11;
98:6
**age (1)**
4:2
**agent (9)**
19:18;20:1;7;54:23;
59:4;71:1,8;81:2,7
**Aggregate (4)**
28:16;65:9,15,18
**Aggregates (4)**
28:13;29:5,20;72:9
**ago (13)**
13:7,7,8,22;15:25;35:2;
39:22,22,23;41:1,1,2;
103:13
**agreement (4)**
71:25;74:15;81:23;
82:19
**ahead (1)**
80:17
**Air (1)**
85:18
**Airway (1)**
85:22
**allows (1)**
14:8
**along (1)**
83:15
**amendment (1)**
104:5
**America (1)**
81:5
**American (15)**
28:13,16;29:4,19;38:9,
13,20;61:3,6;65:8,15,17,
20,22;72:9
**amount (1)**
87:3
**Andrew (2)**
52:5,20
**Andy (2)**
39:4,6
**answered (4)**
8:15;22:22;25:23;
56:25
**apartment (2)**
88:5;96:1
**APG (3)**
40:4,15,20
**appear (2)**
15:10;31:25
**appears (1)**
8:2;15:18;17:12;33:2
**Apple (4)**
87:5,9,10,13
**applicant (3)**
31:11;32:16;34:3
**application (2)**
31:12;34:6
**appoint (4)**
59:3;71:1,7,8
**April (2)**
85:1,19
**argumentative (1)**
26:10
**around (1)**
53:2
**arrive (1)**
10:25
**articles (3)**
19:22;80:23;81:11
**Artisan (1)**
85:6
**Asset (2)**
81:23;82:19
**assets (3)**
27:17;28:1;95:18
**Associates (3)**
28:6,9;29:23
**Association (4)**
39:9,12,15;97:25
**attempt (3)**
54:1;70:25;71:7
**Atterbury (5)**
30:8,18;31:11;33:8,12
**Atterbury's (1)**
33:1
**attorney (5)**
9:7;59:3;71:2;105:12,
15
**attorneys (1)**
101:13
**August (1)**
92:2
**authorized (1)**
31:10
**Auto (6)**
23:18;46:3;61:20,23;
70:9,11
**available (1)**
11:18
**Avenue (9)**
42:13,22;43:5,12;
47:11,13;56:13;57:7,12
**Aviation (4)**
66:24;67:1;70:14,18

## B

**back (2)**
72:2;82:15
**bank (24)**
5:8,23,25;6:3,8,12,15,
23;7:17;8:8,8;40:6,14;
41:10,18;55:7,10,14;
77:5,6;78:6;9;84:23;86:8
**bankruptcy (10)**
4:11;14:18,22;73:5;
74:24;76:20;104:4,10,14;
105:14
**Barnesville (2)**
46:6;56:1
**Barton (3)**
13:2;94:22,23
**basically (1)**
4:21
**basis (1)**
30:11
**Bates (1)**
31:19
**Bath (1)**
91:25
**Bay (6)**
48:10,12,17;49:5;
66:19,21
**Bayshore (3)**
41:23;42:5;48:2
**Beach (6)**
28:5,8;29:23;48:7;
62:15,18
**BECKER (13)**
4:6,8;7:5;8:16;14:18;
67:25;71:20;78:20;
80:17;82:14;97:20;
105:16,19
**become (1)**
17:2
**begin (1)**
72:3
**beginning (1)**
73:18
**begins (1)**
31:20
**behalf (11)**
7:11;9:7,9,22;10:14;
14:24;59:5;83:2;84:13,
17;85:14
**Bellaire (4)**
23:19;101:25;102:2,20
**Belleair (1)**
48:6
**Belmont (7)**
16:7,8,11;60:18,21;
61:15,18
**belongings (1)**
40:12
**below (1)**
59:5
**beneficiary (2)**
49:13,23
**benefit (5)**
89:12;90:2;91:5,13;
92:2
**Berrick (3)**
102:24;103:9;104:1
**best (2)**
15:3;74:21
**bill (9)**
77:5,6;78:6,9;84:23;86:8
**bills (1)**
84:7
**Bird (1)**
48:24
**bit (1)**
103:5
**Black (11)**
19:15,19,24;20:7,22;
21:7,18,24;68:7;80:25;
81:7
**Blaine (2)**
45:23,23
**Blennerhassett (2)**
90:25;91:18
**Blizzard (1)**
50:10
**Blue (1)**
93:25
**BMW (2)**
53:23;54:2
**Board (2)**
31:9;33:4
**Body (1)**
92:1
**bookstore (1)**
86:17
**borrow (5)**
11:4,11;12:16;24:9;
99:15
**borrowed (2)**
11:3;24:3
**borrowing (1)**
11:19
**bottom (6)**
26:6,24;32:15,23;81:3;
98:5
**bought (5)**
23:18;38:6;46:9;83:7;
89:23
**Boulevard (1)**
48:6
**Box (3)**
6:22;41:4,11
**boy (1)**
50:20
**Branch (2)**
49:8,10
**break (1)**
78:20
**Bridgeport (1)**
46:1
**brief (1)**
78:21
**brother (3)**
11:20;24:24;94:14
**brother's (4)**
11:5;93:21;94:17,25
**Buccaneer (3)**
48:10,12,17
**Buckeye (1)**
68:8,12

**buddy (1)**
69:17
**building (2)**
31:12,17
**business (49)**
16:22,24,25;19:2,3,5;
20:17;26:21;27:19;
28:17;30:14,17,19,22,23,
25;33:8;35:11,13;36:12,
15,20,22;37:13;46:16,19;
47:5;51:5,6,9;53:17;
54:17;55:6,17,21;56:5;
67:6,9,16;69:7;75:5;
81:15;82:23;94:7,9,15;
99:23;104:18;105:8
**businesses (11)**
27:23;35:8;69:13;
73:17,18;80:5,8,14;82:8;
83:2,8
**buy (2)**
54:1;94:12
**buys (1)**
94:4

## C

**Cab (2)**
63:21,24
**cabin (3)**
44:20,23;45:1
**Cable (3)**
87:17,21;88:4
**California (1)**
46:11
**called (34)**
46:16,19;51:18,21;
59:11,16,20;60:4,10,15,
20,25;61:12,17,22;62:2,7,
12,17,22;63:2,7,12,23;
64:4,9,14;66:2,7,12;67:7,
10;69:22;86:4
**came (1)**
71:18
**can (11)**
9:15;84:18,20;85:15;
93:21;97:1;99:4;101:13;
105:25;106:4,6
**Capital (9)**
51:3,7,10,12,16,19;
52:2;68:1;99:21
**Capitol (2)**
61:25;62:3
**car (8)**
11:3,4,6,8,10,12,15;
45:19
**card (7)**
86:7,20;87:12;88:3;
89:24;90:16;99:17
**cards (3)**
51:15;98:16,18
**cars (4)**
11:19,25;12:3,6
**Case (1)**

4:11;8:25;9:14;14:22;
72:2;73:25;74:4
**Cash (9)**
5:12,21;77:15;78:8,10;
98:22,25;99:2,16
**category (1)**
105:7
**cautioned (1)**
4:3
**cell (2)**
24:20,22
**Center (3)**
88:10,15,17
**certain (1)**
4:17
**certified (1)**
4:4
**chain (2)**
53:6,9
**chance (9)**
7:15,22;9:1;15:11,12;
17:9;44:8;58:24;82:14
**change (1)**
106:5
**charge (5)**
86:7;87:2;89:7,8;91:11
**check (7)**
86:7,20;87:12;88:3;
89:8,24;90:16
**checks (1)**
78:8
**Chevy (1)**
11:9
**child (1)**
50:18
**children (2)**
50:16;97:3
**child's (1)**
97:7
**Chillicothe (1)**
82:25
**Chrysler/Plymouth/Dodge/Jeep (2)**
61:10,13
**City (4)**
31:18;36:2;39:17;44:2
**claim (1)**
102:21
**claiming (1)**
50:19
**Clairsville (3)**
22:24;53:3;56:1
**clarification (1)**
82:15
**Clearwater (2)**
44:15,18
**Clerk (1)**
9:16
**client (1)**
102:18
**close (2)**
6:15;96:14
**closed (1)**
6:18;7:2;8:13

