

# ZACKS LAW GROUP LLC
*Counselors & Practitioners at Law*

The eBuilding
at Broad and James
33 South James Road
Third Floor
Columbus, Ohio 43213
614.236.8000 voice
614.236.3236 fax

Marcus D. Dunn
mddunn@zlglaw.com

October 3, 2012

Re: Ohio Rock Industries, Ltd.

To whom it may concern:

As legal counsel for Ohio Rock Industries, Ltd. ("Ohio Rock"), the purpose of this letter is to confirm that George Michael Riley is the authorized representative of Ohio Rock.

In addition, in forming and filing the Articles of Organization for Ohio Rock, our firm and myself merely acted as authorized agents in the creation of the company.

If you have any other questions or concerns, please do not hesitate to contact me.

Very truly yours,

Marcus D. Dunn

PLAINTIFF'S EXHIBIT NO. 4

GMR 049



To whom it may concern;   October 2, 20[12]

George M Riley is an authorized signer for any and all documents for Ohio Rock Industries, LTD.

Sincerely,

*Stacia Johnson* (signature)

Stacia Johnson

Secretary

Ohio Rock Industries, LTD

State of WV
County of Ohio

The foregoing instrument was acknowledged before me this 2nd day of October, 2012, by Stacia Johnson

Amanda L. Berisford

My commission expires November 1, 2014.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
AMANDA L. BERISFORD
Ohio County Public Library
52 - 16th Street
Wheeling, West Virginia 26003
My Commission Expires Nov. 1, 2014

PLAINTIFF'S EXHIBIT NO. 5

P.O. Box 135, Etna, Ohio 43018   Office (740) 644-1133  Fax (740) 685-5850
www.ohiorockindustries.com

GMR 050

# OHIO ROCK INDUSTRIES, LTD.
## First Amendment to the Operating Agreement

This First Amendment to the Operating Agreement (this "Amendment") is made effective as of July1, 2012 by and among Ohio Rock Industries, Ltd., an Ohio limited liability company (the "Company"), and the undersigned members of the Company.

**Whereas**, on May 2, 1011, the Company filed its Articles of Organization with the Secretary of State of Ohio;

**Whereas**, effective May 2, 2011, the members of the Company executed an Operating Agreement to govern the conduct of its business and internal affairs;

**Whereas**, effective June 30, 2012, the then current members transferred 100% of their ownership in the Company to Michael Riley; and

**Whereas**, the Members desire to amend the definition of a "Member" by revising Exhibit A to reflect the current ownership of Membership Interests in the Company.

Now therefore, in consideration of the premises and the mutual promises and agreements herein contained, the parties hereto, intending to be legally bound, hereby agree as follows:

1. **Capitalized Terms.** The Capitalized terms used I this Amendment but not otherwise defined herein shall have the same meanings ascribed to such terms in the Operating Agreement.

2. **Amendment to Exhibit A.** Th Members hereby agree that the amended version of Exhibit A attached hereto shall supersede and replace in all aspects all previous versions of Exhibit A to the Operating Agreement. The Members hereby acknowledge that the ownership of Membership Interests as reflected on the attached Exhibit A properly reflect the current ownership of the Company.

3. **Ratification.** Except as hereby specifically modified or amended, all terms, provisions and conditions of the Operating Agreement are hereby ratified and confirmed and shall remain and continue in full force and effect. Nothing contained in this Amendment is intended or shall be construed to impair the limited liability company protections afforded to the members of the Company pursuant to applicable Ohio law.

4. **Future References to Operating Agreement.** As of and after the date hereof, all references to the Operating Agreement in any and all agreements, instruments, mortgages, conveyances, documents, notes, certificates, or writings of any nature, kind or description shall be deemed to mean the Operating Agreement as amended by this Amendment.

5. **Miscellaneous.** This Amendment shall be construed in accordance with and governed by the laws of the State of Ohio. This Amendment may be executed in two or more counterparts (including counterparts executed by facsimile), all of which counterparts shall be deemed originals, and all of which counterparts taken together shall constitute a single instrument.



PLAINTIFF'S EXHIBIT NO. 6

GMR 053

In Witness Whereof, the parties have executed this First Amendment to the Operating Agreement of the Company effective as of July 1, 2012.

Member:

_____
Michael Riley

# Ohio Rock Industries, Ltd.

Operating Agreement
### Exhibit A

| Member Name | Percentage Ownership Interest |
|---|---|
| Michael Riley | 100% |

GMR 055

Print

Page 1 of 2

From: James Harris (jhre@msn.com)
To: panderson.hre@att.net;
Date: Thu, October 11, 2012 4:06:34 PM
Cc:
Subject: FW: Ohio Rock Documents

*Harris Real Estate*

Phone: 740-695-2117
Fax: 740-695-2517

Subject: Fwd: Ohio Rock Documents
From: mriley@ohiorockindustries.com
Date: Thu, 11 Oct 2012 15:41:04 -0400
CC: mriley@ohiorockindustries.com
To: jhre@msn.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Marcus D. Dunn, Esq." <mddunn@zlglaw.com>
> **Date:** October 11, 2012, 3:29:56 PM EDT
> **To:** <mriley@ohiorockindustries.com>
> **Cc:** <mrileysr@ohiorockindustries.com>
> **Subject: Ohio Rock Documents**
>
> Here they are Mike.
>
> :::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
>
> Marcus D. Dunn, Esq.
> Zacks Law Group LLC
> Counselors and Practitioners at Law
> The eBuilding at Broad and James
> 3rd Floor
> 33 South James Road
> Columbus, Ohio 43213
> Work No: 614.236.8000
> Cell No: 614.306.3092
> Fax No: 614.236.3236
>
> ************************************************************
> Named in *U.S. News & World Report* as one of the "Best Law Firms" 2011
> -1st Amendment & Litigation
>
> Practice Areas:
> Business, Real Estate, Tax, Technology, Constitutional Rights & Health Care
> in complex litigation & transactional matters for individuals, families and companies.


PLAINTIFF'S EXHIBIT NO. 7

Print

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

Confidentiality Notice

The information contained in this e-mail message may be privileged and confidential, and thus is protected from disclosure. This message is NOT intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver it to the named addressee). If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 614.236.8000 (collect).

Thank you for your anticipated cooperation.

Zacks Law Group LLC

IRS CIRCULAR 230 DISCLOSURE
In compliance with requirements imposed by the Internal Revenue Service, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

GMR 052