# webselfstorage

Help

| Rental Detail | Room/Payment History | Notes | Letters | Pay Reversal |
|---|---|---|---|---|

Moved Out Rental Detail

Balance Due: $0.00                    Account Type: INDIVIDUAL                    Contract No: 769070-00002518

**Customer - Documents**                                                        View Customer History
MICHAEL RILEY SR.                    T111 RILEY ROAD                            BARTON, OH 43905
H: (740)232-5633                     W: (740)232-5634                           Email History

**Contact / Access Users**
DAVE KUNFF              603 DELAWARE ST              (740)579-1435              Alternate Contact

**Rooms**

| Room | Size | Autopay | Bal Due | Moved In | Moved Out | Invoice Billing | Rate |
|---|---|---|---|---|---|---|---|
| 347 | 5X10X10 | YES | $0.00 | 6/12/2012 | 10/23/2012 | NO | $49.95 |

**Last 3 Payments**

| | Date | Method | Amount |
|---|---|---|---|
| | 10/23/2012 | CASH | $0.00 |
| | 10/12/2012 | VISA | $53.45 |
| | 9/12/2012 | VISA | $53.45 |

**Notes**
10/23/2012 01:57:00 PM (STEPHANIE ECKELBERRY)769070 - Room
347 has been moved out.
8/28/2012 08:34:12 AM (STEPHANIE ECKELBERRY)769070 -
Customer called in made payment and went on autopay
8/14/2012 06:45:31 AM (WSS BATCH)990019 - A certified AUCTION
letter was mailed to MICHAEL RILEY SR. in room #34 .....

Close



PLAINTIFF'S
EXHIBIT
NO. 9
PENGAD 800-631-6989

Untitled Page                                                                                     Page 1 of 1

websetstorage                                                                                  Help

Rental Detail        Room/Payment History        Notes        Letters        Pay Reversal

## Notes

MICHAEL RILEY SR.                                                                     769070-00002518

Rooms:

| Critical Notes | Add Contract Notes |
|---|---|
| These notes display as a pop-up when a unit is accessed. | This section lets you add notes which cannot be changed. |

(200 Character Max Limit): 200 remaining          Save                                    Add

Mail

**Posted Contract Notes**

10/23/2012 01:57:00 PM (STEPHANIE ECKELBERRY)769070 - Room 347 has been moved out.

8/28/2012 08:34:12 AM (STEPHANIE ECKELBERRY)769070 - Customer called in made payment and went on autopay

8/14/2012 06:45:31 AM (WSS BATCH)990019 - A certified AUCTION letter was mailed to MICHAEL RILEY SR. in room #347. The USPS tracking # is 71042370775004575291

8/10/2012 01:40:59 PM (STEPHANIE ECKELBERRY)769070 - H# Mike Ryan will call us back today or tomorrow calling his office to see whats going on they were suppose to pay for 2 months

8/10/2012 01:38:02 PM (STEPHANIE ECKELBERRY)769070 - H# lm on vm regarding past due payment

GMR  002

MICHAEL RILEY SR. - Room/Payment History

# websadfstorage

Help

| Rental Detail | Room/Payment History | Notes | Letters |

**Room/Payment History**

Contract No: 769070-00002518          Customer: MICHAEL RILEY SR.

☐ Extended View

Balance Due: $0.00

| Show Me | Order | Show Units | Credit: $0.00 |
| All ▾ | Ascending ▾ | ALL ▾ | |

Account Detail
Contract History

| | Paid | Posted | Due | Unit | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| | ✓ | 6/12/2012 | 6/12/2012-7/11/2012 | 347 | RENT | $53.45 | | $53.45 |
| Pay | | 6/12/2012 | | | VISA | | $53.45 | $0.00 |
| | ✓ | 7/12/2012 | 7/12/2012-8/11/2012 | 347 | RENT | $53.45 | | $53.45 |
| | ✓ | 7/15/2012 | 7/12/2012- | 347 | 1ST STAGE DEL (POSTED JUL) | $15.00 | | $68.45 |
| | ✓ | 7/26/2012 | 7/12/2012- | 347 | 2ND STAGE DEL (POSTED JUL) | $15.00 | | $83.45 |
| | ✓ | 8/11/2012 | 7/12/2012- | 347 | LIEN STAGE (POSTED AUG) | $50.00 | | $133.45 |
| | ✓ | 8/12/2012 | 8/12/2012-9/11/2012 | 347 | RENT | $53.45 | | $186.90 |
| Pay | | 8/28/2012 | | | VISA | | $186.90 | $0.00 |
| | ✓ | 9/12/2012 | 9/12/2012-10/11/2012 | 347 | RENT | $53.45 | | $53.45 |
| Pay | | 9/12/2012 | | | AUTO PAYMENT | | $53.45 | $0.00 |
| | ✓ | 10/12/2012 | 10/12/2012-11/11/2012 | 347 | RENT | $53.45 | | $53.45 |
| Pay | | 10/12/2012 | | | AUTO PAYMENT | | $53.45 | $0.00 |
| | ✓ | 10/23/2012 | 10/23/2012- | 347 | MOVE OUT RECORD | $0.00 | | $0.00 |

Close

**THIS IS NOT A RECEIPT**
(except for one month free)
The user viewing this detail is HEATHER PENIX

GMR  003

Generated Letter                                                                    Page 1 of 6

U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055
Phone :(740)366-7321
STEPHANIE ECKELBERRY
### UHAUL SELF STORAGE RENTAL AGREEMENT(Anniversary Due Date)
Customer Name :    MICHAEL RILEY SR.
Address :    T111 RILEY ROAD
BARTON, OH 43905
Home Phone :(740)232-5633
Work Phone :  (740)232-5634
Driver`s License #:    RS281748 ST OH EXP 0814
E-Mail:   MRILEY@OHIOROCKINDUSTRIES.COM
_X_ U-Haul acknowledges that your Email address is highly confidential. This highly confidential information will be treated with the utmost
respect. We do not provide, supply, sell or otherwise distribute your personal information, including email address, to any third party.

