

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services — Phone: 304-234-3601

Permit Type: Building — Permit #: BP39176

Owner: GLENN BERNARD J — Date: 01/17/13

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 361A NATIONAL ROAD

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS<br>UPDATE SUBCONTRACTORS LIST AS NECESSARY |
|---|---|---|

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ______ Insp ____ | 1. Plumbing Underground<br>Date ______ Insp ____ | 1. Electrical Service<br>Date ______ Insp ____ |
| 2. Framing<br>Date ______ Insp ____ | 2. Rough-In<br>Date ______ Insp ____ | 2. Electrical Rough-In<br>Date ______ Insp ____ |
| 3. Reinforcing/Steel Rods<br>Date ______ Insp ____ | 3. Pressure Tests<br>Date ______ Insp ____ | 3. Electrical Trim/Final<br>Date ______ Insp ____ |

**Remarks:**

Final Inspection
Date ______ Insp ______

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson

GMR 128

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | ANI | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| January 15, 2013 9:15:27 AM EST | 3042343683 | 1(304)234-3683 | 62 | 1 | Received |

JAN-15-2013 09:13 FROM:CITY OF WHEELING INS 1(304)234-3683 TO:93042343144 P.1/1

Oct. 11. 2012 3:54PM VERIZON No. 8283 P. 1

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection-Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 363 National Rd Wheeling WV 26003

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3237 | |
| X ______ Water Commercial, Room 112 fax# 304-234-3721 | 1-16-13 |
| X [signature] Electric, 4201 Jacob Street. To obtain an order to remove service meter call 1-800-982-4237. If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ______ Water Pollution Control, [illegible], 26th & Main Streets fax# 304-234-3172 | 10/11/12 |
| X [signature] Telephone, 995 Mt. DeChantal Road, WV. George Malnik, 304-243-7202 fax# 304-243-7001 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3806 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477



# Building Permit Application

Building Inspections
234-3601

Permit # 39176

| Application Date | Work Type: | Is Applicant Owner? |
|---|---|---|
| ___/___/___ | ☐ Electrical ☐ Plumbing ☐ Building Permit ☒ Demolition ☐ Sign | Yes / No |

Asbestos Present? Yes / No Located in Flood Plain? Yes / No (circled: No) Is Building Vacant? Yes / No (circled: Yes)
City of Wheeling Business License? Yes / No If Yes, how long? ______

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 363 National Rd Whg, WV 26003

Owner's First Name: Bernard Last Name: Glenn Phone: 304-242-5829

Owner's Address:

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | OHIO ROCK INDUSTRIES | WV049329 |
| Other | | |

**Scope of work to be done:**

Complete Demolition

$5750

**Must Attach Detailed Site Plan: Yes / No** **Estimated Value of Work $** 11,500.00

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Stacia Johnson PO Box 135, Etna OH 43018 740-232-5633

Signature of Applicant Address of Applicant Phone

Stacia Johnson Ohio Rock Industries

Print Name Owner / Contractor

Codes Official / Inspector: [signature]

GMR 130

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 363 National Rd Wheeling WV 26003

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| ✓ x [signature] Water Distribution, 9 Armory Drive fax# 304-234-3837 | 10-16-12 |
| ✓ Water Commercial, Room 112 fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3344 for sign off | |
| ✓ *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| [signature] WPCD<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3879 | call when found |
| ✓ Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| ✓ Cable, 808 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back 740-633-3477



CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 363 National Rd Wheeling WV 26003

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3897 | |
| X [signature] Water Commercial, Room 112 fax# 304-234-3721 | 12-19-03 |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

**Job Site:** 363 National Rd Wheeling WV
**Date:** 10-11-12
**Contractor:** Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

[signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**
10-22-12

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

Please Fax Back
740-633-3477

Fax 10/11/12

Gas co
304-
800-834-2070

Oct. 11. 2012 3:54PM VERIZON No. 8283 P. 1

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 363 National Rd Wheeling WV 26003

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ____ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X ____ Water Commercial, Room 112 fax# 304-234-3721 | |
| X ____ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ____ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| X [signature] Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | 10/11/12 |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 363 National Rd Wheeling WV 26003

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3837 | ______ |
| X ______ Water Commercial, Room 112 fax# 304-234-3721 | ______ |
| X ______ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | ______ |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ______ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | ______ |
| X ______ Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-242-7702 fax# 304-243-7098 | ______ |
| X [signature] Cable, 905 National Rd, Bridgeport, OH, 43912 fax# 740-609-5656 | ______ |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

# Ohio Rock Industries

| | | | |
|---|---|---|---|
| Date: | 10-01-2012 | | |
| Customer: | Mr.Glen | Home #: | 304-242-5829 |
| Street: | 361/363 National Rd | Cell #: | 304-639-8671 |
| City/State/Zip: | Wheeling wv 26003 | Work #: | |

Contractor hereby submits. the following specifications: Complete Demolition at 361 and 363 national Rd OWNER RESPONIBLE FOR ANY AND ALL HAZARDOUS MATERIAL.

As stated above the specifications we propose to furnish material,Labor,equipment and Trucking for the sum of :
$11,500.00
Payment schedule as follows: 50% Down Balance when completed.

Any alteration or deviation from the above specifications involving extra costs will be executed only upon a written order and will become an extra charge over and above the proposed estimate. All agreements are subject to any strikes, accidents, or delays beyond the contractor's control.

PAID 5000 10/1/12 BCX

Submitted by: Ohio Rock Industries L.T.D

This proposal may be withdrawn if not accepted within 5 days.

**Acceptance of Proposal**

As stated in the above specifications, the costs, materials and specifications are satisfactory and are hereby accepted. I authorized the contractor to perform the work as specified and payments will be made as summarize above.

Customer Signature: [signature] Date: 10 · 1 - 12

PO Box 135
Etna, Ohio
43018
(740)232-5633 Office
(740)281-0966 Fax

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 07/03/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISAPCIG
993 W. Mound St.
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS:

INSURER(S) AFFORDING COVERAGE — NAIC #
INSURER A: Catlin Insurance Company
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES — CERTIFICATE NUMBER: — REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF | POLICY EXP | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | X | | GL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY: ANY AUTO; ALL OWNED AUTOS; SCHEDULED AUTOS; HIRED AUTOS; NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / EXCESS LIAB; OCCUR / CLAIMS-MADE; DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N; If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATUTORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

# CONTRACTOR LICENSE

Authorized by the

## West Virginia Contractor Licensing Board

**Number:** WV049329

**Classification:**

ASPHALT
DEMOLITION
LANDCLEARING

OHIO ROCK INDUSTRIES LTD
DBA OHIO ROCK INDUSTRIES LTD
33 SOUTH JAMES ROAD
COLUMBUS, OH 43213

| Date Issued | Expiration Date |
| --- | --- |
| MARCH 09, 2012 | MARCH 09, 2013 |

Authorized Company Signature

Chair, West Virginia Contractor Licensing Board

WEST VIRGINIA CONTRACTOR LICENSING BOARD

This license, or a copy thereof, must be posted in a conspicuous place at every construction site where work is being performed. This license number must appear in all advertisements, on all bid submissions and on all fully executed and binding contracts. This license cannot be assigned or transferred by licensee. Issued under provisions of West Virginia Code, Chapter 21, Article 11.



*I, Natalie E. Tennant, Secretary of State of the State of West Virginia, hereby certify that*

OHIO ROCK INDUSTRIES, LTD.

Control Number: 99TRI

a corporation formed under the laws of Ohio has filed its "Application for Certificate of Authority" to transact business in West Virginia as required by the provisions of the West Virginia Code. I hereby declare the organization to be registered as a foreign corporation from its effective date of March 9, 2012.

Therefore, I issue this

## CERTIFICATE OF AUTHORITY

to the corporation authorizing it to transact business in West Virginia

*Given under my hand and the Great Seal of the State of West Virginia on this day of March 9, 2012*

[signature]

*Secretary of State*

# Ohio Rock Industries

365 National Rd

12/24/2012

Dear Current Resident,

I am writing you that Bernaid Glenn has hired Ohio Rock Industries L.T.D. to perform the total demolition of the structures at 361 and 363 National Road Wheeling Wv 26003, and is scheduled for Dec. 2012.

We at Ohio Rock Industries L.T.D assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state, and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Mike Riley

Milo Meyer | Keith Meyer
404 National Road
Wheeling WV 26003
304-639-7474

THE CITY OF WHEELING, WV

Building Inspection Department

**Permit Application Fee**

[illegible] Owes The City Of Wheeling For the following permits.

| **Permit #** | **Job Cost** | **Permit Fee** | **Work Location** |
|---|---|---|---|
| [illegible] | $ [illegible] | $ [illegible] | [illegible] |
| | $ | $ | |

TOTAL AMOUNT OWED: $ [illegible] DATE [illegible]

EI 904144472 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 43055
Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $ 12.95
Date Accepted: Mo. 1 Day 3 Year 13
Scheduled Date of Delivery: Month 1 Day 4
Return Receipt Fee: $ 2.35
Time Accepted: 11:04 ☒ AM ☐ PM
Scheduled Time of Delivery: ☒ Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 15.30
Flat Rate ☐ or Weight: lbs. 2 ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Date — Mo. Day — Time ☐ AM ☐ PM — Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )
Ohio Rock Industries
Po 135
Etna oh
43018

TO: (PLEASE PRINT) PHONE ( )
Owner of
365 National Rd
Wheeling wv

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
26003 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Owner of
365 National Rd
Wheeling wv
26003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jennifer Watkins ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jennifer Watkins
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Stamp: WHEELING, W.V. JAN - 7 2013]

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): EI904144472US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

 

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit #: BP39175

Owner: GLENN BERNARD E & B J Date: 01/17/13

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 345 NATIONAL ROAD

Project Description: Residential demolition

A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION

1. Footings / Foundations
2. Framing & Utility Rough-In
3. Final Inspection

Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved.

**CALL 234-3601 TO SCHEDULE INSPECTIONS**

**UPDATE SUBCONTRACTORS LIST AS NECESSARY**

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ________ Insp _____ | 1. Plumbing Underground<br>Date ________ Insp _____ | 1. Electrical Service<br>Date ________ Insp _____ |
| 2. Framing<br>Date ________ Insp _____ | 2. Rough-In<br>Date ________ Insp _____ | 2. Electrical Rough-In<br>Date ________ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date ________ Insp _____ | 3. Pressure Tests<br>Date ________ Insp _____ | 3. Electrical Trim/Final<br>Date ________ Insp _____ |

**Remarks:**

Final Inspection
Date ________ Insp ____________

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson

GMR 143

# Ohio Rock Industries

12/24/2012

357 NATIONAL RD

Dear Current Resident,

I am writing you that Bernaid Glenn has hired Ohio Rock Industries L.T.D. to perform the total demolition of the structures at 361 and 363 National Road Wheeling Wv 26003, and is scheduled for Dec. 2012.