**closely (2)**
104:17;105:7
**Club (3)**
47:22;66:19,22
**coal (6)**
53:5,9;59:14,16,18,20
**Columbus (9)**
29:25;30:3,6;47:11,15;
52:11,21,24;73:2
**commencement (2)**
73:25;74:3
**commercial (6)**
14:2,4,8,10,13;74:8
**Common (1)**
16:7
**Community (2)**
60:13,16
**companies (13)**
55:12,20;59:2,5,9,22;
71:2,9,18;73:4;74:13;
79:24;82:22
**company (69)**
16:5,17;19:24;20:20;
21:5;24:4,10,16;25:2;
26:25;27:10,14,18,22;
29:7,9;31:10;34:11;
51:18,21;54:21,24;59:11,
16,20;60:4,7,8,10,11,15,
20,25;61:12,17,22;62:2,7,
12,17,22;63:2,7,12,21,23,
24;64:2,4,5,9,14;65:3,6;
66:2,7,12;69:22;72:1,12,
24;74:8;80:25;83:3;
97:18;98:11;101:18,19;
105:8
**concluded (1)**
106:13
**condo (5)**
5:22;43:14,17,22;44:12
**Condominium (2)**
43:5;44:2
**confirm (2)**
9:2;56:21
**consecutive (1)**
13:19
**consider (5)**
13:15,16;30:19,21;77:9
**considers (1)**
13:17
**construction (4)**
44:21;101:18,19,23
**contained (4)**
9:25;10:2;15:2;32:20
**Continental (7)**
28:19,22,25;29:16;
64:12,15;72:21
**contractor (4)**
31:7,8;33:2,4
**controlled (7)**
6:9;55:13,21;77:4;
84:24;86:8,21
**copies (3)**
80:18,19;82:17

**copy (6)**
12:23;14:21;15:7;17:7,
14;81:23
**Coral (1)**
47:21
**corner (1)**
32:15
**Corp (3)**
28:16;29:20;65:9
**Corporation (11)**
28:14;29:5;38:10,13,
20;65:15,18,20,23;72:9;
73:21
**Corporations (1)**
97:24
**correspondence (2)**
6:11;17:13
**counsel (3)**
7:13;84:13,17
**country (1)**
98:8
**County (5)**
8:25;16:7,8,11;101:13
**Couple (1)**
11:16
**court (5)**
4:11;16:7,8;105:21;
106:7
**court's (1)**
16:9
**credit (3)**
51:15;98:16;99:17
**crusher (4)**
102:9,10,17,20
**crushers (1)**
103:20
**Crushing (6)**
17:25;18:4,7,10;66:5,8
**current (1)**
4:25
**currently (3)**
5:5;41:18;98:16
**cut (1)**
77:1

## D

**dad (2)**
24:24;56:11
**Dairy (2)**
63:15,18
**Dam (1)**
25:14
**Danford (1)**
105:1
**data (1)**
10:4
**date (2)**
6:14;73:18
**dated (2)**
15:10;81:23
**Day (5)**
68:19,22;90:22;98:1;

105:24
**days (1)**
11:16
**DC (1)**
63:16
**dealerships (1)**
46:3
**dealings (2)**
53:18;81:16
**debit (1)**
98:18
**debt (6)**
101:17;102:3,22;
103:2;104:3,12
**debtor (2)**
73:19;74:1
**December (2)**
14:23;74:5
**Deed (1)**
15:9
**Defendant (1)**
4:2
**Defendant's (1)**
8:21
**Demolition (26)**
19:15,19,24;20:8,19,
22;21:2,8,18,24,25;31:13,
20;32:21;33:11,14,20;
34:5,20;68:7,9,12;79:12,
19,21;81:1
**Den (1)**
86:16
**deny (42)**
22:3,21;23:13;24:15,
18;27:2,4,7;35:23;36:7,
11,14,19,25;37:4;40:14,
19;41:7,14;49:17;51:24;
52:13;53:11,21;54:5;
56:4,21,24;57:9;59:24;
80:13;82:5,10,12;83:10;
86:22;88:7;90:4;92:4,10,
19;98:15
**denying (6)**
21:8,11,15,23;22:19;
81:6
**Depends (1)**
77:9
**depo (1)**
80:19
**deposition (15)**
4:10,14;6:8;7:19;
25:22;26:4;31:16;76:3;
77:6;80:24;81:14;105:2,
23;106:1,13
**depositions (1)**
4:20
**derived (1)**
75:14
**designate (2)**
70:25;71:1
**designated (2)**
4:15;76:1
**Development (2)**

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
CONDENSED TRANSCRIPT of George Michael Riley   Sr. (November 4   2013) Page 31 of 37
COMPLETE Transcript of George Michael Riley   Sr. (November 4   2013)
GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.
November 4, 2013

70:20,23
**Diamond (11)**
19:15,19,24;20:7,22;
21:7,18,25;68:7;81:1,7
**dictate (1)**
25:21
**Diego (2)**
46:10;47:21
**Different (5)**
12:6,8;13:16;64:17,19
**director (2)**
39:14;73:19
**discussed (5)**
71:3;80:24;81:13;98:1;
100:4
**discussing (2)**
37:15,17
**discussion (1)**
105:18
**discussions (2)**
100:9,20
**Division (1)**
97:24
**divorce (1)**
9:11
**Dock (3)**
60:2,2,5
**document (19)**
7:17;9:2;10:3;15:12,
23;16:5,10;17:10;22:9;
27:12;31:25;58:10;71:13,
15;74:23;101:16;103:1,6;
104:25
**documents (13)**
6:7,10;8:23;9:4,6,9,18,
21;35:15;78:14,17;103:8,
17
**Dodge (1)**
23:17
**DollHouse (2)**
46:16,19
**domestic (5)**
8:23;101:12;102:4;
104:13,16
**done (18)**
30:14,17,25;34:1;
35:11,13,18;36:4;37:12,
22;39:11;52:14;55:17,21;
56:4;99:20;101:3;105:17
**down (1)**
106:2
**drive (11)**
11:10,17;14:8;22:24;
41:23;42:5;48:2;63:10,
13;89:4;92:25
**driven (1)**
14:10
**driver's (5)**
12:23;13:24;14:2,5,7
**driving (5)**
11:14,25;12:1,4,11
**drove (1)**
53:2

**Duff (1)**
50:22
**duly (1)**
4:3
**during (2)**
6:7;76:3

### E

**Eagle (4)**
29:25;30:2,5;73:1
**earlier (6)**
57:1;61:4;64:23;80:24;
81:13;98:1
**East (2)**
64:7,10
**either (10)**
36:4;45:10;47:21;
48:15;52:1;73:23;76:6;
78:9;98:13;100:16
**electric (3)**
99:5,6,9
**electronic (1)**
19:22
**else (1)**
92:14
**employed (1)**
73:22
**employee (2)**
18:22;20:13
**employment (3)**
75:4,22;76:25
**end (2)**
104:25;105:4
**ending (1)**
73:18
**engineer (1)**
97:16
**entered (1)**
72:1
**Enterprise (5)**
59:9,12;64:22,23;65:1
**Enterprises (4)**
16:2,13,14;36:2
**entities (2)**
36:5;74:6
**entity (4)**
19:12;20:10;86:4;98:3
**Equipment (12)**
25:2;26:24;27:10,14,
18,22;41:11,17;72:11;
82:20;83:3;101:17
**equity (1)**
74:2
**established (2)**
54:25;55:2
**estate (2)**
49:13;53:18
**Estates (2)**
44:16,18
**even (1)**
89:15
**evenings (1)**