____ I, MICHAEL RILEY SR., have no e-mail address and indemnify U-Haul for failure to contact me via e-mail.

*HELP US NEVER LOSE CONTACT WITH YOU IN CASE OF FIRE, FLOOD, BURGLARY OR BREAK-IN*
Emergency Alternate Contact (Must be completed. Designate a person residing at a permanent address other than your own.)

| Alternate Contact Name | Address | Phone # |
|---|---|---|
| DAVE KUNFF | 603 DELAWARE ST MARTINSFERRY, OH 43935 | (740)579-1435 |

ONLY THE CUSTOMER AND AUTHORIZED ACCESS PERSONS WILL BE ALLOWED TO THE ROOM UNDER THIS AGREEMENT. UHAUL MUST
BE NOTIFIED IN WRITING OR VIA THE PREMIER CUSTOMER CLUB OF ANY CHANGES OF AUTHORIZED PERSONS, ADDRESS, TELEPHONE,
OR LOST OR STOLEN CARDS.

Credit Card / RECURRING ACH Payment Plan:    VISA
I have authorized U-Haul to automatically debit my bank account or charge my credit card as applicable and requested every month for
all charges associated with my storage room. (Cardholder agrees to notify U-Haul of any changes to the banking or credit card
information (account number and expiration date)

X Authorized Signature:_____

                                        CAUTION:
Failure to pay on due date will result in:
   $15 late-fee charged.   Denied access to your room.
   $15 pre-lien fee charged 15 days after the due date.
   $50 lien processing fee.  Assessment of a lien and sales of stored goods.

CONTRACT DETAIL:
Room Size :5X10X10 Monthly Due Date : 7/12/2012   Total due Monthly :$53.45
Account Summary - Room #:       347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Discounts | $0.00 |
| Amount Of Last Payment | : | $53.45 | Fees | $0.00 |
| Payment Due Date | : | Jul 12 2012 | Insurance | $0.00 |
| Rent Paid-Thru Date | : | Jul 11 2012 | Services | $0.00 |
| Contract Credit | : | ($0.00) | Taxes | $3.50 |
| | | | Current Balance | $0.00 |

X Customer Signature:_____ Date:6/12/2012.

INSURANCE REQUIREMENT

Protecting your property in storage is your responsibility

**Option One** (The recommended choice)

I acknowledge that while U-Haul and this facility take certain precautions to provide clean, dry and secure storage rooms, I acknowledge and agree that U-Haul and this facility do not insure my property, nor do they have the responsibility to provide insurance for my property. Furthermore I agree that U-Haul and this facility are not responsible for any damage or loss that may occur to my property while in storage. I understand that it is a requirement of U-Haul and this facility that I maintain insurance covering my goods for as long as they are in storage at this facility. I have elected to meet this requirement in the following manner:

_____Purchase Low Cost Insurance NOW in the amount of  $0.00 Per Month

**Option Two**

_X_ I have contacted my insurance agent and I have confirmed that I have insurance coverage for my property while in storage at this facility through either my homeowner's policy or renter's policy, and am aware of my policy's deductible. I have attached a copy of my insurance company's declarations page as proof of coverage. U-Haul makes no representations concerning whether a homeowner's or renter's policy covers goods while in storage. I agree that for the duration that my property is in storage at this storage facility, I will maintain my homeowner's or renter's policy in full force and effect. Furthermore, if at anytime my homeowner's or renter's policy is terminated or modified so that my property does not have insurance coverage, I, therefore agree to notify the storage facility and hold harmless for, and release from them, any loss or damage that occurs to my goods while in storage.

YOUR INSURANCE COMPANY NAME:progressive.

Agent's Name:  na

Agent's Phone Number#(800)589-4654

**Option Three**

_____ I request that the insurance requirement to maintain insurance for my goods while in storage be waived. I acknowledge and understand that this waiver of the insurance requirement places me in the position of a self insurer. I acknowledge and understand that this waiver places no burden, responsibility or liability upon the storage facility. I acknowledge and understand that the storage facility does not insure my goods, and has no responsibility to provide insurance. I acknowledge and agree that loss or damage that occurs to my goods while in storage is fully at my expense. Customer bears entire risk of loss or damage resulting from the negligence of UHaul.

I understand that it is a requirement of this storage facility that I maintain insurance covering my goods for as long as they are in storage. I have elected to meet this requirement via the manner indicated above.

**APPROXIMATE CASH VALUE OF GOODS** (Customer's estimate)$0.00
Type of goods stored:

XCustomer Signature :_____ Date:6/12/2012.