We at Ohio Rock Industries L.T.D assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state, and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

[signature]

Mike Riley

Talk 1/10/13

304-242-8342

Phyllis Cook

9 Di Av

Wheeling WV

26003

Phyllis Cook

1-15-13



# Building Permit Application

Building Inspections
234-3601

Permit # 39175

| Application Date | Work Type: ☐ Electrical ☐ Plumbing ☐ Building Permit ☒ Demolition ☐ Sign | Is Applicant Owner? |
|---|---|---|
| ___/___/___ | | Yes / (No) |

Asbestos Present? Yes / No Located in Flood Plain? Yes / No Is Building Vacant? (Yes) / No
City of Wheeling Business License? Yes / No If Yes, how long? ______

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 361 National Rd, Whg, WV 26003

Owner's First Name: Bernard Last Name: Glenn Phone: 304-242-5829

Owner's Address:

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | OHIO ROCK INDUSTRIES | WV049329 |
| Other | | |

**Scope of work to be done:**

Complete Demolition

**Must Attach Detailed Site Plan: Yes / No** **Estimated Value of Work $** 5750

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Stacia Johnson 740-232-5633

Signature of Applicant Address of Applicant Phone

Stacia Johnson Ohio Rock Industries

Print Name Owner / Contractor

Codes Official / Inspector: [signature]

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X Joe [signature] — Water Distribution, 8 Armory Drive | fax# 304-234-3837 | 10-12-12 |
| Water Commercial, Room 112 | fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3873 | |
| Telephone, 895 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 | fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 | fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
| --- | --- |
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X Lorna D. Nevels — Water Commercial, Room 112 fax# 304-234-3721 | 11-22-04 |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
| --- | --- |
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 906 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | ANI | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| October 11, 2012 8:18:22 AM EDT | 7406333477 | | 47 | 1 | Received |

CITY OF WHEELING, INC — CITY COUNTY BUILDING
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

361 NATIONAL-A 21856991? 361 NATL-D 62024394 4995?5?3

| **UTILITY:** | **DATE DISCONNECTED:** |
|---|---|
| X Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X Water Commercial, Room 112 fax# 304-234-3721 | |
| X [signature] Electric, 4201 Jacob Street. To obtain an order to remove service meter call 1-800-982-4237. If service meter has been removed, fax# 304-234-3144 for sign off | 10-22-12 |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 20th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV. George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL**

Please Fax Back 740-633-3477

OR 361 NATIONAL RD A 46850917
361 NATIONAL RD B 46850917



CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Gas Utility Disconnect Sheet

Job Site: 361 National Rd
Date: 10-11-12
Contractor: Ohio Rock

**Temporary Gas Utility Disconnect**

The gas service has been turned off at the shut-off valve.

[signature]

Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

1-15-13

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. **Only** after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

[signature]

Gas, 19th & Wood Streets Fax# 304-233-6451

304-234-0336

**Date Disconnected**

1-15-13

1-304-234-3873 08:40:18 a.m. 10-11-2012 1/1

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection-Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive — fax# 304-234-3837 | |
| X Water Commercial, Room 112 — fax# 304-234-3721 | |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | FAX 10/11/12 |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X [signature] WPCD<br>Water Pollution Control (sewer) 26th & Main Streets — fax# 304-234-3873 | call when found 304 234 5874 |
| X Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 — fax# 304-243-7098 | |
| X Cable, 908 National Rd, Bridgeport, OH, 43912 — fax# 740-609-3850 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL**

Please Fax Back 740-633-3477

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X ______ Water Commercial, Room 112 fax# 304-234-3721 | |
| X ______ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ______ Water Pollution Control (Sewer), 26th & Main Streets fax# 304-234-3873 | |
| X [signature] Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | 10/11/12 |
| ______ Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection. 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 361 National Road

**DATE:** 10-11-12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ___ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X ___ Water Commercial, Room 112 fax# 304-234-3723 | |
| X ___ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ___ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| X Comcast<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Malott, 804-243-7702 fax# 304-243-7098 | 10-13-12 |
| X [signature] Comcast<br>Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-5656 | 10-13-12 |

**ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-633-3477

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PCKG
333 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Erb Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Colony Insurance Company | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | X | | GL 371748 | 02/22/2012 | 02/22/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY: [ ] ANY AUTO; [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

# CONTRACTOR LICENSE

Authorized by the

## West Virginia Contractor Licensing Board

**Number:** WV049329

**Classification:**

ASPHALT
DEMOLITION
LANDCLEARING

OHIO ROCK INDUSTRIES LTD
DBA OHIO ROCK INDUSTRIES LTD
33 SOUTH JAMES ROAD
COLUMBUS, OH 43213

| Date Issued | Expiration Date |
|---|---|
| MARCH 09, 2012 | MARCH 09, 2013 |

Authorized Company Signature

Chair, West Virginia Contractor Licensing Board

WEST VIRGINIA CONTRACTOR LICENSING BOARD

This license, or a copy thereof, must be posted in a conspicuous place at every construction site where work is being performed. This license number must appear in all advertisements, on all bid submissions and on all fully executed and binding contracts. This license cannot be assigned or transferred by licensee. Issued under provisions of West Virginia Code, Chapter 21, Article 11.



***I, Natalie E. Tennant, Secretary of State of the State of West Virginia, hereby certify that***

**OHIO ROCK INDUSTRIES, LTD.**

**Control Number: 99TRI**

a corporation formed under the laws of Ohio has filed its "Application for Certificate of Authority" to transact business in West Virginia as required by the provisions of the West Virginia Code. I hereby declare the organization to be registered as a foreign corporation from its effective date of March 9, 2012.

Therefore, I issue this

## CERTIFICATE OF AUTHORITY

to the corporation authorizing it to transact business in West Virginia

*Given under my hand and the Great Seal of the State of West Virginia on this day of March 9, 2012*

[signature]

*Secretary of State*

EI 904144469 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 43035 | ☒ Next ☐ 2nd ☐ 2nd Del. Day | $ 10.95 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 1 Day 3 Year 13 | Month 1 Day 4 | $ 2.35 |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 11:02 ☒ AM ☐ PM | ☒ Noon ☐ 3 PM | $ / $ |
| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| lbs. 2 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 15.30 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |
| | | PR |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

Ohio Rock
Po box 135
Etna, Oh
43018

TO: (PLEASE PRINT) PHONE ( )

Owner of
357 National Rd
Wheeling WV

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
26003 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

EMS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Owner of
357 National Rd
Wheeling WV
26003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jennifer Watkins ☐ Agent ☐ Addressee

B. Received by (Printed Name) Jennifer Watkins
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS 26003 JAN - 7 2013 WHEELING, WV

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) EI904144469US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# THE CITY OF WHEELING, WV

Building Inspection Department

**Permit Application Fee**

Ohio Rock Industries Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| [illegible] | $ 5,750 | $ 24 | 561 National Road |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 24 DATE January 15, 2013

  

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit #: BP39124

Owner: OHIO ROCK INDUSTRIES Date: 12/28/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 50 SHADY STREET

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | **CALL 234-3601 TO SCHEDULE INSPECTIONS**<br><br>**UPDATE SUBCONTRACTORS LIST AS NECESSARY** |
|---|---|---|

# >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ________ Insp ____ | 1. Plumbing Underground<br>Date ________ Insp ____ | 1. Electrical Service<br>Date ________ Insp ____ |
| 2. Framing<br>Date ________ Insp ____ | 2. Rough-In<br>Date ________ Insp ____ | 2. Electrical Rough-In<br>Date ________ Insp ____ |
| 3. Reinforcing/Steel Rods<br>Date ________ Insp ____ | 3. Pressure Tests<br>Date ________ Insp ____ | 3. Electrical Trim/Final<br>Date ________ Insp ____ |

**Remarks:**

Final Inspection
Date ________ Insp ____________

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson

GMR 158



# Building Permit Application

Building Inspections
234-3601

Permit # 39124

| Application Date | Work Type: | Is Applicant Owner? |
|---|---|---|
| 12 / 21 / 12 | ☐ Electrical ☐ Plumbing ☐ Building Permit ☒ Demolition ☐ Sign | Yes (No) |

Asbestos Present? Yes / No   Located in Flood Plain? Yes / No   Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No   If Yes, how long? ______

Parcel Type: ☐ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 50 Shady Street Wheeling WV 26003

Owner's First Name: [illegible]   Last Name:   Phone:

Owner's Address: Ohio Rock

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock Industries | WV 049329 |
| Other | | |

**Scope of work to be done:**

Complete Demolition

**Must Attach Detailed Site Plan: Yes / No**   **Estimated Value of Work $** $9,500.00

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Signature of Applicant ______   Address of Applicant ______   Phone 740-232-5633

Print Name ______   Owner / Contractor: Ohio Rock Industries

Codes Official / Inspector: [signature]

# CONTRACTOR LICENSE

Authorized by the

## West Virginia Contractor Licensing Board

**Number:** WV049329

**Classification:**

ASPHALT
DEMOLITION
LANDCLEARING

OHIO ROCK INDUSTRIES LTD
DBA OHIO ROCK INDUSTRIES LTD
33 SOUTH JAMES ROAD
COLUMBUS, OH 43213

| **Date Issued** | **Expiration Date** |
|---|---|
| MARCH 09, 2012 | MARCH 09, 2013 |

Mike Riley
Authorized Company Signature

Michael A. Carl
Chair, West Virginia Contractor Licensing Board

WEST VIRGINIA CONTRACTOR LICENSING BOARD

**This license, or a copy thereof, must be posted in a conspicuous place at every construction site where work is being performed. This license number must appear in all advertisements, on all bid submissions and on all fully executed and binding contracts. This license cannot be assigned or transferred by licensee. Issued under provisions of West Virginia Code, Chapter 21, Article 11.**

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PCIG
552 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pcig.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Colony Insurance Company | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Otis Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | X | | GL 171748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB [ ] OCCUR<br>EXCESS LIAB [ ] CLAIMS-MADE<br>DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ] N/A<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