13:19
**EXAMINATION (1)**
4:5
**examined (1)**
4:4
**example (1)**
93:18
**excess (2)**
24:6,9
**Excuse (11)**
10:1;11:7;24:21;36:13;
53:14;56:15;57:25;
88:16;94:8;96:13;104:8
**executive (1)**
73:20
**exhibit (45)**
7:6,7,13,24;8:18,21,22;
9:8;10:8;12:19,22;14:7,
16,21;15:5,8;17:5,8;20:3;
25:17,19,21;31:17;32:3,
11;57:17,20;71:22,25;
73:8;74:16,23,23;78:25;
80:20,22;81:9,11,20,22;
82:19;97:21,23;101:11;
104:21
**exist (1)**
16:19
**Express (2)**
68:19,22

### F

**facility (1)**
88:12
**fact (1)**
59:4
**Fair (2)**
47:11,13
**familiar (5)**
22:23;23:1;50:11,15,
25;53:23
**family (1)**
12:17
**far (1)**
64:18
**farm (1)**
46:6
**federal (1)**
4:11
**Ferman (2)**
53:23;54:2
**Ferry (8)**
42:13,22;45:20;56:1,
13;57:7,12;79:16
**Ferry's (1)**
91:23
**Fifth (3)**
55:7,9,13
**file (1)**
9:13
**filed (12)**
9:4,7,9,22;10:14;14:24;
16:7,8,11;31:7;33:10;

74:20
**filing (13)**
14:22;34:20;73:12;
74:5,24;76:20;102:4;
104:4,10,13,14,16;105:14
**filings (1)**
101:12
**financial (1)**
75:3
**finished (1)**
44:24
**first (5)**
4:3;9:3,14;31:22;37:2
**Fitzgerald (8)**
27:24;69:15,17,18,19,
23;72:15;82:25
**five (4)**
13:22;39:22;41:2;74:1
**flagged (1)**
32:24
**flew (1)**
85:20
**Florida (44)**
19:19,23;20:20;21:3;
39:17;40:24;41:5,12,24;
42:5;43:6,12,15,18,23;
44:2,12,16,18;46:1,3,17,
20;47:2,22;48:3,7,10,20,
21,24;49:2,5,8,10;51:22;
52:2;53:24;54:3;60:23;
61:1;66:10,13;80:25;
97:24
**Florist (2)**
89:17,20
**Flush (2)**
68:2,5
**fly (2)**
85:18;86:1
**FM (2)**
88:23;89:5
**following (1)**
43:5
**follows (2)**
4:4;32:9
**Forge (2)**
45:1,4
**Forgot (1)**
97:20
**form (2)**
19:13;80:14
**formed (1)**
20:15
**forming (2)**
79:25;80:8
**Fort (1)**
47:22
**four-car (1)**
45:22
**fourth (2)**
104:24;105:4
**friend (10)**
30:9;33:9,13;34:15,24;
35:1;38:18,23;39:1;69:19

**friends (4)**
12:16;30:24;31:1;52:8
**front (5)**
9:3;32:4;73:7;101:14;
104:22
**Fuels (2)**
60:13,16
**full (1)**
73:23
**Fun (2)**
69:4,10
**function (1)**
25:7
**future (1)**
99:24

### G

**Gail (2)**
78:22;79:1
**garage (1)**
45:22
**Gary (2)**
4:8;9:16
**gas (5)**
53:6,9;99:9,12,14,18
**Gates (2)**
49:12;50:21
**gave (8)**
9:24;22:17;24:19;27:3,
8,15;35:24;83:12
**General (1)**
15:8
**gentleman (1)**
103:20
**GEORGE (9)**
4:1;8:3;9:10;15:19;
59:1;81:3,4,5;98:2
**girl (1)**
50:20
**given (1)**
64:18
**Global (4)**
66:24;67:2;70:15,18
**GM (1)**
17:18
**GMR (5)**
32:1,9,10,19,23
**godaddycom (1)**
92:17
**goes (1)**
32:3
**Good (1)**
4:7
**Goodwin (3)**
55:18,21,25
**grandfather (1)**
49:14
**Grandma (1)**
50:6
**grandparents (1)**
50:5
**grandparents' (1)**

50:2
**Grandpop (1)**
50:7
**grass (1)**
77:1
**Green (3)**
53:13,15,18
**Grenelefe (1)**
44:13
**Grimes (2)**
78:22;79:1
**Group (3)**
53:18;61:3,7
**guess (2)**
9:7;50:19
**Gulf (1)**
48:6
**GUNNER (8)**
7:2;15:15;26:9;75:11;
82:16;84:18;104:5;106:2
**Gutknecht (1)**
101:23

**H**

**Haines (1)**
44:2
**Hair (1)**
47:1
**hand (3)**
15:7;17:7;74:25
**handed (4)**
7:12;14:20;26:25;
57:19
**handing (2)**
8:20;71:24
**handwriting (1)**
9:18
**Harbor (13)**
22:5,8,13,16;40:24;
41:5,12;43:17,23;53:24;
54:3;81:12,16
**hard (1)**
58:21
**Hardware (3)**
38:1,4,7
**Harvey (3)**
55:18,21,24
**Hatteras (1)**
47:18
**haul (2)**
93:20;94:3
**Hauling (1)**
93:17
**heard (5)**
37:3;98:11;100:8,17,19
**heat (1)**
98:20
**Hebron (2)**
25:15;83:1
**held (3)**
104:17;105:7,18
**hereby (1)**

59:3
**herein (1)**
4:2
**hereinafter (1)**
4:3
**Highway (1)**
45:20
**highways (1)**
14:11
**Hill (2)**
39:20;40:1
**hold (2)**
34:4,13
**holding (5)**
59:2;62:5,8,10,13
**Holdings (2)**
70:14,18
**Holmes (1)**
50:21
**home (1)**
44:15
**Hotel (4)**
90:22,25;91:3,19
**house (4)**
13:9;96:2,3,8
**Hunter (2)**
39:4,6

**I**

**idea (10)**
13:6;19:6,17;20:5;
36:1,3;40:5;71:17;91:4;
104:20
**Ideal (1)**
47:1
**identification (13)**
7:8;8:19;12:20;14:17;
15:6;17:6;57:18;71:23;
73:16;80:21;81:10,21;
97:22
**identified (1)**
7:18
**Image (1)**
47:1
**immediately (2)**
73:24;74:3
**Inc (45)**
16:2,13,14;18:12,14,
17,20,23;19:8,11;25:3;
26:17;27:22;28:20,22;
29:1;39:9,12,15;40:4,15,
20;41:11,17;51:3,7,10,13,
16,19;54:9,11,15,21,24;
66:10,13;69:4,10;72:5,
21;74:7,8;82:20;97:25
**income (16)**
75:4,7,10,13,18,22;
76:6,10,16,18;77:8,9,11;
93:11;95:12,18
**indicate (8)**
75:18;77:25;78:15,17;
84:25;85:5;103:9;106:8