GMR  005

## ATTENTION

This is a month-to-month lease. The term of this tenancy shall commence on the rental agreement date written, and shall continue thereafter on a monthly basis. Rent is payable in advance of the rental agreement date specified. U-Haul is not a bailee of customer's property. U-Haul does not accept control, custody or responsibility for the care of property. Customer shall notify U-Haul immediately, in writing, of address or telephone changes. Customers must provide their own diskus style lock (only one customer lock per room). U-Haul may, but is not required to, lock the space if it is found open. Rent paid in advance is considered prepaid rent and will be refunded upon vacating. There is no refund for unused days if you vacate after the rent due date of the current month. U-Haul reserves the right to change storage room rates with 30 days prior written notice to customer. It is your responsibility to pay on or before the due date. Free self-addressed payment envelopes may be provided for mailing rental payments. U-Haul has the right to establish or change hours of operation or to proclaim rules and amendments, or additional rules and regulations for the safety, care and cleanliness of the premises or the preservation of good order at the facility. Customer agrees to follow all of the U-Haul rules currently in effect, or that may be put into effect from time to time. Customer's access to the premises may be conditioned in any manner deemed reasonably necessary by U-Haul to maintain order on the premises. Such measures may include, but are not limited to, requiring verification of customer's identity, limiting hours of operation and requiring customer to sign in and sign out upon entering and leaving the premises. Customer Understands all sizes are approximate.

## CAUTION

If rent is not paid on or before the due date, a $15 late charge is due. A $15 pre-lien fee will be charged if payment is not received 15 days after the due date. A $50 lien processing fee plus all expenses associated with the sale will also be charged when the rent is 30 days late. The customer shall bear all risks of loss or damage to any and all property stored in the rental space, including, but not limited to, loss or damage resulting from the negligence of U-Haul. U-Haul is hereby given a contractual landlord's lien upon all property stored by the customer to secure payment of all monies due under this agreement, including any fees and costs. The lien exists and will be enforceable from the date rent or other charges are due and unpaid. The property shall be deemed to be attached from the first day of this agreement. The property stored in the leased space may be sold to satisfy the lien if customer remains in default for 30 days or more. Written notice will be sent to the customer during the default period. Proceeds from the sale will be distributed first to satisfy all liens. The remainder, if any, will be held for the customer for six months, then the funds will be transferred to the appropriate state authority. This lien and all rights granted are in addition to any lien or rights granted by the statutes of the state. In addition to the rents and charges agreed upon and provided for in this rental agreement, customer shall be liable for all costs, fees and expenses, including attorney's fees, reasonably incurred, incident to default, present or future, for the preservation, storage, inventory, advertisement and sale of the property stored in the rental space, or other disposition, and to enforce the rights provided for under this rental agreement. U-Haul shall be entitled to attorney fees and costs incurred in enforcing its rights under this agreement. Upon default of any obligation under this rental agreement, customer and all authorized individuals shall be denied access to the property contained in the rental space until such time that the default has been remedied and the total balance owed has been paid in full. Customer shall be permitted to have access to the rental space for the purpose of viewing and verifying the contents of the rental space during the default period. A minimum $10 cleaning fee will be assessed if the space is dirty or in need of repair at contract termination. Customer can use dumpster only if paying appropriate Dumpster fee. Customers are never to use dumpsters for disposal of hazardous or toxic materials, or wastes (e.g., paints, chemicals, flammables, etc.), off-site refuse or items such as couches, mattresses, etc.

## WARNING

.Customer shall have access to the rental space only for the purpose of storing and removing property stored in that rental space. The rental space shall not be used for residential purposes or operation of a business. Customer agrees not to store any hazardous materials, hazardous substance, hazardous waste, solid waste, toxic chemicals, illegal goods, explosives, highly flammable materials, perishable foods or any other goods which may cause danger or damage to the rental space. Customer agrees not to store any living creature or organism, or any dead animal or other carcass. Customer agrees that personal property and rental space shall not be used for any unlawful purpose. Customer agrees not to store property with a total value in excess of $15,000. Customer agrees not to leave waste, not to alter or affix signs on the rental space and agrees to keep the rental space in good condition during the term of the rental agreement. U-Haul property, such as furniture pads or storage carts, shall not be placed or locked in the rental space. Customer agrees not to store collectibles, heirlooms, jewelry, works of art or any other item of sentimental value. I,MICHAEL RILEY SR.,  agree to all the terms and

conditions stated above:_____

## LOW COST INSURANCE COVERAGE TERMS AND CONDITIONS:

Insurance coverag is only effective for customers who have elected insurance protection on the reverse side of this form, and paid the appropriate insurance fee. Valuation of Loss: Loss is adjusted at actual cash value. There is a $100 deductible for each loss occurrence and property is covered only while within the U-Haul storage room. If a customer rents more than one room, insurance  must be purchased separately for each room the customer wishes to protect. Exclusions: There is no protection for: (1) loss or damage to bills, currency, securities, notes, deeds, furs, antiques, jewelry, artwork, precious metals or stones, vehicles or contraband; (2) loss resulting from theft, except burglary* evidenced by visible signs of forced entry; (3) loss resulting from mysterious disappearance, intentional or criminal acts; (4) damage resulting from flood, tidal waters, groundwater or any subsurface water including sewers and drains; (5) damage resulting from nuclear explosion or contamination, war or civil insurrection, natural deterioration, vermin, insect infestation, wear and tear or atmospheric change. *Burglary coverage is limited to 50% of the coverage amount unless replacement cost insurance option was selected. Protection Period: Insurance fees must be paid in advance for the same number of months for which you make storage-rent payments. Nonpayment or breach of rental agreement automatically terminates this protection.  Protection is underwritten by Republic Western Insurance Company. REPORT CLAIMS TO:  Republic Western Insurance Company  P.O. Box 21748 Phoenix,