12/06/2012 11:11 3042343837 WHEELING WATER DISTR PAGE 01/01

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax, 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 50 Shady

**DATE:** 12/3/12

**GENERAL CONTRACTOR:** Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
| --- | --- |
| Joe Wilds<br>Water Distribution, 9 Armory Drive fax# 304-234-3837 | 12-6-12 |
| Water Commercial, Room 112 fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
| --- | --- |
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7096 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please FAX BACK
740-281-0966

thank you
Ohio Rock

3042343721 WATER ACCOUNTING 10:19:41 a.m. 08-13-2012 1/2

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899
Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 50 Shady Street Whg, WV 26003

**DATE:** 7-23-12

**GENERAL CONTRACTOR:** Ohio Rock Industries 740-232-5633

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| Water Commercial, Room 112 fax# 304-234-9721 [signature] | 3-7-11 |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

2012/12/04 12:47:33 1 /1

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | ANI | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| December 3, 2012 6:26:31 PM EST | 7402810966 | | 76 | 1 | Received |

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3583
www.wheelingwv.gov

Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 50 Shady

DATE: 12/3/12

GENERAL CONTRACTOR: Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive — fax# 304-234-3837 | |
| Water Commercial, Room 112 — fax# 304-234-3721 | |
| [signature] Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | 11-30-12 |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets — fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 — fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 — fax# 740-609-3856 | |

ATTENTION: **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please FAX BACK 740-281-0966

thank you Ohio Rock

City of Wheeling

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT
Building Inspection: 304-234-3601
Bldg Inspection Fax: 304-234-3683
www.wheelingwv.gov

Job Site: 50 SHADY ST
Date: 11-30-12
Contractor: OHIO ROCK INDUSTRIES

**Demolition Gas Utility Disconnect Temporary Permit Sheet**

The gas service has been turned off at the shut-off valve.

[signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. **Only** after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect Sheet**

Gas, 19th & Wood Streets Fax# 304-233-6451

08-13-12;10:46AM; ;304-234-3873 # 1/ 1

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3653
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 50 Shady Street Whg, WV 26003
DATE: 7-23-12
GENERAL CONTRACTOR: Ohio Rock Industries 740-232-5633

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| Water Commercial, Room 112 fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| [signature] WPCP<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | call when fand |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3656 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3682
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 50 Shady

DATE: 12/3/12

GENERAL CONTRACTOR: Ohio Rock

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ______ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| ______ Water Commercial, Room 112 fax# 304-234-3721 | |
| X ______ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X [signature] Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | 12/4/12 |
| ______ Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| ______ Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please FAX BACK
740-281-0966

thank you
Ohio Rock

TY OF WHEELING

DEPARTMENT OF ... TY DEVELOPMENT

Planning & Zoning: 304.23
CDBG: 304.234.3701
Fax: 304.234.3899

ITY COUNTY BUILDING
1500 CHAPLINE STREET
G, WEST VIRGINIA 26003

ling Inspection: 304.234.3601
Inspection-Fax: 304.234.3683
www.wheelingwv.gov

## nolition Utility Disconnect Sheet

ICC International Building Code, Section 3303, Demolition, ... cannot be obtained
l the owner or agent receives a release from all utility comp ... ve service
nection and appurtenant equipment have been removed or ... ner.

refore, before this office can issue a demolition permit, the ... t and returned to
Building Inspection Office.

Rob Myers
Sr. Technical Supervisor

Comcast

Comcast Cable
908 National Road
Bridgeport, OH 43912
Office: 740-609-3835 Mobile: 412-225-1673
Fax: 740-609-3856
Robert_Myers@cable.comcast.com

SITE: So Shady

E: 12-3-12

ERAL CONTRACTOR: Ohio Rock

ITY: DATE DISCONNECTED:

Distribution, 9 Armory Drive fax# 304-234-3837

Commercial, Room 112 fax# 304-234-3721

, 4201 Jacob Street
n an order to remove service meter call 1-800-982-4237
meter has been removed, fax# 304-234-3144 for sign off

9th & Wood Streets (Please see attached sheet)

Where demolition involves the razing of an accessory structure: the owner and/or agent causing the ition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for rary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity ermanent removal of service as directed by the affected utility provider.

ollution Control (sewer), 26th & Main Streets fax# 304-234-3873

ie, 995 Mt. DeChantal Road, WV
elnik, 304-243-7702 fax# 304-243-7098

Zachary Carpenter 12-4-12
8 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856

TION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

THE CITY OF WHEELING, WV
Building Inspection Department
**Permit Application Fee**

[illegible] Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| [illegible] | $ [illegible] | $ [illegible] | [illegible] |
| | $ | $ | |

TOTAL AMOUNT OWED: $ [illegible] DATE [illegible]




# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit # BP38735

Owner: WELLS FARGO BANK MINNESOTA, NA Date: 08/23/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 1133 FORT HENRY AVENUE

Project Description: Demolition

A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION

1. Footings / Foundations
2. Framing & Utility Rough-In
3. Final Inspection

Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved.

**CALL 234-3601 TO SCHEDULE INSPECTIONS**

**UPDATE SUBCONTRACTORS LIST AS NECESSARY**

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ________ Insp ____ | 1. Plumbing Underground<br>Date ________ Insp ____ | 1. Electrical Service<br>Date ________ Insp ____ |
| 2. Framing<br>Date ________ Insp ____ | 2. Rough-In<br>Date ________ Insp ____ | 2. Electrical Rough-In<br>Date ________ Insp ____ |
| 3. Reinforcing/Steel Rods<br>Date ________ Insp ____ | 3. Pressure Tests<br>Date ________ Insp ____ | 3. Electrical Trim/Final<br>Date ________ Insp ____ |

**Remarks:**

Final Inspection
Date ________ Insp ____________

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson

GMR 170



# Building Permit Application

Building Inspections
234-3601

Permit # 38735

| Application Date | Work Type: | | | Is Applicant Owner? |
|---|---|---|---|---|
| 6/13/12 | ☐ Electrical | ☐ Plumbing | | Yes / (No) |
| | ☒ Building Permit | ☐ Demolition | ☐ Sign | |

Asbestos Present? Yes / No  Located in Flood Plain? Yes / No  Is Building Vacant? (Yes) / No
City of Wheeling Business License? (Yes) / No  If Yes, how long? ______

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 1133 Fort Henry Ave

Owner's First Name: Wells  Last Name: Fargo  Phone:

Owner's Address: 1133 Fort Henry Ave Wheeling, WV 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock Industries | WV049329 |
| Other | | |

Scope of work to be done: Demolition

Must Attach Detailed Site Plan: Yes / No  Estimated Value of Work $ 12,000.00

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

[signature] Signature of Applicant  Address of Applicant  740-232-5633 Phone

Mike Riley
Print Name  Owner / Contractor

Codes Official / Inspector: Frank Wilson

GMR 171

04/24/2012 09:58

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PCIG
332 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pcig.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Colony Insurance Company | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | X | | GL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY: [ ] ANY AUTO; [ ] ALL OWNED AUTOS; [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS; [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; [ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | | | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

[signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

**WEST VIRGINIA**

**NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION**

Date: 7/27/12

Operator Project No: LES12-082

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

**Type of Notification:**
Original ☒ Revision ☐ (Highlight Changes) Cancellation ☐

**Type of Operation:**
Demolition ☒ Ordered Demolition ☐ Renovation ☐ Emergency Renovation ☐

**Facility Owner:**
Name: Wells Fargo Home Mortgage
Address: 1 Home Campus
City: Des Moines State: IA. Zip Code: 50328
Contact Person: Yuge Bi Phone: (515) 324-2513

**Facility Description:**
Name: Vacant Dwelling
Address: 1133 Fort Henry Street City: Wheeling
County: Ohio Location Within Facility: Basement/ 2nd floor
Building Size (Sq. Ft.): 1,344 Number of Floors: 2 Age (Yrs): 80
Present Use: Vacant Dwelling Prior Use: Residential

**Asbestos Contractor:**
Name: Liberty Environmental Services, LLC. Asbestos Contractor License #: AC001823
Address: 25 Skyline Drive
City: Moundsville State: WV Zip Code: 26041
Contact Person: Michael J. Beegle Phone: (304)845-2258

**Other Contractor:**
Name: Ohio Rock Contractor's License #: WV049329
Address: 101 N. Zane Highway
City: Martins Ferry State: OH Zip Code:
Contact Person: Mike Rilley Phone: (740)232-5633

**Building Inspection:**
Inspection Date: 06/20/12
Asbestos Inspection By: Mike Beegle WV License #: AI006446
Lab: AGX Inc. Analysis By: Mark Porter
Procedure Used to Detect Presence of Asbestos: PLM
Is Asbestos Present at 1% or Greater: Yes ☒ No ☐
Project Designer: Michael J. Beegle WV License #: AD003175
Air Monitor: n/a WV License #: n/a

**Schedule:**
Asbestos Removal: Yes Start Date: 7/27/12 Completion Date: 7/27/12
Demo/Renovation: Yes Start Date: 7/27/12 Completion Date: 8/14/12
Project Work Hours: 8am to 3pm Work Days: M Tu W Th F Sa Su (Circle)

GMR 173

**Emergency Renovation:**

Date & Hour of Sudden Unexpected Event: __/__/__ __:__ AM PM

Attach a description of the sudden, unexpected event and how this results in an unsafe condition, would cause equipment damage or an unreasonable financial burden.

**Demolition Ordered by Government Agency:**

Agency:

Name: Title:

Date of Order: __/__/__ Date Order to Begin: __/__/__

(Copy of order must be attached.)

**Types of ACM:**

| Asbestos Containing Material To Be Removed: | | | Cat. I & II Nonfriable ACM Not To Be Removed: | | |
|---|---|---|---|---|---|
| Type(s): Linoleum, Duct wrap, window glazing | | | Type(s): | | |
| Pipes: | Ln. Ft: | % Asbestos: | Pipes: | Ln. Ft: | % Asbestos: |
| Area: Yes | Sq. Ft: 100 | % Asbestos: 92% | Area: | Sq. Ft: | % Asbestos: |
| Other: | Cu. Ft: | % Asbestos: | Other: | Cu. Ft: | % Asbestos: |

Description of planned demolition or renovation work and method(s) to be used:

Demolish the structure using heavy equipment with dust control. Load and transport all debris to a C&D landfill for disposal, backfill the area with clean hard fill as needed for grade.