**indicated (3)**
6:9;33:15;57:23
**indicates (3)**
19:25;59:1;73:14
**indicating (3)**
27:12;73:10;76:21
**individual (1)**
73:15
**individuals (1)**
98:2
**Industrial (3)**
68:24;69:2;74:9
**Industries (24)**
8:9;28:19,22;29:1,17,
25;30:3,6;36:9,12,15,17,
17,21;37:10,12,15,20,23;
49:21;64:12,15;72:21;
73:2
**information (8)**
9:24;10:2,4,13;14:24;
15:1;20:4;31:20
**initial (1)**
32:9
**Insurance (1)**
65:3,6;85:6
**interest (23)**
43:3,10;46:22;47:1,4,5,
10,17;48:2,6,9,16,19,23;
49:1,4,7;59:2;63:18;
64:25;65:5;98:10;104:18
**Interested (1)**
86:4
**interests (1)**
105:8
**Internet (1)**
86:4
**interstate (1)**
14:11
**into (1)**
72:1
**investment (1)**
47:1
**involved (2)**
8:24;98:3
**Ireland (12)**
25:2;26:24;27:10,13,
18,22;28:1;41:11,17;
72:11;82:20;83:2
**irrevocable (1)**
49:20
**Island (3)**
44:16,18;49:5
**items (1)**
92:8
**iTune (1)**
87:10
**iTunes (3)**
87:6,9,13

**J**

**jail (1)**
80:3

**Jamaican (4)**
39:8,12,15;97:25
**January (3)**
9:15;92:17;93:5
**Jeffrey (1)**
54:2
**Jerry (3)**
99:20,24;100:7
**Jiffey (5)**
67:4,7,10;72:17;83:1
**Jiffy (1)**
27:24
**Joan (2)**
52:4,19
**job (5)**
31:13;33:10;83:13,20;
97:13
**John (3)**
27:24;50:21;52:4
**Johnet (1)**
22:24
**Jon (5)**
67:4,7,10;72:17;83:1
**June (1)**
31:9
**junior (1)**
96:20

**K**

**Kate (7)**
47:3;52:14,16;54:6,22;
57:21;58:14
**Kate's (1)**
52:8
**Katharine (1)**
9:10
**keep (2)**
78:14,16
**Kenley (1)**
97:8
**Kentucky (1)**
63:17
**kept (1)**
47:21
**Key (3)**
48:20,20,24
**kids (2)**
95:6,8
**kind (8)**
11:6,8,9;45:12;93:22,
24;94:5;102:8
**knowledge (8)**
15:3;54:15;59:17,21;
71:14;74:21;85:15,16
**knowledgeable (2)**
4:16;76:2
**known (2)**
27:23;35:3
**Kroger's (1)**
99:4

**L**

**labeled (1)**
8:20
**Lake (4)**
39:8,12,15;97:25
**land (2)**
5:14;47:8
**Lansing (3)**
29:7,10;72:24
**Laser (1)**
47:1
**last (41)**
4:13;5:3;6:2,5,10;7:18;
13:4,10,14,18;16:21;
19:2;29:14,16,19,22;
30:5;31:16;39:19;40:23;
43:22;69:21;72:4,4;76:3;
77:5,23;78:1,11,18;
83:20,24;84:1;87:24;
93:12;94:19;95:13,15,18;
103:19,25
**Laticia (6)**
30:8,18;31:10;33:1,12;
35:10
**Lauderdale (1)**
47:22
**lawful (3)**
4:2;59:3;71:2
**lawyer (2)**
58:4,13
**lawyers (2)**
80:8,13
**lease (2)**
12:14;54:1
**Leasing (1)**
35:25;68:14,17
**least (1)**
16:8
**left (1)**
32:15
**letterhead (1)**
26:25
**Levi (3)**
56:7,8;57:6
**liability (1)**
19:24;80:13
**Liberty (2)**
60:23;61:1
**license (7)**
12:23;13:24;14:3,5,7;
31:8;33:2
**Licensing (2)**
31:9;33:4
**Licking (2)**
8:25;101:13
**life (2)**
11:23;12:2
**Limited (13)**
8:9;19:16,20,23,25;
20:8,23;21:8,19,25;
49:21;80:25;81:1

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
Deposition Transcript of George Michael Riley   Sr. (November 4   2013) Page 33 of 37

Condensit™ Transcript of George Michael Riley   Sr. (November 4   2013)   GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.                                                    November 4, 2013

**Limousine (2)**
64:1,5
**lined (2)**
83:14,17
**lines (1)**
72:3
**Lion's (1)**
86:16
**list (18)**
12:9;43:7;59:8;73:15;
74:6,13;75:3,13;76:5,10,
19;77:1;101:17;102:3;
104:3,9,12,17
**listed (16)**
31:11;34:2;61:3;63:15;
73:4;75:6,9,17;76:24;
78:24;81:24;82:21;
86:13;104:13;105:6,13
**listing (2)**
16:12;97:24
**lists (2)**
81:1;98:1
**little (1)**
103:5
**live (14)**
23:15;35:6;38:24;
39:19,25;56:16;57:2,11;
79:6;94:21;95:2,10,20;
96:1
**lived (4)**
13:10,14;39:25;40:23
**lives (2)**
39:2;42:18;50:13;98:7
**living (6)**
5:3;13:15,16,17;56:13;
87:21
**LLC (22)**
22:5,8,13,16;28:6,9;
29:23;31:5,7,21;32:22;
33:5;34:14;35:12,19,20;
53:18;79:12,19,22;81:12,
16
**loan (1)**
101:18
**location (3)**
42:2;98:23,24
**long (11)**
11:14,22;27:9;35:2,3,5;
38:23;103:13,14,16,22
**longer (1)**
102:20
**long-time (2)**
38:23;39:1
**look (10)**
7:14;12:21;15:11,12,
21;17:9;31:24;32:22;
82:7;104:21
**looked (3)**
7:25;17:10;24:22
**looking (2)**
19:22;26:3
**looks (2)**
8:6;104:24

**Lorain (3)**
60:2,2,5
**lot (5)**
44:6;45:19;52:15;58:7,
22
**lots (1)**
52:23

**M**

**M&C (2)**
62:20,23
**mail (1)**
50:1
**Main (1)**
45:25
**making (2)**
86:22;89:11
**Malco (3)**
54:8,11,15
**man (1)**
100:21
**manager (7)**
8:3;75:25;76:2;77:4;
78:25;79:10;85:25
**managing (1)**
73:20
**Manhattan (4)**
24:4,10,11,16
**many (3)**
15:25;95:8;97:5
**March (6)**
27:19,25;81:24;82:21;
85:19,22
**mark (8)**
7:5;8:16;25:17,19,20;
71:20;80:17;81:11
**marked (27)**
7:8,12,20,23;8:19;
12:20,22;14:7,17,21;
15:6,8;17:6,8;31:16;
57:18,19;71:23,24;74:15;
80:21,22;81:10,21,22;
97:22,23
**married (1)**
95:4;96:22
**Mart (1)**
61:20,23;63:5,8
**Martins (9)**
42:13,22;45:20;56:1,
13;57:7,12;79:16;91:23
**Marts (2)**
63:15,18
**Maryland (1)**
63:16
**matchcom (3)**
91:7,9,16
**materials (1)**
38:6
**Maxx (2)**
93:5,7
**May (6)**
6:11,12;10:6,17;14:9;