Generated Letter

AZ  85036-1748. Phone 1-800-528-7134

## DELIVERY ACCEPTANCE WAIVER

If the tenant, at his/her sole risk and expense, requests Landlord to accept, on the tenant's behalf, articles delivered for tenant within tenant's leased space or other area designated by the landlord and further agrees that landlord shall not be liable for whatever reason including negligence, for any article delivered to landlord for the tenant that is lost, stolen, misplaced, damaged or destroyed.

Tenant expressly acknowledges this waiver of landlord's liability is solely for the purpose of inducing the landlord to accept articles delivered to their premises for the tenant's benefits and if it were not for the tenant's consent to this waiver of liability, landlord would not accept articles for tenant's benefit.

U-HAUL WEBSITE NOTICE AND PRINTED TERMS OF CUSTOMER CONTRACT:

U-HAUL ARBITRATION AGREEMENT

PLEASE READ THIS CAREFULLY. THIS AGREEMENT AFFECTS YOUR RIGHTS.

By agreeing to rent the Storage Unit ("Storage Unit" as defined below) from U-Haul ("U-Haul" as defined below). You ("You" as defined below) agree to the terms and conditions of this U-Haul Arbitration Agreement ("Agreement").

1.      U-Haul and You agree that U-Haul's sales and rentals have an effect on interstate commerce. Therefore, U-Haul and You agree that this Agreement shall be construed and interpreted under the Federal Arbitration Act, 9 U.S.C. Section 1, et. seq.

2.      You and U-Haul agree that any and all Claims ("Claims" as defined below) between You and U-Haul relating in any way to your rental or purchase from U-Haul shall be submitted to binding Arbitration before the American Arbitration Association ("AAA") in accordance with the AAA Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes ("AAA Rules"), and judgment may be entered on the Arbitration award by a Court of competent jurisdiction. You and U-Haul agree that Claims submitted to Arbitration will be decided by a single Arbitrator who must be on the AAA National Roster of Commercial Arbitrators and selected in accordance with the AAA Rules. Arbitration is more informal then a lawsuit In court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators have the authority to award the same damages and relief that a court can award.

3.      U-HAUL AND YOU AGREE THAT CLAIMS MAY ONLY BE BROUGHT IN AN INDIVIDUAL CAPACITY AND IN THE NAME OF AN INDIVIDUAL PERSON OR ENTITY AND THAT CLAIMS MUST PROCEED ON AN INDIVIDUAL AND NON-CLASS AND NON-REPRESENTATIVE BASIS. U-HAUL AND YOU AGREE THAT CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS ARISING FROM THE SAME TRANSACTION. FURTHERMORE, U-HAUL AND YOU AGREE THAT NEITHER YOU NOR U-HAUL MAY PURSUE THE CLAIMS IN ARBITRATION AS A CLASS ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION NOR MAY ANY SUCH CLAIMS BE PURSUED ON EITHER OF OUR BEHALF IN ANY COURT, INCLUDING ASSIGNED CLAIMS. THE ARBITRATOR SHALL HAVE THE AUTHORITY TO AWARD RELIEF ONLY ON AN INDIVIDUAL AND NON-CLASS AND NON-REPRESENTATIVE BASIS.

4.      You acknowledge and agree that You voluntarily and knowingly entered into this Arbitration Agreement, and chose to rent or purchase from U-Haul rather than one of its competitors who may not have an arbitration agreement.

5.      In the event this Agreement conflicts with any other Arbitration Agreement, this Agreement shall control.

DEFINITIONS:

"Storage Unit" means that Unit or Units as identified on Your contract. "U-Haul" means U-Haul International, Inc. and its respective subsidiaries, insurers, parent, affiliates, agents, and dealers. "You" means You and Your respective subsidiaries, affiliates, agents, employees, predecessors in interest, successors, relatives, spouse, beneficiaries, estate, domestic partners, heirs and assigns, as well as all authorized or unauthorized users of the U-Haul Storage Unit rented from U-Haul. "Claims" is to be broadly interpreted to include any dispute, Claim or cause of action arising out of or relating to, Your dealings with U-Haul, including but not limited to, the reservation and/or reservation process, use of any affiliated U-Haul website, advertising, rental or sales contract, or Equipment. Claim includes any and all legal theories, including but not limited to, all statutory and tort claims, that may be asserted by You.

RULES APPLICABLE TO ALL CLAIMS:

Notice Procedure. If You intend to seek Arbitration you must first send to U-Haul, by certified mail, a written Notice of Dispute ("Notice"). The Notice to U-Haul should be addressed to U-Haul Arbitration, 2721 North Central Ave., 5th Floor, Phoenix, AZ 85004 ("Notice Address"). If U-Haul and You do not reach an agreement to resolve the Claim within 60 days after the Notice is received, or immediately upon U-Haul's denial of Your Claim, You or U-Haul may commence an Arbitration proceeding. You may download a form Notice (at www.uhaul.com/arbitration) (and a form to initiate Arbitration). During the Arbitration, the amount of any settlement offer made by U-Haul or You shall not be disclosed to the Arbitrator until after the Arbitrator determines the amount, if any, to which You or U-Haul is entitled.