Description of procedures to be used to comply with NESHAP (40CFR61 Subpart M):

Partial containment, critical barriers, removal intact, wet methods, hepa vaccum, double 6 mil bag for disposal in accordance with all applicable regulations.

Description of procedures to be followed in the event that unexpected asbestos is found or previously nonfriable ACM becomes crumbled, pulverized, or reduced to powder:

STOP ALL WORK, KEEP ACM WET, NOTIFY THE BUILDING OWNER.

**Waste Transporter:**

Name: Liberty Environmental Services, LLC. ID #: 20-4906583

Address: 25 Skyline Drive

City: Moundsville State: WV Zip Code: 26041

Contact Person: Mike Beegle Phone: (304)845-2258

**Waste Disposal Site:**

Name: Wetzel County Landfill ID #:

Address: RR1 Box 156a

City: New Martinsville State: WV. Zip Code: 26155

Contact Person: Kay Greathouse Phone: (304)455-3800

**Certification:**

I certify that an individual trained in the provisions of 40 CFR 61, Subpart M will be on site during the demolition or renovation and evidence that the required training has been accomplished by the person will be available for inspection during normal business hours. I further certify that the information contained in the notification is correct.

Signature of Owner/Operator: [signature] Date: 07/27/12

Name and Title (Print or Type): Michael J. Beegle/ Owner

08-13-12;00:20AM; ;304-234-3873 # 1/ 1

05/06/2012 13:25 3042343037 WHEELING WATER DISTR PAGE 02/02

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT
Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899
Building Inspection: 304.234.3031
Building Inspection Fax: 304.234.3695
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 1133 Ft. Henry, WV

DATE: 6-5-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
| --- | --- |
| ✓ X [signature] 6-6-12<br>Water Distribution, 5 Armory Drive Fax 304-234-3837 | |
| ✓ X<br>Water Commercial, Room 112 Fax 304-234-3721 | |
| ✓ X<br>Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| ✓ *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
| --- | --- |
| ✓ X [signature] WPCA<br>Water Pollution Control (sewer), 20th & Main Streets Fax# 304-234-3873 | 304-234-3874<br>call when found |
| ✓ X<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Mitnik, 304-243-7702 Fax# 304-243-7098 | |
| ✓ X<br>Cable, 908 National Rd, Bridgeport, OH, 43912 Fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 1133 Ft. Henry, WV

DATE: 6-5-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X [signature] 6-6-12<br>Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X<br>Water Commercial, Room 112 fax# 304-234-3721 | |
| X<br>Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-0237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| X<br>Telephone, 895 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| X<br>Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 1133 Ft. Henry, WV

**DATE:** 6-5-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| x [signature] Water Commercial, Room 112 fax# 304-234-3721 | will be disconnected on 6-6-12 by noon |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| x Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| x Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| x Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBO: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

## Demolition Gas Utility Disconnect Sheet

Job Site: 1133 FT. HENRY, WV
Date: 6-5-12
Contractor: Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

X [signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**
6-8-12

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. **Only** after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

X____________________
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

____________________

Jun. 7. 2012 1:47PM VERIZON No. 7384 P. 4

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 1133 Ft. Henry, WV

**DATE:** 6-5-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3637 | |
| Water Commercial, Room 112 fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| [signature] 6-7-12<br>Telephone, 999 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 1133 Ft. Henry, WV

**DATE:** 6-5-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| Water Commercial, Room 112 fax# 304-234-3721 | |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Malnik, 304-243-7702 fax# 304-243-7098 | |
| [signature] Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | 6-5-12 |

**ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Aug. 14. 2012 7:47AM A E P No. 4569 P. 1

# CITY OF WHEELING

Fax 7/19/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet** PLEASE FAX BACK 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 34-37th Street Wheeling

**DATE:** 7-18-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|

X ⊗ Water Distribution, 9 Armory Drive fax# 304-234-3837

⊗ Water Commercial, Room 112 fax# 304-234-3721 — 8-14-12

⊗ 7-23-12 [signature] Electric, 4281 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

X ⊗ Water Pollution Control (sewer), 20th & Main Streets fax# 304-234-3879

⊗ 7-23-12 Telephone, 995 Mt. DeChantal Road, WV
George Melnik 304-243-7702 fax# 304-243-7098

⊗ 7-23-12 Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

FAX BACK 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates. Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.



Dear Current Resident,

I am writing to inform you that Wells Fargo has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 1133 Fort Henry Wheeling, WV 26003 and is scheduled for August, 2013.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state, and federal regulations.

If you have any questions, please don't hesitate to contact me at 1-866-288-7118.

William Hamilton

Sincerely
Stacia Johnson
Stacia Johnson
Ohio Rock Industries LTD

P.O. Box 135, Etna, Ohio 43018 Office (740) 644-1133 Fax (740) 695-5850
www.ohiorockindustries.com



Dear Current Resident,

I am writing to inform you that Wells Fargo has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 1133 Fort Henry Wheeling, WV 26003 and is scheduled for August, 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state, and federal regulations.

If you have any questions, please don't hesitate to contact me at 1-866-288-7118.

[signature]

Sincerely
[signature: Stacia Johnson]
Stacia Johnson
Ohio Rock Industrie.
LTD

P.O. Box 135, Etna, Ohio 43018 Office (740) 644-1133 Fax (740) 695-5850
www.ohiorockindustries.com

# THE CITY OF WHEELING, WV
Building Inspection Department
**Permit Application Fee**

Ohio Rock Industries Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| [illegible] | $ 12,000 | $ 48.00 | 1133 [illegible] Avenue |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 48.00  DATE August 21, 20[illegible]

 

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit #: BP38706

Owner: LITTLETON STACIA J AND RALPH W Date: 08/15/12

Contractor: OHIO-WEST VIRGINIA EXCAVATING CO

Address: 34 37TH STREET

Project Description: Demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | **CALL 234-3601 TO SCHEDULE INSPECTIONS**<br><br>**UPDATE SUBCONTRACTORS LIST AS NECESSARY** |
|---|---|---|

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| **Building Inspection Approvals** | **Plumbing Inspection Approvals** | **Electrical Inspection Approvals** |
|---|---|---|
| 1. Footings / Foundations<br>Date ________ Insp _____ | 1. Plumbing Underground<br>Date ________ Insp _____ | 1. Electrical Service<br>Date ________ Insp _____ |
| 2. Framing<br>Date ________ Insp _____ | 2. Rough-In<br>Date ________ Insp _____ | 2. Electrical Rough-In<br>Date ________ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date ________ Insp _____ | 3. Pressure Tests<br>Date ________ Insp _____ | 3. Electrical Trim/Final<br>Date ________ Insp _____ |

**Remarks:**

Final Inspection
Date ________ Insp ______________

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**



# Building Permit Application

Building Inspections
234-3601

Permit # 38706

Application Date: 6/15/12

Work Type: ☐ Electrical ☐ Plumbing ☒ Building Permit ☐ Demolition ☐ Sign

Is Applicant Owner? Yes / (No)

Asbestos Present? Yes / No
Located in Flood Plain? Yes / No
Is Building Vacant? (Yes) / No
City of Wheeling Business License? Yes / No
If Yes, how long? ________

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 34·37 Street

Owner's First Name: Robert
Last Name: Contaguerro
Phone: 304·232·2321

Owner's Address: 34·37 Street Wheeling, WV 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
| --- | --- | --- |
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | | |
| Other | | |

Scope of work to be done:

Demolition

Must Attach Detailed Site Plan: Yes / No
Estimated Value of Work $ 5,000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

[signature]
Signature of Applicant
Address of Applicant
740·232·5633
Phone

Mike Riley
Print Name

Ohio Rock
Owner / Contractor

Codes Official / Inspector: [signature]

**WEST VIRGINIA**

**NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION**

Date: 7/5/12

Operator Project No: OH-005

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

**Type of Notification:**
Original ☒ Revision ☐ (Highlight Changes) Cancellation ☐

**Type of Operation:**
Demolition ☐ Ordered Demolition ☐ Renovation ☐ Emergency Renovation ☐

**Facility Owner:**
Name: Robert C. Contraguerro Jr.
Address: 265 Pembroke Dr.
City: Tridelphia State: WV. Zip Code: 26059
Contact Person: Robert C. Contraguerro Jr. Phone: (304) 232-2321

**Facility Description:**
Name: Vacant Dwelling
Address: 34 37th Street City: Wheeling
County: Ohio Location Within Facility:
Building Size (Sq. Ft.): 1,800 Number of Floors: 2 Age (Yrs): 80
Present Use: Vacant Dwelling Prior Use: Residential

**Asbestos Contractor:**
Name: Asbestos Contractor License #:
Address:
City: State: Zip Code:
Contact Person: Phone:

**Other Contractor:**
Name: Ohio Rock Contractor's License #: WV049329
Address: 101 N. Zane Highway
City: Martins Ferry State: OH. Zip Code: 43935
Contact Person: Mike Rilley Phone: (740)232-5633

**Building Inspection:**
Inspection Date: June 6, 2012
Asbestos Inspection By: John Gongola WV License #: AI006662
Lab: EMSL Analytical Inc. Analysis By: Adam Gart
Procedure Used to Detect Presence of Asbestos: PLM
Is Asbestos Present at 1% or Greater: Yes ☐ No ☒
Project Designer: WV License #:
Air Monitor: WV License #:

**Schedule:**
Asbestos Removal: NO Start Date: Completion Date:
Demo/Renovation: Yes Start Date: 7/19/12 Completion Date: 8/19/12
Project Work Hours: 8am to 5pm Work Days: (M) (Tu) (W) (Th) (F) (Sa) (Su) (Circle)

GMR 187

**Emergency Renovation:**

Date & Hour of Sudden Unexpected Event: __/__/__ __:__ AM PM

Attach a description of the sudden, unexpected event and how this results in an unsafe condition, would cause equipment damage or an unreasonable financial burden.

**Demolition Ordered by Government Agency:**

Agency:
Name: Title:
Date of Order: __/__/__ Date Order to Begin: __/__/__
(Copy of order must be attached.)

**Types of ACM:**

| Asbestos Containing Material To Be Removed: | | | Cat. I & II Nonfriable ACM Not To Be Removed: | | |
|---|---|---|---|---|---|
| Type(s): | | | Type(s): | | |
| Pipes: | Ln. Ft: | % Asbestos: | Pipes: | Ln. Ft: | % Asbestos: |
| Area: | Sq. Ft: | % Asbestos: | Area: | Sq. Ft: | % Asbestos: |
| Other: | Cu. Ft: | % Asbestos: | Other: | Cu. Ft: | % Asbestos: |

Description of planned demolition or renovation work and method(s) to be used:

Demolish the structure using heavy equipment with dust control at all times, load and transport all debris to a C&D landfill for disposal. Backfill the area with clean hard fill.