69:24
**Maybe (2)**
44:24;103:5
**McClain (7)**
99:21,25;100:3,7,10,
13;101:1
**McCulloch (1)**
33:23
**McKenzie (1)**
96:25
**mean (4)**
34:12;35:17;98:24;
103:6
**means (2)**
80:12;90:23
**meet (1)**
35:1
**met (2)**
4:7;79:4
**metal (1)**
94:6
**Miami (2)**
49:8,10
**MICHAEL (6)**
4:1;8:3;15:20;82:20;
104:18;105:9
**Michelle (1)**
50:10
**middle (1)**
15:19
**Mihajlo (6)**
16:1,13,14;64:22,23;
65:1
**Mikate (3)**
54:21,24;74:7
**Mike (7)**
15:14;26:9;32:18;
37:15,17;84:9;105:9
**Mill (1)**
25:14
**mine (4)**
30:9;38:18;96:19;98:7
**mines (2)**
53:5,9
**Mini (2)**
63:5,8
**Mining (2)**
60:7,8,11
**misspellings (1)**
106:7
**Mobile (6)**
17:25;18:4,7,10;66:5,8
**money (7)**
24:3,5;28:1;42:1;
76:14;77:17;78:3
**month (6)**
77:23;78:1,12,18;
93:12;95:13
**months (4)**
6:5;95:15,18;103:23
**more (7)**
13:18,22;24:15;57:4;
74:1;87:23;103:5

**mortgage (5)**
23:4;24:4,10,11,16
**most (2)**
4:16;76:1
**Moull (3)**
5:2;87:21;88:5
**Mount (1)**
82:23
**multiple (1)**
102:23
**Murphy (2)**
38:17,22
**must (1)**
10:24
**myself (2)**
59:4;75:23

**N**

**name (30)**
4:8;5:16;8:2;31:25;
32:14,17;39:7;49:14;
50:11,14,25;51:15;69:21;
77:2;81:3,17;86:13;
90:24;94:17,19;96:18,24;
97:7,17;98:5,7;100:8,17,
19;105:8
**names (4)**
50:2,4;71:18;73:16
**Natural (6)**
86:24;90:7,9,12,14;
91:2
**nature (1)**
73:17
**need (3)**
91:15;105:24;106:8
**needed (1)**
77:7
**neighborhood (2)**
96:15,16
**Newark (4)**
5:2;95:21,22;99:21
**next (5)**
8:2;64:21;83:13,16;
96:12
**None (3)**
12:10;73:4;101:6
**nor (1)**
73:25
**North (2)**
45:19;79:15
**notarized (1)**
16:6
**Notice (1)**
4:9
**novelty (1)**
86:17
**November (4)**
17:25;18:17;20:1,8
**Number (15)**
7:7;8:18;12:19;14:16;
15:5;17:5;57:17;65:12;
69:9;71:22;74:23;80:20;

81:9,20;97:21
**numbers (2)**
10:3;73:17;76:23

**O**

**oath (6)**
10:20,23;16:6;73:13;
74:20;77:3
**O'Bryan (1)**
50:24
**obtain (1)**
23:4
**obtained (2)**
8:23;24:15
**October (12)**
86:9,15,21;87:2,13;
88:4,10;89:7,19;90:10,
14,22
**Off (3)**
11:23;12:2;105:17
**office (5)**
4:14;16:9,9
**officer (6)**
18:22;20:10;34:9,10;
39:14;73:19
**officers (1)**
19:7
**offices (1)**
55:25
**off-the-record (1)**
105:18
**Ohio (79)**
4:15,16;5:2;6:7,9,15;
7:10,19;8:8,25;12:2,3;
13:2,2,25;16:11;22:25;
25:15;35:7;42:12,13,22,
23;45:23;46:1,7;47:11,
15;49:21;50:13;52:11,21,
24;54:8,11;56:13,14;
57:7,7,12,12;59:14,16;
63:15;64:7,10;70:9,12;
75:14,18,25;76:2,5,16,18;
77:4,11;78:24;79:1,8,10,
16;82:24,25;83:1;84:9,
11,13,17,24;85:12,14,21;
91:15;92:1,8;93:2,6;
101:25;102:2,20
**Oil (4)**
60:18,21,23;61:1
**Oklahoma (1)**
35:7
**one (28)**
5:10;8:16;17:9;43:8,
25;52:8;60:1;61:4;64:19,
21,22;71:21;73:8;74:24;
76:6;83:7,16;84:6;88:1;
93:18,25;97:6,20;98:2;
102:13,13,15;105:4
**ones (1)**
102:12
**only (6)**
74:6;75:5,21;76:24;

Case 2:13-ap-02094   Doc 52-1   Filed 11/26/13   Entered 11/26/13 11:37:29   Desc
CONDENSED TRANSCRIPT of George Michael Riley   Sr. (November 4   2013)
Deposition Transcript of George Michael Riley   Sr. (November 4   2013)   Page 34 of 37
GEORGE MICHAEL RILEY, SR.

GEORGE MICHAEL RILEY, SR.
November 4, 2013

81:5
**Onstar (3)**
92:21,24;93:2
**operate (9)**
35:9;67:12;69:25;70:4,
7,11,17,22;92:22
**operated (15)**
29:14,17,20,23;30:6;
67:9,22;68:4,11,16,21;
69:1,6,12;79:18
**operating (3)**
29:12;52:1;93:2
**operation (3)**
28:11,23;75:4
**operations (1)**
53:6
**orders (1)**
106:3
**organization (5)**
18:11;19:3,23;80:23;
81:12
**originally (1)**
49:20
**O'Riley (2)**
66:15,17
**Orlando (1)**
44:12
**out (8)**
5:9;7:3;11:24;12:4;
39:16;68:1;80:3;105:1
**over (4)**
17:17;77:21;93:15;
98:7
**owe (4)**
102:5,22;103:2,9
**own (28)**
12:9,12;19:12;23:11,
21,23;25:5,9,11;26:12,16,
19;34:16;38:15;44:11,12;
47:8;54:19;69:25;70:4,6,
11,17,22;85:11;86:18;
90:1;94:7
**owned (24)**
25:11,12;53:5,9;65:17,
22;66:2,7,12,17,21;67:1,
6,22;68:4,11,16,21;69:1,
6,12;74:1;85:10,13
**owner (8)**
5:14;19:10;37:9;49:20;
51:12;76:8;79:21;102:25
**Owners (4)**
39:8,12,15;97:25
**ownership (16)**
43:3,11;46:22,25;
47:10,17;48:1,5,9,16,19,
23;49:1,4,7;63:18
**owns (4)**
12:7;23:9;34:18;42:12