Arbitration Rules. The AAA Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes apply in all Claims (The Rules are available at www.adr.org) with the following exceptions:

a. Claims seeking $75,000 or less. After U-Haul receives the required notice that You have commenced Arbitration, it will reimburse You for your payment of the filing fee. The Arbitration will take place in the County (or Parish) where You reside, either at the time of the rental and/or sale or return of the Equipment, unless otherwise agreed in writing by You and U-Haul. U-Haul waives any right to recover attorneys' fees or costs from You except as expressly provided in this Agreement. If the Notice procedure above was followed and: a) U-Haul did not make a written offer to settle the dispute before an arbitrator was selected, and the Arbitrator awards you any relief on the merits; or b) after finding in Your favor in any respect on the merits of Your claim, the Arbitrator issues You an award that is greater than the value of U-Haul's last written settlement offer made before an arbitrator was selected, then U-Haul will: i) pay You the amount of the Arbitrator's award of $7,500, whichever is greater (Alternative Payment); and ii) pay Your attorney, if any, the amount of reasonable attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that Your attorney reasonably accrued for

GMR  008

investigating, preparing, and pursuing Your Claim in Arbitration (Attorney Premium).
b. Claims seeking $15,000 or less. In addition to sub-paragraph "a" above, You may choose whether the Arbitration proceeds in person, by telephone, or based only on written submissions.
c. Claims seeking in excess of $500,000. The AAA Rules for Large, Complex Commercial Disputes shall apply. Payment of all fees will be governed by AAA Rules. The Arbitration will take place in the County (or Parish) where You reside, either at the time of the rental and/or sale or return of the Equipment, unless otherwise agreed in writing by You and U-Haul. The Federal Rules of Evidence shall apply.
d. Unless otherwise agreed to in writing by You and U-Haul.

Arbitrator's Authority. The Arbitrator shall issue a written decision sufficient to explain the essential findings and conclusions on which the award is based. The Arbitrator has the authority to make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, and the Alternative Payment and the Attorney Premium at any time during the proceeding and upon request from either party made within 14 days of the Arbitrator's ruling on the merits. The Arbitrator has the authority to award any form of individual relief, including equitable relief, including injunctions, and other relief available under applicable law. The Arbitrator is bound by the terms of this Agreement. All issues are for the Arbitrator to decide, except issues relating to the scope and enforceability of the Arbitration Agreement which shall be for a Court of competent jurisdiction to decide.
  Fees. Except as otherwise provided in this Agreement, U-Haul will pay all AAA filing, administration, and arbitrator fees for any Arbitration initiated in accordance with the Notice Procedure above. Current filing fees are available at www.adr.org. If, however, the Arbitrator finds that either the substance of Your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, You agree to reimburse U-Haul for all monies previously disbursed by it that are otherwise Your obligation to pay under the AAA Rules.
Attorney's Fees and Costs. The right to attorneys' fees and expenses is in addition to any right to attorneys' fees You may have under applicable law. However, You may not recover duplicative awards of attorneys' fees or costs. Although under some laws U-Haul may have a right to an award of attorneys' fees and expenses if it prevails in Arbitration, U-Haul agrees that it will not seek such an award. For claims that do not exceed the jurisdictional limit of state small claims court, either You or U-Haul may bring Claims in small claims court in lieu of arbitration.

Executed:6/12/2012

MICHAEL RILEY SR.: _____
Room number: 347
U-Haul Moving & Storage of Newark

GMR  009

Generated Letter

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055


MICHAEL RILEY SR
T111 RILEY ROAD
BARTON, OH  43905


347
Date: 7/15/2012

LATE NOTICE

Dear MICHAEL RILEY SR.,

We have not received your monthly payment for storage room # 347.  The rent was due on 7/12/2012.

A late fee of $15.00 has been charged to your account.  An additional $15.00 will be charged if your rent becomes 14 day(s) late.

If you have not already sent payment, please send your check today or go to https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter.

Sincerely,

STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321
769070

**Account Summary - Room #:    347**

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $15.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $3.50 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | Current Balance | $68.45 |

SEE REVERSE FOR SPECIAL OFFER

GMR  010

Generated Letter

SPECIAL OFFER

We will waive the $15.00 late fee for you, if you choose to have your monthly rental installment automatically deducted via either an automatic credit-card plan or ACH (e-check) monthly debit to your saving or checking account.  To sign up, simply fill in the information below and drop this in the mail today.

I hereby authorize U-Haul to charge my credit-card account for rent payment to Storage Room #347.

[] Discover          [] Visa          [] Mastercard          [] American Express

Credit Card Number_____Exp. Date_____

I hereby authorize U-Haul to deduct my monthly storage rental installments for Storage Room(s)#347 from my bank account:

Account Number: _____

Routing Number (9 digits)_____.

AUTHORIZED SIGNATURE:

_____Date_____

GMR 011

Generated Letter                                                                                      Page 1 of 2

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055

DAVE KUNFF
**ATTN: MICHAEL RILEY SR.**
603 DELAWARE ST
MARTINSFERRY, OH 43935

This is a duplicate copy of correspondence recently sent to MICHAEL RILEY SR.. This individual has designated
you AS the emergency contact ON this account.
Please ask MICHAEL RILEY SR. to call (740)366-7321 at their earliest convience. Thank you.