Description of procedures to be used to comply with NESHAP (40CFR61 Subpart M):

Description of procedures to be followed in the event that unexpected asbestos is found or previously nonfriable ACM becomes crumbled, pulverized, or reduced to powder:

STOP ALL WORK, KEEP ACM WET, NOTIFY THE BUILDING OWNER AND ABATEMENT CONTRACTOR.

**Waste Transporter:**

Name: ID #:
Address:
City: State: Zip Code:
Contact Person: Phone:

**Waste Disposal Site:**

Name: ID #:
Address:
City: State: Zip Code:
Contact Person: Phone:

**Certification:**

I certify that an individual trained in the provisions of 40 CFR 61, Subpart M will be on site during the demolition or renovation and evidence that the required training has been accomplished by the person will be available for inspection during normal business hours. I further certify that the information contained in the notification is correct.

Signature of Owner/Operator: Date: 07/05/12

Name and Title (Print or Type): Mike Rilley/ Owner

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 34-37 St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

Anthony DeGaetano
3703 Wood St. Wheeling, WV

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 34-37 St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

* South Wheeling Pool

Bob Bennington
304-280-1181
304-639-7269 (city building)

OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH 43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com

07/19/2012 07:22 3042343837 WHEELING WATER DISTR PAGE 01/03

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 34-37 Street Wheeling, WV 26003
DATE: 6.14.2012
GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Joe Wilk<br>Water Distribution, 9 Armory Drive (fax) 304-234-3837 | 7-12-12 |
| Water Commercial, Room 112 (fax) 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, (fax) 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets (fax) 304-234-3875 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Mebik, 304-243-7702 (fax) 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 (fax) 740-609-3858 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back To
740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

3042343721 WATER ACCOUNTING 02:12:25 p.m. 07-23-2012 1/2

# CITY OF WHEELING

Fax 7/18/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet** PLEASE FAX BACK 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 34-37 Street Wheeling
DATE: 7-18-12
GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ✓ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| No Acct Lorna D. [signature] Water Commercial, Room 112 fax# 304-234-3721 | 10-28-04 |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | 7/30/12 FAX |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ✓ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| Telephone, 595 Mt. DeChantal Road, WV<br>George Mitnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

FAX BACK 740-204-3202

Re Fax 7/30/12

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates. Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

Aug. 14. 2012 7:47AM A E P No. 4569 P. 1

# CITY OF WHEELING

Fax 7/18/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

Demolition Utility Disconnect Sheet PLEASE FAX BACK 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 34-37 11 Street Wheeling

DATE: 7-18-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ⓧ Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| Jo Ann ⓧ Water Commercial, Room 112 fax# 304-234-3721 | |
| ⓧ 7-23-12 [signature] Electric, 4201 Jacob Street. To obtain an order to remove service meter call 1-800-982-4237. If service meter has been removed, fax# 304-234-3144 for sign off | 8-14-12 |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ⓧ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3878 | |
| ⓧ 7-23-12 Telephone, 595 Mt. DeChantal Road, WV George Melnik, 304-243-7702 fax# 304-243-7098 | |
| ⓧ 7-23-12 Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

FAX BACK 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

Aug. 2. 2012 3:08PM mountaineer gas wheeling, wv No. 5682 P. 1

Fax 7/18/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

Re Fax 7/30/12

**Demolition Gas Utility Disconnect Sheet**

Job Site: 34-37 St Wheeling WV 26003
Date: 7-18-12
Contractor: Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

X [signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**
8-2-12

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

Please Fax Back
740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

07-20-12; 11:52AM; 304-234-3073 # 1/ 1

# CITY OF WHEELING

Fax 7/19/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet** PLEASE FAX BACK 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 34-37 Street Wheeling

DATE: 7-18-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| ⊗ Water Distribution, 9 Armory Drive — fax# 304-234-3857 | |
| ⊗ Water Commercial, Room 112 — fax# 304-234-3721 | |
| ⊗ Electric, 4201 Jacob Street — To obtain an order to remove service meter call 1-800-982-4237; If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 39th & Wood Streets (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X [signature] WPCD — Water Pollution Control (sewer), 26th & Main Streets — fax# 304-234-3873 | Call when found |
| X — Telephone, 995 Mt. DeChantal Road, WV, George Melnik, 304-243-7702 — fax# 304-243-7090 | |
| X — Cable, 908 National Rd, Bridgeport, OH, 43912 — fax# 740-609-9856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL

FAX BACK 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates. Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

WATER ACCOUNTING 02:12:23 p.m. 07-23-2012 1/2

# CITY OF WHEELING

Fax 7/19/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning 304.234.3701
Building Inspection: 304.234.3401
Building Inspection Fax: 304.234.3415
www.wheelingwv.gov

Demolition Utility Disconnect Sheet Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 34-37 Street Wheeling

DATE: 7-18-12

GENERAL CONTRACTOR: Ohio Rock Industries

UTILITY: DATE DISCONNECTED:

X Water Distribution, 3 Anthony Drive — Fax 304-234-3877 ✓

X Water Commercial, Room 112 — Fax 304-234-3775 — Signature: Lorna D. [illegible] — 10-28-04

Comcast, 4201 Jacob Street
To obtain an order to remove service please call 1-800-[illegible]
If service meter has been removed, fax 304-234-3184 for sign off — 7/30/12 Fax

[illegible], 12th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the effected utility provider.

X Water Pollution Control [illegible] Streets — Fax 304-234-3877 ✓ [signature] — 7/31/12

[illegible], DiCharlant Road, WV
George [illegible], 304-[illegible] — Fax [illegible]

[illegible], 908 National Rd, Bridgeport, OH, 43912 — Fax 740-[illegible]

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Fax Back 740-204-3202

Re Fax 7/30/12

2 eVoice FuseMail campaigner KeepItSafe onebox

(c) 2012, All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

eVoice® FuseMail® campaigner® Keep Safe® onebox®

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax services is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

# CITY OF WHEELING

Fax 7/18/12

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899
Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

PLEASE FAX BACK 740-204-3202

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 34-37 Street Wheeling

**DATE:** 7-18-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X (X) Water Distribution, 9 Armory Drive | fax# 304-234-3827 | |
| No [illegible] (X) Water Commercial, Room 112 | fax# 304-234-3721 | |
| (X) Electric, 4201 Jacob Street<br>To obtain an order to remove service, contractor call 1-800-582-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| X (X) Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3878 | |
| (X) Telephone, 895 Mt. DeChantal Road, WV<br>George Mahik, 304-249-7702 | fax# 304-243-7098 | |
| (X) [signature] Cable, 908 National Rd, Bridgeport, OH, 43912 | 7-26-12<br>fax# 740-609-3856 | |

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

FAX BACK 740-204-3202

07/26/2012 THU 15:20 FAX 740+699+5656 COMCAST BROOKSIDE OH 001/001

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PDIG
992 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pdig.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Colony Insurance Company | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
Otto Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: POLICY, PRO-JECT, LOC | X | | GL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY: ANY AUTO; ALL OWNED AUTOS; SCHEDULED AUTOS; HIRED AUTOS; NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB; EXCESS LIAB; OCCUR; CLAIMS-MADE; DED; RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N/A; If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | WC STATUTORY LIMITS; OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER
City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

THE CITY OF WHEELING, WV

Building Inspection Department

**Permit Application Fee**

[illegible] Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| [illegible] | $ [illegible] | $ [illegible] | [illegible] |
| | $ | $ | |

TOTAL AMOUNT OWED: $ [illegible] DATE [illegible]



# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit #: BP38700

Owner: NIXON CAROLE SUE Date: 08/14/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 3538 JACOB STREET

Project Description: Demolition

A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION

1. Footings / Foundations
2. Framing & Utility Rough-In
3. Final Inspection

Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved.

**CALL 234-3601 TO SCHEDULE INSPECTIONS**

**UPDATE SUBCONTRACTORS LIST AS NECESSARY**

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations Date ______ Insp ______ | 1. Plumbing Underground Date ______ Insp ______ | 1. Electrical Service Date ______ Insp ______ |
| 2. Framing Date ______ Insp ______ | 2. Rough-In Date ______ Insp ______ | 2. Electrical Rough-In Date ______ Insp ______ |
| 3. Reinforcing/Steel Rods Date ______ Insp ______ | 3. Pressure Tests Date ______ Insp ______ | 3. Electrical Trim/Final Date ______ Insp ______ |

**Remarks:**

Final Inspection Date ______ Insp ______

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank W. Williams

GMR 200



# Building Permit Application

Building Inspections
234-3601

Permit # 38700

| Application Date | Work Type: | Is Applicant Owner? |
|---|---|---|
| 6/29/12 | ☐ Electrical ☐ Plumbing ☐ Building Permit ☑ Demolition ☐ Sign | Yes / No |

Asbestos Present? Yes / No Located in Flood Plain? Yes / No Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No If Yes, how long? ______

Parcel Type: ☐ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: Carole Sue Nixon

Owner's First Name: 3538 Jacob St Last Name: Phone: 1-304-218-4224

Owner's Address: 3538 Jacob St. Whg.