**P**

**package (1)**
32:20
**packet (2)**
31:19;32:3
**page (22)**
4:24;8:2;9:15;10:8;
15:19;26:6;31:19,22,24;
32:4,8,10,13,22;72:4;
73:8,10;74:22,25;101:16;
104:24;105:4
**pages (5)**
7:19,21;58:20,22;82:3
**paid (3)**
33:17;78:8;84:1
**Palm (18)**
22:5,7,13,16;28:5,8;
29:22;40:24;41:4,12;
43:17,23;53:24;54:3;
62:15,18;81:12,16
**Panama (1)**
39:17
**parent (1)**
18:11
**parents' (1)**
13:9
**park (1)**
46:10,13;68:24;69:2
**Parkway (2)**
89:17,20
**Parrot (2)**
66:19,21
**participated (3)**
79:24;80:4,7
**partner (2)**
73:20,21
**partnership (1)**
73:21
**part-time (1)**
73:24
**past (1)**
101:4
**pay (13)**
5:9,13,20;68:19,22;
77:17;98:20,25;99:4,6,9,
12,14
**paying (4)**
5:5,11;77:14;84:7
**payment (5)**
85:1,6,7;88:9;89:11
**pays (2)**
24:20,23
**Pee (1)**
82:24
**pending (1)**
4:11
**Pennsylvania (2)**
47:8;63:16
**people (3)**
12:8;52:23;98:6
**percent (1)**
74:1
**percentage (1)**
46:15
**perform (2)**
34:21;83:14
**performed (1)**
102:21
**performing (1)**
75:24
**permit (8)**
31:12,21;33:15;34:4,5,
21;35:16,18
**permits (1)**
31:18
**person (3)**
4:16;5:20;76:1
**personal (6)**
86:18;89:12;90:1;91:5;
92:2;93:5
**Pete (1)**
94:18
**Petersburg (3)**
43:6,12,15
**petition (1)**
73:5
**Petroleum (4)**
61:3,7,15,18
**phone (2)**
24:20,22
**pickup (2)**
93:21,22
**piece (1)**
17:13
**Pigeon (2)**
45:1,4
**place (4)**
5:3;48:20;87:20;
102:19
**Plaintiff's (19)**
7:7;8:18,21;12:19,22;
14:16;15:5;17:5;31:17;
57:17;71:22;80:20,22;
81:9,20,22;82:18;97:21,
23
**plane (3)**
52:10,20,24
**pleadings (1)**
14:19
**Pleas (1)**
16:7
**please (3)**
21:22;42:3;43:9
**pm (1)**
106:13
**PNC (4)**
6:12,23;7:17;8:8
**PNC001 (1)**
7:20
**PO (3)**
6:22;41:4,11
**pocket (1)**
78:5
**Pointe (1)**
49:2
**Portable (4)**
27:23;72:18;82:23,24
**position (4)**
14:6;34:13;81:14;98:9
**possible (1)**
61:6
**Power (1)**
36:2
**Powerscreen (1)**
102:16
**preceding (2)**
73:25;74:3
**premium (1)**
85:7
**prepare (2)**
71:12,15
**present (2)**
7:11;106:1
**President (27)**
15:20;16:5,13,16;17:2,
19,24;18:3,7,16,19;27:9,
13;28:8,25;29:4,9;30:2;
72:5,8,12,14,17,20,23;
73:1;74:14
**print (1)**
32:17
**prison (11)**
11:24;12:5,11;14:12;
56:10;57:3,22;58:2,15;
79:25;80:15
**Pro (1)**
92:7
**proceeding (4)**
4:10;8:24;9:5,11
**produced (5)**
6:7,10;31:18;32:6;
84:23
**Products (3)**
54:8,11,15
**profession (1)**
73:23
**professional (1)**
30:11
**Prometheus (2)**
49:14,19
**Promuto (1)**
46:23
**Properties (7)**
28:5;62:15,18,20,23,
25;63:3
**Property (6)**
28:9;29:23;42:1,4,16;
43:1
**proprietor (1)**
73:22
**proprietorship (2)**
104:19;105:10
**provide (1)**
10:5
**provided (4)**
52:10,19;95:17;105:22
**Pub (2)**
66:15,17
**Purchase (12)**
81:23;82:19;86:15,20;
87:12;88:3;89:19,24;
90:16;91:25;92:13,16
**purchased (2)**
85:21;92:8
**purchases (2)**
90:9;93:4
**purporting (1)**
82:22
**pursuant (1)**
4:9
**Put (3)**
78:5;99:15;101:13
**putting (2)**
80:4;82:16

**R**

**R&F (5)**
29:7,9;59:18,20;72:23
**radio (2)**
88:25;89:1
**Ram (1)**
23:17
**RCI (13)**
31:5,7,21;32:21;33:4,
17;34:2,9,13;35:12,14,19,
20
**read (5)**
106:3,5,9,9,11
**reading (2)**
20:4;58:21
**Real (1)**
53:18
**really (1)**
50:9
**Realtor (3)**
55:18,22,25
**reason (1)**
4:19
**receive (5)**
42:15;43:4,11;78:4;
90:13
**received (4)**
27:18;75:18;77:11;
95:12
**recess (1)**
78:21
**recognize (1)**
17:17
**record (4)**
16:11;44:8;105:17;
106:1
**recorder's (1)**
16:9
**records (8)**
40:6,15,20;41:10,18;
77:25;84:23;85:5
**recurring (2)**
86:7;89:8
**Recycling (2)**
70:9,12
**referring (1)**
82:18
**regards (1)**
100:22

Case 2:13-ap-02094    Doc 52-1    Filed 11/26/13    Entered 11/26/13 11:37:29    Desc
Deposition Transcript of George Michael Riley    Sr. (November 4    2013)    Page 35 of 37

CONDENSED TRANSCRIPT of George Michael Riley    Sr. (November 4    2013)    GEORGE MICHAEL RILEY, SR.
GEORGE MICHAEL RILEY, SR.    November 4, 2013

**registered (3)**
19:18;20:1,7
**regularly (1)**
11:10
**relate (2)**
84:20;85:7
**relations (5)**
8:24;101:12;102:4;
104:13,16
**relationship (13)**
33:8;37:18,19;38:19;
41:22;42:20,25;51:6,9;
54:14;65:14;81:15;98:10
**released (4)**
12:11;14:12;79:25;
80:14
**Relief (1)**
67:20,23;68:1
**remain (1)**
26:2
**Remedies (4)**
90:7,10,13,14
**Remedy (2)**
86:24;91:2
**remember (160)**
6:4,6;9:23;10:17;
13:21,23;16:18;18:2,9;
19:1,14;20:14,21;21:1,6,
10,12,14,15;22:2,4;23:16,
20,22;24:17;25:13;26:20;
29:3,11;30:4;33:16;34:8;
35:5,22;36:6,8,24;37:1,6,
8;39:7,21,24;40:3,21,25;
41:3,6,9,13,16,21;42:10;
43:16,21,24;44:10;50:6,
12,14;51:2,20,23,25;
52:22,25;53:1,1,4;54:4;
55:15;56:3,5,6,23;57:8,
10,13;58:3,9,12;59:19;
60:17,22;61:2,14,19;
64:16;65:2,7,19,24;66:4,
9,18,23;67:3,8,13,24;
68:6,13,18,23;69:3,11,14;
70:3,19,24;77:24;78:13;
79:3,5,20;80:16;82:9,11,
13;83:4,9,11,21,23,25;
84:2;85:4,24;86:2,10,23;
87:14;88:2,8,22;89:16;
90:3,6,11,19;91:6,22;
92:6,15,18,20;93:19;
94:24;95:1;98:14;99:8,
11,13,22;100:11,24;
101:7,9,10;103:24
**Removal (1)**
47:2
**rent (13)**
5:5,9,11;42:4,6,9,11,
15;43:4,11;77:15,18;
88:21
**rental (2)**
88:14,18
**rented (1)**
42:11

**repair (1)**
101:17
**Repairs (2)**
102:7,8
**Repeat (3)**
21:22;42:3;43:9
**rephrase (1)**
4:24
**reporter (1)**
106:7
**represent (2)**
18:6;53:8
**reserve (1)**
105:20
**reside (1)**
57:6
**resided (2)**
13:1,4
**residence (5)**
13:20;23:5;42:9,12;
57:14
**Residential (1)**
74:8
**Resort (1)**
44:13
**respect (1)**
84:19
**review (4)**
7:15,22;9:21;14:23
**reviewed (3)**
7:23;10:13;58:25
**reviewing (1)**
58:17
**revisit (1)**
105:24
**Reynolds (1)**
83:5
**Ridge (1)**
47:21
**right (20)**
5:16;7:3;8:14;9:8,14;
17:24;24:18;26:4;32:23;
35:23;36:7;37:18;41:8;
44:11;74:11;76:21;
105:21;106:3,5,9
**Rights (2)**
15:9;43:4
**RILEY (53)**
4:1,7,19;5:1;8:3;9:10,
11;13:1;15:20;17:18;
32:18;37:16,18;50:7;
59:1,9,11;60:7,7,10;61:9,
13,20,23;62:20,23,25;
63:3,5,8,10,13;65:3,6;
66:24;67:1;68:14,16,24;
69:1;70:14,17,20,22;
81:3,4,5;82:21;84:9;
94:20;98:2;104:18;105:9
**rings (1)**
50:11
**Rize (4)**
61:25;62:3,5,8
**Road (4)**