347
Date: 7/15/2012

LATE NOTICE

Dear MICHAEL RILEY SR.,

We have not received your monthly payment for storage room # 347.  The rent was due on 7/12/2012.

A late fee of $15.00 has been charged to your account.  An additional  $15.00 will be charged if your rent becomes 14 day(s)
late.

If you have not already sent payment, please send your check today or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter.

Sincerely,

STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321
769070
**Account Summary - Room #:**    347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $15.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $3.50 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | Current Balance | $68.45 |

SEE REVERSE FOR SPECIAL OFFER

https://www.webselfstorage.com/wss/letterlogletter.asp?thesession=91bc274f-e992-40d2-b...  4/29/2013

SPECIAL OFFER

We will waive the $15.00 late fee for you, if you choose to have your monthly rental installment automatically deducted via either an automatic credit-card plan or ACH (e-check) monthly debit to your saving or checking account. To sign up, simply fill in the information below and drop this in the mail today.

I hereby authorize U-Haul to charge my credit-card account for rent payment to Storage Room #347.

[] Discover          [] Visa          [] Mastercard          [] American Express

Credit Card Number_____Exp. Date_____

I hereby authorize U-Haul to deduct my monthly storage rental installments for Storage Room(s)#347 from my bank account:

Account Number: _____

Routing Number (9 digits)_____.

AUTHORIZED SIGNATURE:

_____Date_____

GMR  013

Generated Letter

Page 1 of 1

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055


MICHAEL RILEY SR
T111 RILEY ROAD
BARTON, OH  43905


347

Date: 7/26/2012

PRE-LIEN NOTICE

Dear MICHAEL RILEY SR.,

Your rent payment is now 14 days past due. An additional $15.00 pre-lien fee has been charged.

We hereby make immediate demand for full payment in the amount of $83.45.  If full payment is not received within 14 days,
your right to use storage room 347 shall be terminated, a $50.00 lien processing fee will be assessed, and a contractual
landlord's lien and any applicable statutory liens will be imposed on the personal property contained within the room.

If you have not already sent payment, please send your check today or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter..

Sincerely,


STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321
**Account Summary - Room #:**   347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $30.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $3.50 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | Current Balance | $83.45 |

769070

GMR  014

Generated Letter                                                                    Page 1 of 1


_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055


DAVE KUNFF
**ATTN: MICHAEL RILEY SR.**
603 DELAWARE ST
MARTINSFERRY, OH 43935

┌─────────────────────────────────────────────────────────────────────────────────┐
│ This is a duplicate copy of correspondence recently sent to MICHAEL RILEY SR. This individual has designated │
│ you AS the emergency contact ON this account.                                     │
│ Please ask MICHAEL RILEY SR. to call (740)366-7321 at their earliest convience. Thank you. │
└─────────────────────────────────────────────────────────────────────────────────┘


347

Date: 7/26/2012

                                    PRE-LIEN NOTICE



Dear MICHAEL RILEY SR.,

Your rent payment is now 14 days past due. An additional $15.00 pre-lien fee has been charged.

We hereby make immediate demand for full payment in the amount of $83.45. If full payment is not received within 14 days,
your right to use storage room 347 shall be terminated, a $50.00 lien processing fee will be assessed, and a contractual
landlord's lien and any applicable statutory liens will be imposed on the personal property contained within the room.

If you have not already sent payment, please send your check today or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter..

Sincerely,



STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321
**Account Summary - Room #:**    347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $30.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $3.50 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | Current Balance | $83.45 |

769070


https://www.webselfstorage.com/wss/letterlogletter.asp?thesession=91bc274f-e992-40d2-b...  4/29/2013


GMR  015

Generated Letter

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055

MICHAEL RILEY SR
T111 RILEY ROAD
BARTON, OH  43905

347

Date: 8/11/2012

LATE NOTICE 4TH STAGE

Dear MICHAEL RILEY SR.,

We have not received your monthly payment for storage room # 347. The rent was due on 7/12/2012.

A lien processing charge of $50.00 has been charged to your account.

If you have not already sent payment, please mail your check today or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter. Failure to remit full payment of
$133.45 will result in your possessions being sold at public auction.

Sincerely,

STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321

Account Summary - Room #:    347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $30.00 |
| Amount Of Last Payment | : | $53.45 | Other Fees | $50.00 |
| Payment Due Date | : | Jul 12 2012 | Taxes | $3.50 |
| Rent Paid-Thru Date | : | Jul 11 2012 | | |
| | | | Current Balance | $133.45 |

769070

GMR  016

Generated Letter

Page 1 of 2

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055

DAVE KUNFF
ATTN: MICHAEL RILEY SR.
603 DELAWARE ST
MARTINSFERRY, OH 43935

> This is a duplicate copy of correspondence recently sent to MICHAEL RILEY SR.. This individual has designated
> you AS the emergency contact ON this account.
> Please ask MICHAEL RILEY SR. to call (740)366-7321 at their earliest convience. Thank you.

347

Date: 8/11/2012

### LATE NOTICE 4TH STAGE

Dear MICHAEL RILEY SR.,

We have not received your monthly payment for storage room # 347. The rent was due on 7/12/2012.