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock | |
| Other | | |

**Scope of work to be done:**

Demolition

**Must Attach Detailed Site Plan:** Yes / No **Estimated Value of Work** $ 9500

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Carole Sue Nixon — 3538 Jacob St. Whg. — 304-218-4224
Signature of Applicant — Address of Applicant — Phone

Ohio Rock Industries — [signature]
Print Name — Owner / Contractor

Codes Official / Inspector: [signature]

GMR 201

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 3538 Jacob St. – Wheeling WV

**DATE:** 7-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Joe Wells<br>Water Distribution, 9 Armory Drive fax# 304-234-3837 | 7-12-12 |
| X<br>Water Commercial, Room 112 fax# 304-234-3721 | |
| X<br>Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | 12 |
| X<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| X [signature]<br>Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | 8-10-12 |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

3042343721 WATER ACCOUNTING 08:23:18 a.m. 07-12-2012 1/2

06-07-12;08:01AM; ;304-234-3873 # 1/ 2

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3613
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3538 Jacob St. - Wheeling WV

DATE: 7-11-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| Donna Newels<br>Water Commercial, Room 112 fax# 304-234-3721 | 4-30-01 |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3879 | 12 |
| X Telephone, 995 Mt. DeChantal Road, WV<br>George Msbik, 304-243-7702 fax# 304-243-7098 | |
| X Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

Aug. 10. 2012 11:12AM A E P No. 4538 P. 1
Jul. 25. 2012 8:47AM VERIZON No. 7722 P. 3

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

w/o 457521-67

**Demolition Utility Disconnect Sheet** Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 3538 Jacob St Wheeling

**DATE:** 7-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Fax 7/3/12<br>Water Distribution, 9 Armory Drive fax 304-234-3887 | |
| Rec<br>Water Commercial, Room 112 fax 304-234-3721 | |
| X [signature]<br>Electric, 4201 Jacob Street<br>. To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax 304-234-3144 for sign off | 8-10-12 |
| | Gas wv |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X Rec<br>Water Pollution Control (sewer), 26th & Main Streets fax 304-234-3873 | 7-25-12 |
| X [signature]<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax 304-243-7093 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax 740-609-3254 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

740-204-3202

Jul. 18. 2012 10:13AM mountaineer gas wheeling, wv No. 4567 P.

1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3685
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: 3538 JACOB ST, Wheeling WV
Date: 7/16/12
Contractor: Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

X ____________________
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**
7-18-2012

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

X ____________________
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

____________________

FAX 740-2045320Z

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates. Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

07-12-12;07:59AM; ;304-234-3873 # 1/ 1
08-07-12;08:01AM; ;304-234-3873

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3538 Jacob St. Wheeling WV

DATE: 7-11-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X Water Commercial, Room 112 fax# 304-234-3721 | |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3164 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X [signature] WPCD<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | Call when found<br>304 234 3874 |
| X Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| X Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Jul. 25. 2012 8:47AM VERIZON No. 7722 P. 3

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

Please Fax Back 740-204-3202

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 3538 Jacob St Wheeling

**DATE:** 7-11-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Fax 7/30/12 — Water Distribution, 9 Armory Drive, fax# 304-234-3887 | |
| ✓ Rec — Water Commercial, Room 112, fax# 304-234-3721 | |
| X Fax 7/30/12 — Electric, 4201 Jacob Street. To obtain an order to remove service meter call 1-800-982-4287. If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | Gas ✓ ✓ |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ✓ ✓ Rec — Water Pollution Control (sewer), 26th & Main Streets, fax# 304-234-8878 | 7-25-12 |
| X ✓ [signature] — Telephone, 995 Mt. DeChantal Road, WV, George Melnik, 304-243-7702, fax# 304-243-7098 | |
| Fax 7/30/12 — Cable, 908 National Rd, Bridgeport, OH, 43912, fax# 740-609-9856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

F. B. L 740-204-3202

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Carole Nixon has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3538 Jacob St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

Mike Contraguerro 304 232 2257
Carpet Showcase 3525 Jacob Street, Wheeling, WV

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Carole Nixon has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3538 Jacob St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

3540 Jacob St. Wheeling, WV

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Carole Nixon has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3538 Jacob St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

RON'S BAR

Ronald J Nixon call # 304-218-4224

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PDKG
932 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pdkg.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Colony Insurance Company | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

## COVERAGES

CERTIFICATE NUMBER:

REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | X | | GL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

[signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

**WEST VIRGINIA**

## NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION

Date: 7/27/12

Operator Project No: LES12-092

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

**Type of Notification:**
Original ☒ Revision ☐ (Highlight Changes) Cancellation ☐

**Type of Operation:**
Demolition ☒ Ordered Demolition ☐ Renovation ☐ Emergency Renovation ☐

**Facility Owner:**
Name: Carole Nixon
Address: 3538 Jacob Street
City: Wheeling State: WV. Zip Code: 26003
Contact Person: Carole Nixon Phone: (304) 218-4224

**Facility Description:**
Name: Vacant Dwelling
Address: 3538 Jacob Street City: Wheeling
County: Ohio Location Within Facility: Exterior wall siding
Building Size (Sq. Ft.): 1,645 Number of Floors: 3 Age (Yrs): 80
Present Use: Vacant Dwelling Prior Use: Residential

**Asbestos Contractor:**
Name: Liberty Environmental Services, LLC. Asbestos Contractor License #: AC001823
Address: 25 Skyline Drive
City: Moundsville State: WV Zip Code: 26041
Contact Person: Michael J. Beegle Phone: (304)845-2258

**Other Contractor:**
Name: Ohio Rock Contractor's License #: WV049329
Address: 101 N. Zane Highway
City: Martins Ferry State: OH Zip Code:
Contact Person: Mike Rilley Phone: (740)232-5633

**Building Inspection:**
Inspection Date: 06/20/12
Asbestos Inspection By: Mike Beegle WV License #: AI006446
Lab: AGX Inc. Analysis By: Mark Porter
Procedure Used to Detect Presence of Asbestos: PLM
Is Asbestos Present at 1% or Greater: Yes ☒ No ☐
Project Designer: Michael J. Beegle WV License #: AD003175
Air Monitor: n/a WV License #: n/a

**Schedule:**
Asbestos Removal: Start Date: 7/27/12 Completion Date: 7/27/12
Demo/Renovation: Start Date: 7/27/12 Completion Date: 8/27/12
Project Work Hours: 7AM to 9PM Work Days: M Tu W Th ● Sa Su (Circle)

**Emergency Renovation:**

Date & Hour of Sudden Unexpected Event: __/__/__ __:__ AM PM

Attach a description of the sudden, unexpected event and how this results in an unsafe condition, would cause equipment damage or an unreasonable financial burden.

**Demolition Ordered by Government Agency:**

Agency:

Name: Title:

Date of Order: __/__/__ Date Order to Begin: __/__/__

(Copy of order must be attached.)

**Types of ACM:**

| Asbestos Containing Material To Be Removed: | | | Cat. I & II Nonfriable ACM Not To Be Removed: | | |
|---|---|---|---|---|---|
| Type(s): Insel brick siding | | | Type(s): | | |
| Pipes: | Ln. Ft: | % Asbestos: | Pipes: | Ln. Ft: | % Asbestos: |
| Area: | Sq. Ft: 100 | % Asbestos: 5% | Area: | Sq. Ft: | % Asbestos: |
| Other: | Cu. Ft: | % Asbestos: | Other: | Cu. Ft: | % Asbestos: |

Description of planned demolition or renovation work and method(s) to be used:

Demolish the structure using heavy equipment with dust control. Load and transport all debris to a C&D landfill for disposal, backfill the area with clean hard fill as needed for grade.

Description of procedures to be used to comply with NESHAP (40CFR61 Subpart M):

Partial containment, critical barriers, removal intact, wet methods, hepa vaccum, double 6 mil bag for disposal in accordance with all applicable regulations.

Description of procedures to be followed in the event that unexpected asbestos is found or previously nonfriable ACM becomes crumbled, pulverized, or reduced to powder:

STOP ALL WORK, KEEP ACM WET, NOTIFY THE BUILDING OWNER.

**Waste Transporter:**

Name: Liberty Environmental Services, LLC. ID #: 20-4906583

Address: 25 Skyline Drive

City: Moundsville State: WV Zip Code: 26041

Contact Person: Mike Beegle Phone: (304)845-2258

**Waste Disposal Site:**

Name: Wetzel County Landfill ID #:

Address: RR1 Box 156a

City: New Martinsville State: WV. Zip Code: 26155

Contact Person: Kay Greathouse Phone: (304)455-3800

**Certification:**

I certify that an individual trained in the provisions of 40 CFR 61, Subpart M will be on site during the demolition or renovation and evidence that the required training has been accomplished by the person will be available for inspection during normal business hours. I further certify that the information contained in the notification is correct.

Signature of Owner/Operator: [signature] Date: 07/27/12

Name and Title (Print or Type): Michael J. Beegle/ Owner

THE CITY OF WHEELING, WV
Building Inspection Department
**Permit Application Fee**

Ohio Rock Industries Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| 38700 | $ 9,600.00 | $ 40.00 | 5533 Jacob Street |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 40.00 DATE August 10, 2012

 

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services — Phone: 304-234-3601

Permit Type: Building — Permit #: BP38644

Owner: CONTRAGUERRO ROBERT C SR & J A — Date: 8/10/2012

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 3838 MCCOLLOCH STREET

Project Description: Demolition

A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION

1. Footings / Foundations
2. Framing & Utility Rough-In
3. Final Inspection

Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved.

**CALL 234-3601 TO SCHEDULE INSPECTIONS**

**UPDATE SUBCONTRACTORS LIST AS NECESSARY**

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations Date ______ Insp ____ | 1. Plumbing Underground Date ______ Insp ____ | 1. Electrical Service Date ______ Insp ____ |
| 2. Framing Date ______ Insp ____ | 2. Rough-In Date ______ Insp ____ | 2. Electrical Rough-In Date ______ Insp ____ |
| 3. Reinforcing/Steel Rods Date ______ Insp ____ | 3. Pressure Tests Date ______ Insp ____ | 3. Electrical Trim/Final Date ______ Insp ____ |

**Remarks:**

Final Inspection Date ______ Insp ______

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson



# Building Permit Application

Building Inspections
234-3601

Permit # 38644

| Application Date | Work Type: | | | Is Applicant Owner? |
|---|---|---|---|---|
| 6/15/12 | ☐ Electrical | ☐ Plumbing | | Yes / (No) |
| | ☒ Building Permit | ☐ Demolition | ☐ Sign | |

Asbestos Present? Yes / No  Located in Flood Plain? Yes / No  Is Building Vacant? (Yes) / No
City of Wheeling Business License? Yes / No  If Yes, how long? ________

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 3838 McColloch

Owner's First Name: Robert  Last Name: Contraguerro  Phone: 304-232-2321

Owner's Address: 3838 McColloch St Wheeling WV 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | OHIO ROCK INDUSTRIES | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | | |
| Other | | |

**Scope of work to be done:**

Demo

**Must Attach Detailed Site Plan: Yes / No**  **Estimated Value of Work $** $5000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

[signature]  240-232-5633

Signature of Applicant  Address of Applicant  Phone

Mike Roby  Ohio Rock

Print Name  Owner / Contractor

Codes Official / Inspector: [signature]

GMR 216

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

Demolition Utility Disconnect Sheet Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3838 McColloch Wheeling WV 26003