13:2;25:14;45:23;
83:15
**Rock (39)**
4:15,16;6:8,9,15;7:10,
19;8:8;49:21;51:22;52:2;
66:10,13;75:14,19,25;
76:2,5,16,19;77:4,11;
78:25;79:1,8,10;84:10,
11,13,17,24;85:12,14,21;
91:15;92:1,8;93:2,6
**Roger (3)**
102:24;103:9;104:1
**room (1)**
105:2
**Royal (2)**
68:2,4
**RV (2)**
46:10,13

## S

**sale (2)**
27:19;28:2
**Sales (1)**
23:18
**same (8)**
4:24;5:3;64:21;69:9;
74:23;90:22;96:19;98:7
**San (2)**
46:10;47:21
**Sanitation (7)**
27:24;69:15,17,21,23;
72:15;83:1
**Sarasota (1)**
48:10
**saw (1)**
103:19
**saying (14)**
24:14;28:4;30:13,16;
31:15;32:2,5;37:5,7;
57:16;75:16;76:17;80:2;
104:20
**scheduled (3)**
83:18,19;100:25
**scrap (6)**
93:17,20;94:3,5,6,12
**Screening (5)**
17:25;18:4,8;66:5,8
**Screening's (1)**
18:10
**second (6)**
7:14;31:24;32:10,13;
72:4;82:3
**seconds (1)**
105:17
**secretary (1)**
78:24
**securities (1)**
74:2
**self (3)**
73:22;75:22;76:25
**self-employment (2)**
75:6,10

**sell (3)**
82:8,22;83:2
**seller (2)**
81:25;82:21
**send (2)**
49:25;58:8
**sending (1)**
41:18
**Senior (4)**
8:3;9:10;15:20;59:2
**sent (1)**
58:7
**separate (1)**
4:20
**September (3)**
15:10;16:12;91:19
**series (1)**
31:17
**service (2)**
24:25;87:22
**Services (26)**
18:11,14,17,20,23;
19:8,11;26:12,16;31:5,7,
21;32:22;33:4,17;34:2,9,
14;35:19,20;72:5;74:7,9;
75:24;90:13;99:18
**set (2)**
51:18,21
**settlement (2)**
71:25;74:15
**seven (2)**
10:9,9
**seventh (1)**
10:8
**shit (1)**
44:6
**Shores (1)**
49:2
**show (1)**
22:11
**shown (1)**
26:6
**sic (1)**
61:25
**side (1)**
50:8
**Siesta (2)**
48:20,20
**sign (3)**
15:23;27:12;59:5
**signatore (1)**
8:7
**signature (22)**
8:1;10:7,11;15:18;
16:4;17:12,17,22;25:18;
26:1,5,24;27:5;31:10,25;
32:14,15,16;33:2;71:4,
10;72:3
**signatures (1)**
82:2
**signed (13)**
10:20;31:9;35:16,18;
72:4,8,11,14,17,20,23;

73:1;74:14
**Sirius (3)**
88:23;89:5,9
**six (7)**
7:19;13:7;73:24;74:2;
95:15,18;101:16
**Sixth (2)**
43:5,12
**sold (1)**
27:22
**sole (3)**
73:21;104:18;105:9
**somebody (2)**
71:12;92:13
**Somerset (1)**
50:13
**Sometimes (2)**
94:4;96:7
**son (7)**
71:3,8;95:13,17,20;
97:9,11
**Sonrise (7)**
51:3,6,10,12,16,19;
52:2
**son's (1)**
95:24
**Sorry (6)**
8:22;16:2;20:1;41:23;
52:4;105:9
**Sounds (3)**
49:11;50:14,25
**source (1)**
75:21
**sources (2)**
76:6;93:11
**South (1)**
49:2
**Spa (5)**
86:25;90:7,10,14;91:2
**speak (4)**
7:10;33:12;84:12;
85:14
**speaking (1)**
84:12
**specific (1)**
4:17
**spell (3)**
90:21,24;97:1
**spelled (1)**
68:1
**spent (1)**
13:18
**spokesperson (1)**
4:15
**Spring (2)**
39:19;40:1
**Springs (3)**
41:24;42:5;48:3
**SR (1)**
4:1
**St (6)**
22:24;43:6,12,15;53:3;
56:1

**stamp (1)**
9:15
**stamped (1)**
9:13
**Star (2)**
62:10,13
**Starfire (1)**
91:23
**stars (1)**
92:25
**start (1)**
56:12
**state (4)**
13:25;45:7,12;105:25
**stated (1)**
77:3
**statement (1)**
75:2
**statements (4)**
6:20,23;10:19,23
**states (1)**
63:19
**station (2)**
53:6;99:18
**stations (1)**
53:9
**statutory (3)**
54:23;81:2,7
**stay (2)**
90:12,20
**stead (1)**
59:4
**Steel (9)**
38:9,13,20;63:21,24;
64:1,5;65:20,22
**stepped (1)**
105:1
**Sterns (1)**
54:2
**still (22)**
6:20,22,25;16:19;19:5;
20:17;23:23;25:7,9;
26:21;28:11,17,23;29:12;
41:20;52:1;58:17;79:8;
81:14;84:3;85:2;86:11
**stock (1)**
104:17
**stocks (1)**
105:7
**stop (2)**
25:24;26:4
**storage (1)**
88:12
**store (3)**
87:6,9,13
**Street (5)**
5:2;45:25;87:21;88:5;
96:4
**strike (1)**
26:23
**stuff (2)**
46:8;82:16
**submitted (2)**

32:21;33:3
**sufficient (1)**
105:23
**Sun (4)**
61:25;62:3,5,8
**supplies (1)**
38:6
**supply (1)**
52:23
**support (2)**
103:1,7
**supposed (3)**
73:15;75:3;99:24
**supposedly (1)**
103:20
**Sure (2)**
82:16;106:3
**Survivorship (1)**
15:9
**swear (1)**
10:22
**swearing (1)**
10:19
**Sweet (3)**
27:23;67:20,23,25;
82:24
**Swinging (2)**
49:8,10
**swore (2)**
73:13;74:19
**sworn (2)**
4:3;16:6

**T**

**T111 (1)**
13:1
**table (1)**
20:4
**talk (4)**
25:24;26:7,8;102:24
**talked (2)**
68:8;103:25
**talking (7)**
26:3;27:20;34:4;45:18;
84:9;100:1,5
**Tampa (4)**
19:19;21:2;41:23;
46:16,20;47:2
**Tan (1)**
92:7
**Tap (1)**
35:25
**Tarpon (3)**
41:23;42:5;48:2
**taxpayer (1)**
73:16
**telling (8)**
22:1;24:7;32:8;37:3;
58:15;76:15;77:7;102:19
**ten (1)**
13:7
**Tennessee (6)**

39:20;40:1;45:2,4;
53:19;63:17
**Teresa (2)**
50:22,24
**Terra (14)**
36:9,12,15,17,17,20;
37:9,12,14,19,22;79:12,
18,21
**testified (3)**
77:5;80:11;84:24
**testifying (2)**
77:10,13
**therein (1)**
15:2
**third (6)**
7:21;8:2;55:7,9,13;
82:3
**thought (2)**
19:12;37:15
**three (3)**
6:5;39:22;41:1
**Thru (2)**
63:10,13
**ticket (3)**
52:10,20;85:22
**tickets (1)**
52:24
**timeshare (4)**
45:6,8,13,14
**timeshares (1)**
45:11
**TJ (2)**
93:5,7
**TLF (1)**
89:17
**today (14)**
4:9,18,25;10:25;11:11,
12;26:14;28:11,17,23;
29:12;58:11;77:10;
105:20
**together (2)**
54:7;80:4
**Toilet (2)**
72:18;82:25
**Toilets (2)**
27:23;82:23
**told (5)**
37:2;58:4,13;77:14;
100:15
**Tom (2)**
69:19,24
**tomorrow (1)**
11:13
**top (2)**
9:14;17:18;73:9;74:25
**trade (1)**
73:22
**transact (2)**
16:24,25
**transacted (1)**
16:21
**transcribed (1)**
106:4