A lien processing charge of $50.00 has been charged to your account.

If you have not already sent payment, please mail your check today or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter. Failure to remit full payment of
$133.45 will result in your possessions being sold at public auction.

Sincerely,

STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark
(740)366-7321

Account Summary - Room #:    347

| | | | Item | Amount |
|---|---|---|---|---|
| Monthly Rent | : | $49.95 | Rent | $49.95 |
| Date Of Last Payment | : | Jun 12 2012 | Delinquent Fees | $30.00 |
| Amount Of Last Payment | : | $53.45 | Other Fees | $50.00 |
| Payment Due Date | : | Jul 12 2012 | Taxes | $3.50 |
| Rent Paid-Thru Date | : | Jul 11 2012 | | |
| | | | Current Balance | $133.45 |

GMR 017

Generated Letter                                                                    Page 1 of 1

_U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055


MICHAEL RILEY SR
T111 RILEY ROAD
BARTON, OH  43905


Date: 8/14/2012                                          **LIEN SALE**

Dear MICHAEL RILEY SR.,

Your right, as occupant, to access Storage Room # 347 has been terminated and the contractual landlords lien contained in the Self-Storage Rental Agreement has been imposed.

The stored property will be advertised and sold to satisfy the lien unless the amount of the lien is paid. A lien processing charge of $50.00 has already been added to this lien. Advertising and auction charges will be added if applicable.

You may pay the amount due in cash, money order, cashier's check, or go to https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter. (A personal check will not be accepted.) A statement of your account as of 8/14/2012 is below. Rent and late charges will continue to be added. Please call the storage center for a current balance and to make payment arrangements to avoid the sale of your property.

Sincerely,
STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark

SALE NOTICE
YOUR GOODS WILL BE SOLD AT PUBLIC SALE ON 10/30/2012 AT OR AFTER: 9:00 A.M. AT:
U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055
Phone :(740)366-7321

THIS IS YOUR FINAL NOTICE!
Account Summary - Room #:    347

| | | | Item | Amount |
|---|---|---|---|---|
| | | | Rent | $99.90 |
| Monthly Rent | : | $49.95 | Delinquent Fees | $30.00 |
| Date Of Last Payment | : | Jun 12 2012 | Other Fees | $50.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $7.00 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | Current Balance | $186.90 |

GMR  018

_MICHAEL RILEY SR                          U-Haul Moving & Storage of Newark
T111 RILEY ROAD                            1801 N 21st St
BARTON, OH 43905                           Newark, OH 43055

Date: 8/14/2012                            LIEN SALE

Dear MICHAEL RILEY SR.,

Your right, as occupant, to access Storage Room # 347 has been terminated and the contractual landlords lien contained in
the Self-Storage Rental Agreement has been imposed.

The stored property will be advertised and sold to satisfy the lien unless the amount of the lien is paid. A lien processing
charge of $50.00 has already been added to this lien. Advertising and auction charges will be added if applicable.

You may pay the amount due in cash, money order, cashier's check, or go to
https://www.webselfstorage.com/uhaulpcclogin.aspx to remit payment and resolve this matter. (A personal check will not be
accepted.) A statement of your account as of 8/14/2012 is below. Rent and late charges will continue to be added. Please call
the storage center for a current balance and to make payment arrangements to avoid the sale of your property.

Sincerely,
STEPHANIE ECKELBERRY
U-Haul Moving & Storage of Newark

SALE NOTICE
YOUR GOODS WILL BE SOLD AT PUBLIC SALE ON 10/30/2012 AT OR AFTER: 9:00 A.M. AT:
U-Haul Moving & Storage of Newark
1801 N 21st St
Newark, OH 43055
Phone :(740)366-7321

THIS IS YOUR FINAL NOTICE!
Account Summary - Room #:    347

| | | | Item | Amount |
|---|---|---|---|---|
| | | | Rent | $99.90 |
| Monthly Rent | : | $49.95 | Delinquent Fees | $30.00 |
| Date Of Last Payment | : | Jun 12 2012 | Other Fees | $50.00 |
| Amount Of Last Payment | : | $53.45 | Taxes | $7.00 |
| Payment Due Date | : | Jul 12 2012 | | |
| Rent Paid-Thru Date | : | Jul 11 2012 | | |
| | | | Current Balance | $186.90 |

GMR  019

USPS.com® - Track & Confirm

Page 1 of 1

**USPS.COM**

Search USPS.com or Track Packages

## Track & Confirm

You entered: 71042370775004575201

Status: Delivered
Your item was delivered at 8:40 am on August 21, 2012 in BARTON, OH 43905.
Additional Information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

I would like to receive notification on this request

**Find Another Item**
What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2013 USPS. All Rights Reserved.

GMR 020

05/24/2012 THU 15:35  FAX                                                              ☑001/005

*OH5O Rock*

**Reed Construction Data**                                          STANDARD AGREEMENT

**Master Service Contract Date:**        05/24/2012        **Reed Construction Data LLC. ("RCD")**
**Order Number:**          Q041653                          30 Technology Pkwy South Suite 100
**Return by Fax To:**      +1 678 680-0661                  Norcross, GA 30092-2912
**Attention:**             Robert Leavenworth              Customer Service: 800-424-3996
**Title:**                 Senior Sales Rep
**Rep Number:**            3789
**Voice:**
**Email:**                 robert.leavenworth@reedbusiness.com