DATE: 6-14-2012

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| x Recive 7-12-12<br>Water Distribution, 9 Armory Drive fax# 304-234-3887 | |
| x Recive 7-18-12<br>Water Commercial, Room 112 fax# 304-234-3721 | |
| x Fax 7/30/12<br>Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| | Gas |

Re Fax 7/30/12

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| x [signature] WPCD<br>Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | 304 234 3874<br>Call when found |
| [signature]<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | 7-25-12 |
| Recive<br>Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | 7-20-12 |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back 740-204-3202

**WEST VIRGINIA**

**NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION**

Date: 7/5/12

Operator Project No: OH-006

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

**Type of Notification:**
Original ☒ Revision ☐ (Highlight Changes) Cancellation ☐

**Type of Operation:**
Demolition ☒ Ordered Demolition ☐ Renovation ☐ Emergency Renovation ☐

**Facility Owner:**
Name: Robert C. Contraguerro Jr.
Address: 265 Pembroke Dr.
City: Tridelphia State: WV. Zip Code: 26059
Contact Person: Robert C. Contraguerro Jr. Phone: (304) 232-2321

**Facility Description:**
Name: Vacant Dwelling
Address: 3838 McColloch Street City: Wheeling
County: Ohio Location Within Facility:
Building Size (Sq. Ft.): 1,500 Number of Floors: 2 Age (Yrs): 80
Present Use: Vacant Dwelling Prior Use: Residential

**Asbestos Contractor:**
Name: Asbestos Contractor License #:
Address:
City: State: Zip Code:
Contact Person: Phone:

**Other Contractor:**
Name: Ohio Rock Contractor's License #: WV049329
Address: 101 N. Zane Highway
City: Martins Ferry State: OH. Zip Code: 43935
Contact Person: Mike Rilley Phone: (740)232-5633

**Building Inspection:**
Inspection Date: June 6, 2012
Asbestos Inspection By: John Gongola WV License #: AI006662
Lab: EMSL Analytical Inc. Analysis By: Adam Gart
Procedure Used to Detect Presence of Asbestos: PLM
Is Asbestos Present at 1% or Greater: Yes ☐ No ☒
Project Designer: WV License #:
Air Monitor: WV License #:

**Schedule:**
Asbestos Removal: NO Start Date: Completion Date:
Demo/Renovation: Yes Start Date: 7/19/12 Completion Date: 8/19/12
Project Work Hours: 8Am to 5pm Work Days: (M) (Tu) (W) (Th) (F) (Sa) (Su) (Circle)

**Emergency Renovation:**

Date & Hour of Sudden Unexpected Event: __/__/__ __:__ AM PM

Attach a description of the sudden, unexpected event and how this results in an unsafe condition, would cause equipment damage or an unreasonable financial burden.

**Demolition Ordered by Government Agency:**

Agency:

Name: Title:

Date of Order: __/__/__ Date Order to Begin: __/__/__

(Copy of order must be attached.)

**Types of ACM:**

| Asbestos Containing Material To Be Removed: | | | Cat. I & II Nonfriable ACM Not To Be Removed: | | |
|---|---|---|---|---|---|
| Type(s): | | | Type(s): | | |
| Pipes: | Ln. Ft: | % Asbestos: | Pipes: | Ln. Ft: | % Asbestos: |
| Area: | Sq. Ft: | % Asbestos: | Area: | Sq. Ft: | % Asbestos: |
| Other: | Cu. Ft: | % Asbestos: | Other: | Cu. Ft: | % Asbestos: |

Description of planned demolition or renovation work and method(s) to be used:

Demolish the structure using heavy equipment with dust control at all times, load and transport all debris to a C&D landfill for disposal. Backfill the area with clean hard fill.

Description of procedures to be used to comply with NESHAP (40CFR61 Subpart M):

Description of procedures to be followed in the event that unexpected asbestos is found or previously nonfriable ACM becomes crumbled, pulverized, or reduced to powder:

STOP ALL WORK, KEEP ACM WET, NOTIFY THE BUILDING OWNER AND ABATEMENT CONTRACTOR.

**Waste Transporter:**

Name: ID #:

Address:

City: State: Zip Code:

Contact Person: Phone:

**Waste Disposal Site:**

Name: ID #:

Address:

City: State: Zip Code:

Contact Person: Phone:

**Certification:**

I certify that an individual trained in the provisions of 40 CFR 61, Subpart M will be on site during the demolition or renovation and evidence that the required training has been accomplished by the person will be available for inspection during normal business hours. I further certify that the information contained in the notification is correct.

Signature of Owner/Operator: Date: 07/05/12

Name and Title (Print or Type): Mike Rilley/ Owner

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3838 Mc Colloctt St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH 43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com

Robert P Contraguerro Jr 304-232-2321 office
304-650-0110 cell

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3838 Mc Colloctt St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

47-3974 WHG, WV 26003

# OHIO ROCK INDUSTRIES, LTD

July _31, 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3838 Mc Colloctt St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

304-905-9067
JOHNSON
3837 McColloctt St.

# OHIO ROCK INDUSTRIES, LTD

July _31 , 2012

Dear Current Resident,

I'm writing to inform you that Robert Contraguerro has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3838 Mc Colloctt St, Wheeling, WV, and is scheduled for August 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

**OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH 43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com**

Tim Lutz 740-579-6578

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3838 McCulloch Wheeling, WV 26003

DATE: 6.14.2012

GENERAL CONTRACTOR: Ohio Rock [illegible]

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| [signature] Water Distribution, 9 Armory Drive | fax# 304-234-3837 | 7-12-12 |
| Water Commercial, Room 112 | fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3444 for sign off | | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 | fax# 304-243-7008 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 | fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back To
740-201-3202

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3707
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet** Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3838 McColloch Wheeling WV 26003

DATE: 7-20-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive fax# 304-234-3897 | |
| x [signature] Water Commercial, Room 112 fax# 304-234-3721 | 5-18-2011 |
| x Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| x Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| x Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

Jul. 30. 2012 2:40PM A E P No. 4464 P. 1

Jul. 25. 2012 8:46AM VERIZON No. 7722 P. 1

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3101
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

Demolition Utility Disconnect Sheet

Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3838 McColloch Wheeling WV 26003

DATE: 6-14-2012

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Recvd 7-12-12<br>Water Distribution, 9 Armory Drive fax 304-234-3837 | |
| Recvd 7-17-12<br>Water Commercial, Room 112 fax 304-234-3721 | |
| [signature]<br>Electric, 4302 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax 304-234-3340 for sign off | 7-30-12 |

Fax 7/30/12

645

*Gas, 15th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure; the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| [signature]<br>Water Pollution Control/Sewer, 26th & Main Streets fax 304-234-3173 | 7-25-12 |
| Telephone, 595 Mt. DeChantal Road, WV<br>George Melah, 304-248-7702 fax 304-213-7098 | 7-20-12 |
| Recvd<br>Cable, 908 National Rd, Bridgeport, OH, 43912 fax 740-609-3954 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Please Fax Back 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates. Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

JUL. 12. 2012 10:21AM mountaineer gas wheeling, wv No. 4170 P.

CITY-COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: 3139 McColloch Wheeling, WV 26003
Date: 6-14-12
Contractor: Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

[signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**
7-12-12

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

Gas, 19th & Wood Streets Fax# 304-233-6451

**Date Disconnected**

Please Fax Back To
740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

Please Fax Back 740-204-3202

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 3838 McColloch Wheeling WV 26003

**DATE:**

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X______ Water Distribution, 9 Armory Drive fax# 304-234-3887 | |
| X______ Water Commercial, Room 112 fax# 304-234-3721 | |
| X______ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure; the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X______ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | |
| [signature] Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | 7-25-12 |
| Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-204-3202

07/20/2012 FRI 11:02 FAX 740+699+5656 COMCAST BROOKSIDE OH 001/001

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet** Please Fax Back 740-204-3202

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3838 McColloch Wheeling WV 26003

DATE: 7-20-12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|

Water Distribution, 8 Armory Drive fax# 304-234-3837

Water Commercial, Room 112 fax# 304-234-3721

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-382-4239
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3878

Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-3702 fax# 304-243-7098

[signature] 7-21-12
Cable, 809 National Rd, Bridgeport, OH, 43912 fax# 740-609-3656

ATTENTION: **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Please Fax Back 740-204-3202

j2 eVoice FuseMail campaigner Keep Safe onebox

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement

Copyright © 2003-2012. All rights reserved.

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PCIG
992 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pcig.biz

INSURER(S) AFFORDING COVERAGE — NAIC #
INSURER A: Colony Insurance Company
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES — CERTIFICATE NUMBER: — REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | X | | GL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | AUTOMOBILE LIABILITY: [ ] ANY AUTO; [ ] ALL OWNED AUTOS; [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS; [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | UMBRELLA LIAB [ ] OCCUR; EXCESS LIAB [ ] CLAIMS-MADE; DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

THE CITY OF WHEELING, WV
Building Inspection Department
**Permit Application Fee**

Ohio Rock Industries Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| 58644 | $ 5,000.00 | $ 20.00 | 3838 McColloch Street |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 20.00 DATE July 31, 2012



# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services — Phone: 304-234-3601

Permit Type: Building — Permit #: BP38475

Owner: YEATER WILLIAM M III & J K — Date: 06/27/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 113 YORK STREET S

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | **CALL 234-3601 TO SCHEDULE INSPECTIONS**<br><br>**UPDATE SUBCONTRACTORS LIST AS NECESSARY** |
|---|---|---|

## >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ______ Insp ____ | 1. Plumbing Underground<br>Date ______ Insp ____ | 1. Electrical Service<br>Date ______ Insp ____ |
| 2. Framing<br>Date ______ Insp ____ | 2. Rough-In<br>Date ______ Insp ____ | 2. Electrical Rough-In<br>Date ______ Insp ____ |
| 3. Reinforcing/Steel Rods<br>Date ______ Insp ____ | 3. Pressure Tests<br>Date ______ Insp ____ | 3. Electrical Trim/Final<br>Date ______ Insp ____ |

**Remarks:**

Final Inspection
Date ______ Insp ______

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson



# Building Permit Application

Building Inspections
234-3601

Permit # 38475

| Application Date | Work Type: ☐ Electrical ☐ Plumbing ☐ Building Permit ☒ Demolition ☐ Sign | Is Applicant Owner? Yes / No |
|---|---|---|
| 6/18/12 | | |

Asbestos Present? Yes / No Located in Flood Plain? Yes / No Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No If Yes, how long? ______

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done:

Owner's First Name: Last Name: Yanzza Phone:

Owner's Address: 113 S York ST Wheeling

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock | |
| Other | | |

Scope of work to be done: Demo

Must Attach Detailed Site Plan: Yes / No Estimated Value of Work $ 4500

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

[signature] 740-232-5633

Signature of Applicant Address of Applicant Phone

Mike Riley

Print Name Owner / Contractor Codes Official / Inspector: Frank Wilson

GMR 233

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 113 South York St. Wheeling, WV.