**Transfer (2)**
64:7,10
**travel (1)**
52:20
**Tri (2)**
62:10,13
**triplex (1)**
45:25
**Truck (7)**
85:6,7,10,12;88:14,18,
21
**trucks (1)**
85:11
**true (8)**
15:1;20:2,2;37:25;
38:3,7;59:3;74:19
**Trust (3)**
49:15,20,24
**truth (1)**
24:8
**try (2)**
4:23;26:10
**turn (3)**
72:2;73:8;74:22
**two (9)**
4:20;13:16,19;58:19,
22;95:9;102:11;103:15;
105:17
**type (2)**
58:1,6
**typed (5)**
17:18;57:21,23;58:14;
106:4
**typos (1)**
106:6

**U**

**U-Haul (4)**
88:9,13,17,21
**Uh-uh (2)**
39:3;97:12
**under (9)**
10:20,23;16:6;21:5;
44:20;73:13;74:20;77:3;
86:13
**underneath (2)**
32:17;105:6
**United (14)**
18:11,14,16,19,23;
19:7,10;26:12,16;65:25;
66:3;72:5;74:7,16
**up (10)**
51:18,21;57:21,24;
58:1,6,14;83:14,17;106:4
**USA (14)**
28:14,16;29:5,20;38:9,
13,20;65:3,6,9;70:20,23;
72:9,12
**use (3)**
86:18;93:5;99:14
**used (7)**
25:5;43:25;51:16;77:6;

80:9,13;88:1
**using (2)**
5:8;11:12;92:1;93:6,20
**utilities (2)**
98:20;99:1
**utilizing (1)**
20:20

**V**

**vague (3)**
17:14,15,20
**Valley (4)**
63:21,24;64:1,5
**Value (3)**
37:25;38:3,7
**vehicle (3)**
14:8,13;54:2
**vehicles (8)**
12:10;14:10;89:2,3,4;
92:22;93:1;99:15
**Verizon (3)**
84:3,25;85:2
**Vern (1)**
38:18
**Vernon (2)**
38:17;82:24
**versus (1)**
9:10
**Vince (1)**
46:23
**Virginia (10)**
31:8;33:3,24;37:23;
38:1,4,7;44:21,23;63:16
**visit (1)**
96:6
**visited (1)**
92:7
**visits (1)**
96:7
**voting (1)**
74:2

**W**

**waiting (1)**
43:7
**waive (2)**
106:4,9
**Walters (1)**
9:16
**Warner (2)**
87:17;88:4
**Warranty (1)**
15:9
**Washington (2)**
45:6,12
**Waste (12)**
18:11,14,17,20,23;
19:8,10;65:25;66:3;72:5;
74:7,16
**water (1)**
98:21

**way (5)**
25:24;26:8,12,16;32:6
**Weaver (3)**
56:7,8;57:6
**week (1)**
83:24
**Weeks (1)**
103:23
**West (8)**
31:8;33:3,24;37:23;
38:1,4,7;63:16
**what's (15)**
7:12;8:20;17:17;45:13;
47:12;57:19;93:7;94:17,
19;96:12,14,18,24;97:7,
15
**whatsoever (1)**
30:23
**Wheeling (3)**
31:19;33:24;56:2
**Wherever (2)**
77:19;102:14
**who's (1)**
5:5
**Whose (1)**
11:4
**wife (3)**
44:5;57:23;58:1
**wife's (1)**
96:24
**Wireless (4)**
84:3,8,25;85:3
**wish (1)**
13:12
**Within (3)**
6:5;73:24;74:2
**without (2)**
7:11;84:17
**WITNESS (7)**
7:4,9;15:14;75:12;
84:22;105:25;106:11
**woman (1)**
52:19
**word (1)**
101:21
**work (30)**
4:22;20:19;21:2,24,24;
31:13;32:21;33:11,14,18,
19,20;34:7,21;35:17,21;
36:4;37:22;39:11;77:19;
79:8;83:24;97:9;99:20;
100:4,12,25;101:3;
102:21;103:21
**worked (9)**
54:7;67:18;75:23;
77:22;78:1,11,15,18;
102:23
**working (1)**
77:20
**Works (2)**
92:1;97:11
**wrong (1)**
14:9

**Y**

**yacht (5)**
47:18,20,22;66:19,21
**yard (1)**
102:13
**year (5)**
13:7;39:22;41:1;94:1;
103:15
**years (13)**
13:7,7,22;15:25;35:4;
39:22,23;41:1,2;73:24;
74:3;103:15,23
**Yesterday (1)**
83:22

**Z**

**Zane (2)**
45:20;79:15

**0**

**06 (1)**
21:25

**1**

**1 (2)**
69:4;90:22
**10/1/2012 (1)**
90:17
**101 (2)**
45:19;79:15
**101.60 (1)**
89:22
**10191 (1)**
25:14
**11 (1)**
31:17
**11400 (1)**
48:6
**1157 (2)**
47:11,13
**12 (4)**
7:7,13,24;78:25
**1221 (5)**
22:5,7,13,16;81:12
**12-DR-01340 (1)**
8:25
**13 (6)**
8:17,18,22;9:8;101:11;
104:21
**13-02094 (1)**
4:12
**14 (8)**
12:19,22;14:8,23;74:5;
81:24;82:21;85:22
**15 (5)**
14:16,21;73:8;74:23;
88:10
**16 (2)**

15:5,8
**17 (3)**
17:5,8;88:4
**18 (4)**
57:17,20;73:12;86:9
**19 (4)**
71:22,25;74:16;87:13

**2**

**2 (2)**
9:15;69:9
**20 (4)**
35:3;75:11;80:20,23
**2001 (2)**
15:10;16:12
**2005 (5)**
18:1,17;20:2,8;21:25
**2006 (4)**
27:19,25;81:24;82:22
**2011 (3)**
75:9,22;76:7
**2012 (25)**
14:23;74:6;75:6,22;
76:7,16,18;77:12;85:1,
19,19,22;86:9,16,22;87:2,
13;88:4,10;89:8,20;
90:10,14;91:19;92:2
**2013 (6)**
6:11,12;9:15;31:9;
92:17;93:5
**21 (2)**
81:9,11
**22 (7)**
74:22,25;75:11;81:20,
23;82:19;87:2
**2295 (1)**
33:23
**23 (2)**
97:21,23
**24 (1)**
15:10
**26 (3)**
86:15,21;91:19
**27 (2)**
73:9,12
**28 (1)**
16:12
**29 (3)**
65:10,12,13

**3**

**3 (1)**
69:9
**30 (2)**
20:2;85:1
**300 (1)**
22:23
**36 (3)**
73:9,12;74:25
**362 (2)**
31:19;32:9

**363 (3)**
32:1,10,19
**369 (2)**
32:23,23

**4**

**4:03 (1)**
106:13

**5**

**5 (1)**
89:19
**511 (5)**
42:12,22;56:16;57:7,12
**5119 (1)**
56:13
**594 (1)**
5:2

**6**

**6 (2)**
7:20;92:2

**7**

**7 (1)**
31:9

**9**

**9 (1)**
89:7
**9/27/2012 (1)**
91:12
**904 (2)**
41:22;42:5
**9049 (1)**
48:2