**Customer Information**                                    **Billing Information (if different)**
**Company:**       ohio rock industries                    **Company:**       ohio rock industries
**Contact Name:**  Michael Riley                           **Billing Contact:** Michael Riley
**Title:**         Owner          *101 N. Zane Hwy.*        **Title:**         Owner
**Street Address:** ~~33 S JAMES RD~~                      **Street Address:** ~~33 S JAMES RD~~  *101 N. Zane Hwy*
**City, State, Zip:** martinsferry, OH, 43213             **City, State, Zip:** martinsferry, OH, 43213
**Phone:**         (740) 232-5633                          **Phone:**         (740) 232-5633
**Fax:**                                                    **Fax:**
**E-Mail:**        mriley@ohiorockindustries.com          **E-Mail:**        mriley@ohiorockindustries.com

| Item/Description | Quantity | Units |
|---|---|---|
| Reed Connect Plans & Specs | 1 | Each |
| Reed Connect Seat | 4 | Each |
| Reed Connect Project News | 1 | Each |

*230 a month*

| | |
|---|---|
| Subtotal: | $2,986.91 |
| Tax: | $0.00 |
| Total: | $2,986.91 |

**SCHEDULE:**         (Quarterly)              **PAYMENT METHOD:**      Check
**SUBSCRIPTION TERM:**  13 Months        Start Date: 05/24/2012      Expiration Date: 6/30/2013

By signing below, Customer agrees to the payment and other terms detailed above and the Terms and Conditions set forth below on the following pages of this Agreement.

**Reed Construction Data LLC.:**                 **Customer:**
Signature: _____              Signature: _____
Print Name, Title: _____              Print Name, Title: *Michael Riley - President*
Date: _____              Date: *5/28/12*

*Please return to*
*678-680-0661*

*I'll bill*
*Qrtrly.*                                          *Thx*

PLAINTIFF'S
EXHIBIT
NO. 10                     PAGE 1 OF 4                      Initials: _____

05/24/2012 THU 15:35  FAX                                                          002/005

**Reed Construction Data**                                    STANDARD AGREEMENT

---

**For Credit Card Payment Only:**

☐ VISA  ☐ MASTERCARD  ☐ AMERICAN EXPRESS

Last 4 Digits of Credit Card Number:_____ ____ ____          Exp Date:_____/_____

Printed Name: _____                      Signature:_____

You hereby authorize RCD to charge the credit card referenced above for all payments due hereunder, including applicable taxes, on or about the payment due dates set forth above. If you do not elect to authorize RCD to charge your credit card during any renewal term following the expiration of the Initial Subscription Period, you agree to pay all amounts due upon demand by RCD in accordance with the payment schedule set forth above.  You agree to notify RCD as to any billing problems or discrepancies within 90 days after they first appear on your credit card account statement and that, if you fail to notify RCD within such period, you waive your right to dispute such problems or discrepancies.

---

### TERMS AND CONDITIONS

**1. TERM:**  This agreement, including all of the provisions set forth above together with these terms and conditions ("Agreement"), is for the above specified Subscription Period (the "Initial Term") and is not cancelable during that time. Upon the expiration of the Initial Term, this Agreement shall automatically renew for successive subscription periods of one (1) year each ("Renewal Terms"; the Initial Term, together with any Renewal Terms, is hereinafter referred to as the "Term") unless canceled by either party on written notice delivered at least thirty (30) days prior to the expiration of the Initial Term or then-current Renewal Term. RCD may, at its discretion, increase the amount of fees payable hereunder by a total of up to five percent (5%) per year during any Renewal Term, and Customer hereby agrees to any such increase. RCD shall have the right to increase the amount of fees payable hereunder by more than five percent (5%) during any Renewal Term, provided, however, that (i) any such increase in excess of five percent (5%) shall only become effective upon delivery of at least sixty (60) days advance written notice thereof to Customer, and (ii) Customer shall have the right to terminate this Agreement on written notice to RCD delivered within thirty (30) days of receipt of notice of such fee increase. Without limitation of its rights and remedies hereunder, RCD may terminate this Agreement (i) immediately in the case of any breach hereof by Customer, including, without limitation, failure to pay any amount when due, or (ii) upon at least thirty (30) days advance written notice in the event that RCD decides to generally discontinue offering to its customers the product provided hereunder; provided, however, that in the event of termination pursuant to this clause (ii), Customer may, at its discretion, elect to receive a pro rata refund of any fees paid in advance hereunder or apply such fees toward a subscription to an alternative RCD product.

**2. PAYMENT TERMS:** Customer agrees to pay the fees set forth above (or such adjusted amount as may apply during a Renewal Term) in accordance with the schedule described above. Should RCD elect to collect unpaid amounts due hereunder through any attorney-at-law, paralegal or collection agency, Customer shall be responsible for all costs of collection, including principal, interest, attorneys' fees and court costs. A charge of one and one half percent (1.5%) per month (or, if less, the maximum rate permitted by law) may be added by RCD to any overdue amounts.

**3. LICENSE:**  Subject to all of the terms and conditions hereof, Customer is hereby granted a personal, nontransferable, nonassignable and nonexclusive license during the Term to use data furnished by RCD hereunder, as set forth in the product descriptions above (the "Information"), for the number of users specified above solely for Customer's internal business purposes.

PAGE 2 OF 4                                                                  Initials