**DATE:** 5/4/12 Resent 6/

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X Joe Wilde<br>Water Distribution, 9 Armory Drive | fax# 304-234-3837 | 5-4-12 |
| Received ✓<br>Water Commercial, Room 112 | fax# 304-234-3721 | |
| Refaxed<br>Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800- 82-4237<br>If service meter has been removed, fax# 304-234-8344 or sign off | | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| Refaxed<br>Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3878 | |
| Received ✓<br>Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 | fax# 304-243-7098 | |
| Cable, 905 National Rd. Bridgeport, OH. 43912 | fax# 740-609-3856 | |

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 113 South York St, Wheeling, WV.

DATE: 5/4/12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X [signature] Water Distribution, 3 Armory Drive fax# 304-234-3837 | 5-4-12 |
| Water Commercial, Room 112 fax# 304-234-3721 | |
| X [signature] Electric, 4201 Jacob Street. To obtain an order to remove service meter call 1-800-[illegible]82-4237. If service meter has been removed, fax# 304-234-3144 or sign off | 6-18-12 |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3875 | |
| Telephone, 225 Mt. DeChantal Road, WV George Melnik, 304-243-7702 fax# 304-243-7098 | |
| Cable, 305 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 113 South York St, Wheeling, WV.

**DATE:** 5/4/12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X ____ Water Distribution, 9 Armory Drive fax# 304-234-3837 | ____ |
| X [signature] Water Commercial, Room 112 fax# 304 234-3721 | 6-30-11 |
| X ____ Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | ____ |
| X *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X ____ Water Pollution Control (sewer), 26th & Main Streets fax# 304-234-3873 | ____ |
| X ____ Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | ____ |
| X ____ Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856 | ____ |

ATTENTION: **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

Jun. 5. 2012 10:47AM mountaineer gas wheeling, wv

DEPARTMENT OF ECONOMIC A

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

**Demolition Gas Utility Disconnect Sheet**

**Job Site:** 113 S. York St. Wheeling WV
**Date:** 6/4/12
**Contractor:** Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

X [signature]
Gas, 19th & Wood Streets Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the work. The first requirement of the contractor when he gets on site is shut-off valve, call the gas company and disconnect the service lin requirements of the gas company. Only after this work is completed v to start the demolition. The gas company will then sign off on the U

**Demolition Gas Utility Disconnect** **Date Disc**

X
Gas, 19th & Wood Streets Fax# 304-233-6451

06-04-12;08:21AM; ;304-234-3873 # 2/ 2

05/07/2012 06:52 3042343837 WHEELING WATER DISTR PAGE 01/01

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection: 304.234.3691
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 113 South York St. Wheeling, WV.

**DATE:** 5/4/12 Resent 6/

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X Joe Wilds<br>Water Distribution, 9 Armory Drive | fax# 304-234-3837 | 5-4-12 |
| Received ✓<br>Water Commercial, Room 112 | fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800- 82-4297<br>If service meter has been removed, fax# 304-234-3144 or sign off | | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| Robert H Warner JR<br>Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3873 | 06-04-12 |
| Received ✓<br>Telephone, 695 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 | fax# 304-243-7098 | |
| Cable, 905 National Rd, Bridgeport, OH, 43912 | fax# 740-609-3856 | |

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
740 - 204-3207 WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax. 304.234.3683
www.wheelingwv.gov

Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 113 South York St, Wheeling, WV.

DATE: 5/4/12

GENERAL CONTRACTOR: Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive fax# 304-234-3837 | |
| X Water Commercial, Room 112 fax#304-234-3721 | |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |
| X *Gas, 19th & Wood Streets (Please see attached sheet) | |

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| X Water Pollution Control (Sewer), 26th & Main Streets fax# 304-234-3873 | |
| X Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 fax# 304-243-7098 | 5-10 12 |
| X ~~Cable, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3836~~ | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

Thank you for using MyFax. Try our other products: www.protus.com/try.

Copyright © 2003-2012. All rights reserved.

March 19, 2012

Dear Current Resident, 109 S York St
wheeling WV 26003

I'm writing to inform you that William M. Yeager has hired Ohio Rock Industries, LTD to perform the total demolition of the burnt structure at 113 South York Street, Wheeling, WV 26003, and is scheduled for March/April 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 614-753-3905.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
33 South James Rd.
Columbus, OH 43213

March 19, 2012

Dear Current Resident, 114 S Huron St
Wheeling WV 26003

I'm writing to inform you that William M. Yeager has hired Ohio Rock Industries, LTD to perform the total demolition of the burnt structure at 113 South York Street, Wheeling, WV 26003, and is scheduled for March/April 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 614-753-3905.

Sincerely, Misty Davidson

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
33 South James Rd.
Columbus, OH 43213

March 19, 2012

Dear Current Resident, 108 S Huron St
Wheeling WV 26003

I'm writing to inform you that William M. Yeager has hired Ohio Rock Industries, LTD to perform the total demolition of the burnt structure at 113 South York Street, Wheeling, WV 26003, and is scheduled for March/April 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 614-753-3905.

Sincerely, Mary K. Heller

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
33 South James Rd.
Columbus, OH 43213



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 113 South York St

**DATE:** 6-14-12

**GENERAL CONTRACTOR:** Ohio Rock

| **UTILITY:** | **DATE DISCONNECTED:** |
|---|---|

______________________________ ______________
**Water Distribution**, 9 Armory Drive fax# 304-234-3837

______________________________ ______________
**Water Commercial**, Room 112 fax# 304-234-3721

______________________________ ______________
**Electric**, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

***Gas**, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

______________________________ ______________
**Water Pollution Control** (sewer), 26th & Main Streets fax# 304-234-3873

______________________________ ______________
**Telephone**, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702 fax# 304-243-7098

[signature] 6-15-12
**Cable**, 908 National Rd, Bridgeport, OH, 43912 fax# 740-609-3856

**ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISU-PCIS
952 W.Mound St,
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pcis.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Colony Insurance Company | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES — CERTIFICATE NUMBER: — REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | X | | GL 171748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB [ ] OCCUR<br>EXCESS LIAB [ ] CLAIMS-MADE<br>DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)

The ACORD name and logo are registered marks of ACORD

Clear All

# THE CITY OF WHEELING, WV

Building Inspection Department

**Permit Application Fee**

Ohio Rock Industries Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| 38475 | $ 4,500 | $ 20.00 | 113 South York Street |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 20.00 DATE June [illegible], 2012

 

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services Phone: 304-234-3601

Permit Type: Building Permit #: BP38479

Owner: CITY OF WHEELING Date: 06/26/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 2718 CHAPLINE STREET

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | **CALL 234-3601 TO SCHEDULE INSPECTIONS**<br><br>**UPDATE SUBCONTRACTORS LIST AS NECESSARY** |
|---|---|---|

# >> POST THIS CARD <<

**Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.**

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date ________ Insp _____ | 1. Plumbing Underground<br>Date ________ Insp _____ | 1. Electrical Service<br>Date ________ Insp _____ |
| 2. Framing<br>Date ________ Insp _____ | 2. Rough-In<br>Date ________ Insp _____ | 2. Electrical Rough-In<br>Date ________ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date ________ Insp _____ | 3. Pressure Tests<br>Date ________ Insp _____ | 3. Electrical Trim/Final<br>Date ________ Insp _____ |

**Remarks:**

Final Inspection
Date ________ Insp ____________

**UNLAWFUL TO REMOVE OR DEFACE THIS CARD UNTIL CONSTRUCTION IS COMPLETE**

Frank Wilson



# Building Permit Application

Building Inspections
234-3601

Permit # 38479

| Application Date | Work Type: | Is Applicant Owner? |
|---|---|---|
| 6/15/12 | ☐ Electrical ☐ Plumbing ☒ Building Permit ☐ Demolition ☐ Sign | Yes / No (No circled) |

Asbestos Present? Yes / No Located in Flood Plain? Yes / No Is Building Vacant? Yes / No (Yes circled)
City of Wheeling Business License? Yes / No If Yes, how long? ________

Parcel Type: ☒ Residential ☐ Commercial ☐ Industrial

Street Address where work is being done: 2718 E Chaplain St

Owner's First Name: City of Wheeling Last Name: Wilson Phone: 304 234 3602 office

Owner's Address: 2718 Chaplain St Wheeling WV 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | | |
| Other | | |

Scope of work to be done: Demo

Must Attach Detailed Site Plan: Yes / No Estimated Value of Work $ 6000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

[signature]

Signature of Applicant Address of Applicant Phone

Mike Riley [signature]

Print Name Owner / Contractor

Codes Official / Inspector: [signature]

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 03/01/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ISI-PCKS
992 W. Mound St.
Columbus, OH 43223

CONTACT NAME: Eric Schwab
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: eschwab@pcks.biz

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Colony Insurance Company | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Ohio Rock
33 S. James Rd.
Columbus, OH 43213

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY [ ] PRO-JECT [ ] LOC | X | | SL 371748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N/A<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

CERTIFICATE HOLDER

City of Wheeling
1500 Chapline St.
Wheeling, WV 26003

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

# 2718 CHAPLAIN ST. , WHEELING, WV

| UTILITES | SIGNED | DATE DISCONNECT |
| --- | --- | --- |
| Water Distribution: | X | |
| Water Commercial: | X | |
| Electric: | | Call Elect 6/14/12 |
| Gas: | X | |
| Water Pollution: | X | |
| Telephone: | X | |
| Cable: | X | |

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3680
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 2718 Chaplain St, Wheeling WV

**DATE:** 6-6-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X [signature] Water Distribution, 9 Armory Drive | 6-7-12 fax# 304-234-3837 | |
| X Water Commercial, Room 112 | fax# 304-234-3721 | |
| X Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| X Water Pollution Control (sewer), 26th & Main Streets | fax# 304 234-3873 | |
| X Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702 | fax# 304-243-7098 | |
| X Cable, 908 National Rd, Bridgeport, OH, 43912 | fax# 740-609-3866 | |

**ATTENTION:** **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**