3042343721          WATER ACCOUNTING                               02:50:47 p.m.   06-06-2012          2/2

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701          Building Inspection: 304.234.3601
CDBG: 304.234.3701                       Building Inspection-Fax: 304.234.3683
Fax: 304.234.3899                        www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:**          *2718 Chapline St., Wheeling WV*

**DATE:**              *6-6-12*

**GENERAL CONTRACTOR:**  *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| *Donna Newell*  Water Commercial, Room 112          fax# 304-234-3721 | *3-10-10* |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Mainik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 251

Jun. 18. 2012 2:58PM A E P No. 4261 P. 5

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: *2718 Chaplain St, Wheeling WV*

DATE: *6-6-12*

GENERAL CONTRACTOR: *Ohio Rock Industries*

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| Water Distribution, 9 Armory Drive | fax# 304-234-3837 | |
| *Rec* Water Commercial, Room 112 | fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | | *6-12-12* |

To obtain an order to remove service meter, call 1-800-982-4237
If service meter has been removed, fax# 304-234-3344 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| *Rec* Water Pollution Control (sewer), 26th & Main Streets | fax# 304-234-3873 | |
| *Rec* Telephone, 995 Mt. DeChantal Road, WV | | |
| George Meidik, 304-243-7702 | fax# 304-243-7098 | |
| *Rec* Cable, 908 National Rd, Bridgeport, OH, 43912 | fax# 740-609-3855 | |

ATTENTION: SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 252

Jun. 8. 2012 10:25AM    mountaineer gas wheeling, wv                No. 1839   P. 2/4

1300 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701                    Building Inspection: 304.234.3601
CDBG: 304.234.3701                                 Building Inspection Fax: 304.234.3683
Fax: 304.234.3899                                  www.wheelingwv.gov

## Demolition Gas Utility Disconnect Sheet

**Job Site:** _2718 Chaplain St., Wheeling, WV._

**Date:** _6-8-12_

**Contractor:** _Ohio Rock Industries_

**Temporary Gas Utility Disconnect**                    **Date Disconnected**

The gas service has been turned off at the shut-off valve.

X _____                                    _6-8-12_

Gas, 19th & Wood Streets          Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**                    **Date Disconnected**

X _____                                    _____

Gas, 19th & Wood Streets          Fax# 304-233-6451

GMR 253

06-07-12;08:01AM;                                                    :304-234-3873          #  1/  2

*1*

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax. 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** _2718 Chaplain St, Wheeling WV_

**DATE:** _6-6-12_

**GENERAL CONTRACTOR:** _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| X Water Commercial, Room 112          fax# 304-234-3721 | |
| X Electric, 4201 Jacob Street | |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

_Robert A Werner Jr_                    _06-06-12_
X Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873

X Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702                    fax# 304-243-7098

X Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856

**ATTENTION:**     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 254

Jun. 7. 2012 1:46PM   VERIZON                                    No. 7384   P. 1

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701          Building Inspection: 304.234.3601
CDBG: 304.234.3701                       Building Inspection Fax: 304.234.3683
Fax: 304.234.3899                        www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** *2718 Chapline St, Wheeling WV*

**DATE:** *6-6-12*

**GENERAL CONTRACTOR:** *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|

Water Distribution, 9 Armory Drive          fax# 304-234-3837          _____

Water Commercial, Room 112                  fax# 304-234-3721          _____

Electric, 4201 Jacob Street                                             _____
To obtain an order to remove service meter call 1-800-982-4237
if service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets   fax# 304-234-3879   _____

Telephone, 595 Mt. DeChantal Road, WV       *6-7-12*                    _____
George Melnik, 304-243-7702                 fax# 304-243-7098

Cable, 908 National Rd, Bridgeport, OH, 43912   fax# 740-609-3856       _____

**ATTENTION:**   SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 255

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** *2718 Chapline St, Wheeling WV*

**DATE:** *6-6-12*

**GENERAL CONTRACTOR:** *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets          fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702          fax# 304-243-7098 | *6-7-12* |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 256

# OHIO ROCK INDUSTRIES, LTD

June 11, 2012

Dear Current Resident,

I'm writing to inform you that the City of Wheeling, WV has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 2718 Chaplain St., Wheeling, WV, and is scheduled for June 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH  43018

*Lataya Laurelis*
*2713 Eoff St*

**OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH  43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com**

# OHIO ROCK INDUSTRIES, LTD

June 11, 2012

Dear Current Resident,

I'm writing to inform you that the City of Wheeling, WV has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 2718 Chaplain St., Wheeling, WV, and is scheduled for June 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH  43018

ARROWHEAD CAFE

304-233-6145

2700 Chaplain St.

Glass Shop
Nick or Shelly
304-232-5804

**OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH  43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com**

GMR 258

# RAZE
# INTERNATIONAL
# INC.

## ASBESTOS INSPECTION REPORT

OF

### 2718 CHAPLINE STREET
### WHEELING, WV  26003

Prepared For:
The City of Wheeling

Prepared and Submitted by:

_____

M. Thomas Brown, WV Asbestos Inspector
License # AI006405   Exp. 7/31/2012

GMR 259

## 2718 CHAPLINE STREET
## WHEELING, WV  26003



GMR 260

## SUMMARY

| | |
|---|---|
| Project Name: | Vacant Dwelling |
| Building Address: | 2718 Chapline Street<br>Wheeling, WV 26003 |
| Owner: | City of Wheeling |
| Contact Name: | Conrad Slanina |
| Building Description: | 2 Story Wood Frame<br>Built in Approx. 1930's<br>Footprint is Approx. 50 x 20 |
| Construction Date: | |
| Inspection Date: | 05/16/12 |
| Building Inspector: | M. Thomas Brown AI006405 |
| Laboratory: | EHS |

GMR 261

## ASBESTOS CONTAINING MATERIALS

| Quantity | Materials | % Asbestos | Location |
|----------|-----------|-----------|----------|
| | NONE FOUND | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

GMR 262

# INTRODUCTION

Raze International, Inc. performed an asbestos inspection at 2718 Chapline Street,

Wheeling, WV at the request of Conrad Slanina, City of Wheeling, Engineer.

M. Thomas Brown (Asbestos Inspector, #AI006405) EPA Accredited and WV licensed

Asbestos Inspector inspected this structure on May 16, 2012. 24 samples

were collected in the field and were analyzed by PLM method in the laboratory.

This inspection report contains the following:

1. Scope
2. Building description and summary with description, location, quantity and results of the laboratory analysis of each suspected asbestos containing material.
3. Laboratory sample analysis
4. Certificates and license of inspector.

GMR 263

## SCOPE

The goal of this inspection was to locate and quantify any and all asbestos containing materials located in or on the premises.

Samples were taken from areas based upon both selective and random sampling strategies depending upon the nature of the suspect material and its condition, size, and type. Non-destructive sampling is taking small samples of material in areas that are mostly hidden (behind doors, electric switch plates, etc.) These locations will not be marked at the sampling point unless requested by the client.

Non-destructive and destructive sampling was utilized at this location. However, should this structure be scheduled for demolition or renovation, contractors should be alerted that non-sampled asbestos containing materials might be present in such inaccessible areas such as wall cavities.

Each sample was assigned a unique sample identification number. As the sample was collected, the sample number was indelibly marked on the sample container.

GMR 264

BUILDING DESCRIPTION

AND

SUMMARY

GMR 265

## BUILDING DESCRIPTION AND SAMPLE SUMMARY

### EXTERIOR DESCRIPTION

This a 2 story residential structure constructed of wood.  It was built approximately in the 1930's.  The footprint is 50 x 20 with a full basement.

### INTERIOR DESCRIPTION

The plaster and drywall throughout the house is falling off and most rooms have been vandalized, spreading plaster and drywall from room to room.  Random samples of drywall and plaster were taken throughout as well as all other suspect materials, including, but not limited to ceiling tile, roofing, window glazing, and linoleum

The basement was viewed from the side window only, as the first floor was caving in. No suspect materials were present in the basement or attic.

GMR 266

## <u>LIST OF SUSPECT ASBESTOS CONTAINING MATERIALS</u>

| <u>Surfacing:</u> | <u>Sample #</u> | <u>Results</u> |
| --- | --- | --- |
| Rolled Roof - Front Porch | RR1 | Negative |
| Rolled Roof - Front Porch | RR2 | Negative |
| Main Roof | MR1 | Negative |
| Main Roof | MR2 | Negative |
| Window Glaze Front Window | WG1 | Negative |
| Window Glaze South Window | WG2 | Negative |
| Window Glaze North Window | WG3 | Negative |
| Window Glaze South Window | WG4 | Negative |
| Window Glaze North Window | WG5 | Negative |
| Ceiling Tile 1st Floor Rm 1 | CT1 | Negative |
| Ceiling Tile 1st Floor Rm 1 | CT2 | Negative |
| Drywall 1st Floor Rm 1 | DWRM1 | Negative |
| Drywall Rm 2 Down | DWRM2 | Negative |
| Drywall Rm 1 Up | DWRM1-UP | Negative |
| Drywall Rm 3 Down | DWRM3 | Negative |
| Drywall Rm 4 Down | DWRM4 | Negative |

GMR 267

## LIST OF SUSPECT ASBESTOS CONTAINING MATERIALS
## CONTINUED

| Surfacing | Sample # | Results |
|---|---|---|
| Plaster Rm 1 Up | PLRM1 Up | Negative |
| Plaster Rm 2 Up | PLRM2 Up | Negative |
| Plaster Rm 3 Up | PLRM3 Up | Negative |
| Linoleum Rm1 Up | LA1 Up | Negative |
| Linoleum Rm 2 Up | LA2 Up | Negative |
| Ceiling Plaster Rm 2 Down | CP1D | Negative |
| Ceiling Plaster Rm 3 | CP2D | Negative |
| Ceiling Plaster Rm 4 | CP3D | Negative |

GMR 268





## ASBESTOS BULK ANALYSIS

GMR 271


*Laboratories*

**Asbestos Bulk
Analysis Report**

Environmental Hazards Services, L.L.C.
7469 Whitepine Rd
Richmond, VA 23237
Telephone: 800.347.4010

**Report Number:**     12-05-02246

**Client:**     Raze International Inc.
4295 Central Ave.
Shadyside, OH 43947

**Received Date:**     05/17/2012
**Analyzed Date:**     05/17/2012
**Reported Date:**     05/17/2012

**Project/Test Address:**     2718 Chapline St.; Wheeling, WV 26003

Client Number:
36-4356

# Laboratory Results

Fax Number:
740-671-0078

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 12-05-02246-001 | 1 Rolled Roof | | Black Brittle; Black Fibrous; Off-White Aggregate | NAD | 22% Fibrous Glass 78% Non-Fibrous |
| 12-05-02246-002 | 2 Rolled Roof | | Black Brittle; Black Fibrous; Off-White Aggregate | NAD | 22% Fibrous Glass 78% Non-Fibrous |
| 12-05-02246-003 | MR1 | | Black Fibrous; Black Pliable to Brittle | NAD | 40% Cellulose 5% Hair 55% Non-Fibrous |
| 12-05-02246-004 | MR2 | | Black Fibrous; Black Pliable to Brittle | NAD | 40% Cellulose 5% Hair 55% Non-Fibrous |
| 12-05-02246-005 | WG1 | | Pale Beige Brittle | NAD | 2% Talc 98% Non-Fibrous |

Page     1  of  5

GMR 272

## Environmental Hazards Services, L.L.C

Client Number: 36-4356
Project/Test Address: 2718 Chapline St.; Wheeling, WV 26003

Report Number: 12-05-02246

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 12-05-02246-006 | WG-2 | | Pale Beige Brittle | NAD | 2% Talc<br>98% Non-Fibrous |
| 12-05-02246-007 | WGI 3 | | Pale Beige Brittle | NAD | 1% Talc<br>99% Non-Fibrous |
| 12-05-02246-008 | WG4 | | Dark Gray Brittle | NAD | 1% Cellulose<br>3% Talc<br>96% Non-Fibrous |
| 12-05-02246-009 | WG5 | | Dark Gray/Beige Brittle | NAD | 2% Talc<br>98% Non-Fibrous |
| 12-05-02246-010 | CT-1 | | Pale Gray to Tan Fibrous;<br>Off-White Brittle | NAD | 55% Cellulose<br>20% Fibrous Glass<br>25% Non-Fibrous |
| 12-05-02246-011 | CT-2 | | Pale Gray to Tan Fibrous;<br>Off-White Brittle | NAD | 55% Cellulose<br>20% Fibrous Glass<br>25% Non-Fibrous |
| 12-05-02246-012 | DW RM 1<br>DOWN | | Off-White/White Brittle;<br>Tan Fibrous | NAD | 20% Cellulose<br>80% Non-Fibrous |
| 12-05-02246-013 | DW RM 2 | | Off-White Brittle; Tan<br>Fibrous | NAD | 18% Cellulose<br>82% Non-Fibrous |

GMR 273

### Environmental Hazards Services, L.L.C

| Client Number: | 36-4356 | | | | Report Number: | 12-05-02246 |
| Project/Test Address: | 2718 Chapline St.; Wheeling, WV 26003 | | | | | |

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 12-05-02246-014 | DWRM1 UP | | Off-White Brittle; Tan Fibrous; Pale Beige Pliable | NAD | 20% Cellulose 80% Non-Fibrous |
| 12-05-02246-015 | DW R3 DOWN | | Off-White Brittle; Tan Fibrous | NAD | 20% Cellulose 80% Non-Fibrous |
| 12-05-02246-016 | DW R4 DOWN | | Off-White Brittle; Tan Fibrous | NAD | 20% Cellulose 80% Non-Fibrous |
| 12-05-02246-017 | PLRM1 UP | | Gray Cementitious; White/Beige/Tan Brittle; Tan Fibrous | NAD | 3% Cellulose 2% Hair 95% Non-Fibrous |
| 12-05-02246-018 | PLRM2 UP | | Gray Cementitious; White/Beige Brittle | NAD | 3% Cellulose 97% Non-Fibrous |
| 12-05-02246-019 | PLRM3 UP | | Gray Cementitious; Off-White Brittle | NAD | 1% Cellulose 99% Non-Fibrous |
| 12-05-02246-020 | 2nd LA. 1 UP | | Pale Beige/White Vinyl-Like; Pale Gray Fibrous | NAD | 18% Cellulose 7% Fibrous Glass 75% Non-Fibrous |

Insufficient quantity of mastic on flooring sample for analysis of mastic.

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 12-05-02246-021 | LA2 UP | | Pale Beige/White Vinyl-Like; Pale Gray Fibrous | NAD | 18% Cellulose 7% Fibrous Glass 75% Non-Fibrous |

Insufficient quantity of mastic on flooring sample for analysis of mastic.

GMR 274

## Environmental Hazards Services, L.L.C

Client Number:        36-4356

Project/Test Address: 2718 Chapline St.; Wheeling, WV 26003

Report Number:        12-05-02246

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 12-05-02246-022 | CPID DOW | | Gray Cementitious; White/Beige Brittle | NAD | 1% Cellulose<br>3% Hair<br>96% Non-Fibrous |
| 12-05-02246-023 | CP2 D | | Off-White to Rust Orange/White/Pale Beige Brittle | NAD | 1% Cellulose<br>99% Non-Fibrous |
| 12-05-02246-024 | CP3 D | | Gray Cementitious; Tan Fibrous; Pale Beige Brittle | NAD | 5% Cellulose<br>3% Hair<br>92% Non-Fibrous |

GMR 275

## Environmental Hazards Services, L.L.C

**Client Number:** 36-4356                                        **Report Number:** 12-05-02246
**Project/Test Address:** 2718 Chapline St.; Wheeling, WV 26003

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|

**QC Sample:** 30-M1-1997-4
**QC Blank:** SRM 1866 Fiberglass
**Reporting Limit:** 1% Asbestos
**Method:** EPA Method 600/R-93/116
**Analyst:** Mark Case

Reviewed By Authorized Signatory: *Tasha Eaddy*

*Tasha Eaddy*
QA/QC Clerk

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Results represent the analysis of samples submitted by the client. Sample location, description, area, volume, etc., was provided by the client. This report cannot be used by the client to claim product endorsement by NVLAP or any agency of the U.S. Government. This report shall not be reproduced except in full, without the written consent of the Environmental Hazards Service, L.L.C. California Certification #2319 NY ELAP #11714. All information concerning sampling location, date, and time can be found on Chain-of-Custody. Environmental Hazards Services, L.L.C. does not perform any sample collection.

Environmental Hazards Services, L.L.C. recommends reanalysis by point count (for more accurate quantification) or Transmission Electron Microscopy (TEM), (for enhanced detection capabilities) for materials regulated by EPA NESHAP (National Emission Standards for Hazardous Air Pollutants) and found to contain less than ten percent (<10%) asbestos by polarized light microscopy (PLM). Both services are available for an additional fee.

400 Point Count Analysis, where noted, performed per EPA Method 600/R-93/116 with a Reporting Limit of 0.25%.

* All California samples analyzed by Polarized Light Microscopy, EPA Method 600/M4-82-020, Dec. 1982.

LEGEND:          NAD = no asbestos detected

GMR 276



# Allegheny Environmental Services, L.L.C.

This is to certify that

## Tom Brown

has met the attendance requirements
and successfully completed the

## Asbestos Building Inspector Refresher Course

As approved by the
Environmental Protection Agency
4 instructional hours

March 05, 2012
**EXAMINATION DATE**

12-AI-00367
**NO.**

March 05, 2013
**EXPIRES**

COURSE DIRECTOR

March 05, 2012
COURSE DATES

Morgantown, WV
LOCATION

This course is "West Virginia" and EPA approved and meets the requirements of 40 CFR Part 763 AHERA for purposes of accreditation required under Toxic Substances Control Act (TSCA) Section 206. Training provider: Allegheny Environmental Services, L.L.C., 117 Cochran Street, Fairmont, WV 26554 Phone: (304) 291-2599

GMR 277



# Allegheny Environmental Services, L.L.C.

This is to certify that

## Tom Brown

has met the attendance requirements
and successfully completed the

## Asbestos Project Designer Refresher Course

As approved by the
Environmental Protection Agency
8 instructional hours

March 06, 2012
EXAMINATION DATE

12-AD-00232
NO.

March 06, 2013
EXPIRES

COURSE DIRECTOR

March 06, 2012
COURSE DATES

Morgantown, WV
LOCATION

This course is "West Virginia" and EPA approved and meets the requirements of 40 CFR Part 763 AHERA for purposes of accreditation required under Toxic Substances Control Act
(TSCA) Section 206. Training provider: Allegheny Environmental Services, L.L.C., 117 Goshen Street, Fairmont, WV 26554. Phone: (304) 291-2599

GMR 279



**WEST VIRGINIA**

Asbestos Program

M. Thomas Brown

IS LICENSED AS AN
**ASBESTOS PROJECT
DESIGNER**

| License # | AD003077 |
|---|---|
| Issued: | 7/6/2011 |
| Expires: | 7/31/2012 |

*Randy C. Curtis*   Dir., WV RTIA DIV

GMR 280



# Allegheny Environmental Services, L.L.C.

This is to certify that

## Tom Brown

has met the attendance requirements
and successfully completed the

## Asbestos Management Planner Refresher Course

As approved by the
Environmental Protection Agency
4 instructional hours

COURSE DIRECTOR

COURSE DATES
March 05, 2012

LOCATION
Morgantown, WV

EXAMINATION DATE
March 05, 2012

NO.
12-APR-00236

EXPIRES
March 05, 2013

This course is West Virginia and EPA approved and meets the requirements of 40 CFR Part 763 AHERA for purposes of accreditation required under Toxic Substances Control Act (TSCA) Section 206. Training provider: Allegheny Environmental Services, L.L.C, 117 Cochran Street, Fairmont, WV 26554 Phone (304) 291-2599

GMR 281



 

# CITY OF WHEELING
# BUILDING PERMIT

**Division of Building Code Services**                    Phone: 304-234-3601

Permit Type: Building                         Permit #: BP38478

Owner: **CITY OF WHEELING**                   Date: 06/26/12

Contractor: **OHIO ROCK INDUSTRIES LTD**

Address: **2820 CHAPLINE STREET**

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br><br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS<br><br>UPDATE SUBCONTRACTORS LIST AS NECESSARY |

## >> POST THIS CARD <<

Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date _____ Insp _____ | 1. Plumbing Underground<br>Date _____ Insp _____ | 1. Electrical Service<br>Date _____ Insp _____ |
| 2. Framing<br>Date _____ Insp _____ | 2. Rough-In<br>Date _____ Insp _____ | 2. Electrical Rough-In<br>Date _____ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date _____ Insp _____ | 3. Pressure Tests<br>Date _____ Insp _____ | 3. Electrical Trim/Final<br>Date _____ Insp _____ |

**Remarks:** _____              Final Inspection
Date _____ Insp _____

## UNLAWFUL TO REMOVE OR DEFACE THIS CARD
## UNTIL CONSTRUCTION IS COMPLETE

*Frank Wilson*

GMR 283



# Building Permit Application
## Building Inspections
## 234-3601

Permit # 384478

| Application Date | Work Type: | ☐ Electrical | ☐ Plumbing | Is Applicant Owner? |
|---|---|---|---|---|
| 6 / 15 / 12 | ☒ Building Permit   ☐ Demolition   ☐ Sign | | | Yes / No |

Asbestos Present? Yes / No        Located in Flood Plain? Yes / No        Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No                                    If Yes, how long? _____

Parcel Type: ☒ Residential    ☐ Commercial    ☐ Industrial

Street Address where work is being done:
2320 Chaplain Street

| Owner's First Name: City of | Last Name: Wheeling | Phone: 304-234-3604 |
|---|---|---|

Owner's Address: 2320 Chaplain Street   Wheeling, WV 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock Industries | WV 049329 |
| Other | | |

Scope of work to be done:
Demo

Must Attach Detailed Site Plan: Yes / No        Estimated Value of Work $ 7,600

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Signature of Applicant _____        Address of Applicant _____        Phone _____

Print Name  Mike Riley

Owner / Contractor _____

Codes Official / Inspector: Frank Wilson

GMR 284

06/08/2012  08:56    3042343837    WHEELING WATER DISTR    PAGE  01/02

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3685
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _2820 Chaplain St, Wheeling WV_

DATE: _6-6-12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| _J V Truitt_     _6-7-12_ | |
| Water Distribution, 9 Armory Drive    fax# 304-234-3887 | |
| Water Commercial, Room 112    fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, fax# 304-234-3144 for sign off | |
| *Gas, 19th & Wood Streets (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-9873 | |
| Telephone, 995 Mt. DeChantal Road, WV | |
| George Melnik, 304-243-7702    fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912    fax# 740-609-3855 | |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 285

3042343721          WATER ACCOUNTING                                02:50:13 p.m.    06-06-2012          1/2

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax. 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** _2820 Chaplain St, Wheeling WV_

**DATE:** _6-6-12_

**GENERAL CONTRACTOR:** _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| *Norma Nevele* Water Commercial, Room 112          fax# 304-234-3721 | _3-24-11_ |
| Electric, 4201 Jacob Street To obtain an order to remove service meter call 1-800-982-4237 If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets     fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV George Melnik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 286

Jun. 8. 2012 10:26AM   mountaineer gas wheeling, wv                    No. 1839 P. 3/4

1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: _2820 Chapline Street, Wheeling WV_
Date: _6/6/12_
Contractor: _Ohio Rock Industries_

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

**Date Disconnected**

_6-8-12_

X _____
Gas, 19th & Wood Streets        Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

**Date Disconnected**

_6-8-12_

X _____
Gas, 19th & Wood Streets        Fax# 304-233-6451

GMR 287

06-07-12;08:01AM;                                                    ;304-234-3873        #  2/  2

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _2820 Chaplain St, Wheeling WV_

DATE: _6-6-12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive        fax# 304-234-3837 | |
| Water Commercial, Room 112        fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets  (Please see attached sheet)

**NOTE**:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

_Robert A. Weesner JR_        _06-06-12_

Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873

Telephone, 995 Mt. OeChantal Road, WV
George Melnik, 304-243-7702                        fax# 304-243-7098

Cable, 908 National Rd, Bridgeport, OH, 43912        fax# 740-609-3856

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 288

Jun. 7. 2012 1:46PM   VERIZON                                    No. 7384   P. 2



# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 2820 Chaplain St, Wheeling WV

**DATE:** 6-6-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| Water Distribution, 9 Armory Drive | fax# 304-234-3837 | |
| Water Commercial, Room 112 | fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | | |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | | |
|---|---|---|
| Water Pollution Control (sewer), 36th & Main Streets   fax# 304-234-3873 | | |
| Telephone, 505 Mt. DeChantal Road, WV | 6-7-12 | |
| George Melnik, 304-243-7702 | fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912   fax# 740-609-3856 | | |

**ATTENTION:**   SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 289

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** ~~2820~~ 2820 *Chaplain St, Wheeling WV*

**DATE:** *6-6-12*

**GENERAL CONTRACTOR:** *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | |

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets          fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV George Melnik, 304-243-7702          fax# 304-243-7098 | |
| *Jim Bros* 6-7-12 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 290

Rob Myers
Sr. Technical Supervisor

(Comcast.

Comcast Cable
909 National Road
Bridgeport, OH 43912
Office: 740-609-3835  Mobile: 412-225-1673
Fax: 740-609-3856
Robert_Myers@cable.comcast.com

GMR 291

Rob Myers
Sr. Technical Supervisor

**Comcast**®

Comcast Cable
936 National Road
Bridgeport, OH 43912
Office: 740-609-3835  Mobile: 412-225-1673
Fax: 740-609-3856
Robert_Myers@cable.comcast.com

GMR 292

JUN. 18. 2012  2:57PM    A C T                                    NO. 4201    P. 1

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3691
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 2820 Chaplain St, Wheeling WV

**DATE:** 6-6-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | 6-18-12 |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

<u>NOTE</u>: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV | |
| George Melnik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 293

 

# CITY OF WHEELING
# BUILDING PERMIT

### Division of Building Code Services

Phone: 304-234-3601

Permit Type: Building

Permit #: BP38477

Owner: YEATER WILLIAM M III & J K

Date: 06/26/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 513 HURON STREET N

Project Description: Demolition (garage only)

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS |
|---|---|---|
| 1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | | UPDATE SUBCONTRACTORS LIST AS NECESSARY |

## >> POST THIS CARD <<

Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date _____ Insp _____ | 1. Plumbing Underground<br>Date _____ Insp _____ | 1. Electrical Service<br>Date _____ Insp _____ |
| 2. Framing<br>Date _____ Insp _____ | 2. Rough-In<br>Date _____ Insp _____ | 2. Electrical Rough-In<br>Date _____ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date _____ Insp _____ | 3. Pressure Tests<br>Date _____ Insp _____ | 3. Electrical Trim/Final<br>Date _____ Insp _____ |

Remarks:

Final Inspection
Date _____ Insp _____

## UNLAWFUL TO REMOVE OR DEFACE THIS CARD
## UNTIL CONSTRUCTION IS COMPLETE

*Frank Wilson*

GMR 294



# Building Permit Application
## Building Inspections
## 234-3601

Permit # 38477

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 6/12/12 | ☐ Electrical  ☐ Plumbing  ☐ Building Permit  ☒ Demolition  ☐ Sign | | Yes / No |

Asbestos Present? Yes / No          Located in Flood Plain? Yes / No          Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No                                                    If Yes, how long? _____

Parcel Type: ☒ Residential   ☐ Commercial   ☐ Industrial

Street Address where work is being done:
513 North Huron Street

Owner's First Name: Bill     Last Name: Yorzon     Phone: 304-281-1735

Owner's Address:

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Rock Industries | |
| Other | | |

Scope of work to be done: Demo

Must Attach Detailed Site Plan: Yes / No          Estimated Value of Work $ 500

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

                                                                    740-232-5633

Signature of Applicant          Address of Applicant          Phone

Mike Riley          Ohio Rock Industries
Print Name          Owner / Contractor

Codes Official / Inspector: Frank Wilson

GMR 295

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/03/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab |
|---|---|
| ISU-PCKG | PHONE (A/C, No, Ext): |  FAX (A/C, No): |
| 999 W.Mound St. | E-MAIL ADDRESS: eric.schwab@pckg.biz |
| Columbus, OH 43223 | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A: Colony Insurance Company | |
| INSURED | INSURER B: |
| Oak Rock | INSURER C: |
| 33 S. James Rd. | INSURER D: |
| Columbus, OH 43213 | INSURER E: |
| | INSURER F: |

## COVERAGES        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | X | GL 171749 | 02/23/2012 | 02/23/2015 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | POLICY PRO-JECT LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | WC STATU-TORY LIMITS OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1500 Chapline St. | |
| Wheeling, WV 26003 | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

GMR 296

05/25/2012  09:05  3042343037              WHEELING WATER DISTR          PAGE  01/01

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3101                    Building Inspection: 304.234.3401
CDBG: 304.234.3701                                 Building Inspection Fax: 304.234.3683
Fax: 304.234.3859                                  www.wheeling.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:  _____

DATE:  _____

GENERAL CONTRACTOR:  _____

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| _Dee Welch_ | _5-25-12_ |
| Water Distribution, 9 Armory Drive          fax 304-234-2837 | |
| Water Commercial, Room 312          fax 304-384-3771 | _____ |
| Electric, 4201 Jacob Street          To obtain an order to remove service meter call 1-800-882-4237          If service meter has been removed, fax# 304-234-3144 for sign off | _____ |
| *Gas, 19th & Wood Streets (Please see attached sheet) | _____ |

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets          fax 304-234-3673 | _____ |
| Telephone, 895 Mt. DeChantal Road, WV          George Malek, 304-243-7702          fax 304-243-7098 | _____ |
| Cable, 808 National Rd, Bridgeport, OH, 43912          fax 740-500-3956 | _____ |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

j2)   eVoice®  ✆ FuseMail®  · campaigner®  🔒 Keepit Safe®  📦 onebox®

© 2012. All rights reserved. j2® is a registered trademark of j2 Global Inc. and its affiliates. Your use of this j2® service is subject to the terms in the j2® Customer Agreement.

Copyright © 2003-2012. All rights reserved.

GMR 297

Workspace Webmail :: Print                                                    Page 2 of 2

| 3042343721 | WATER ACCOUNTING | 09:24:37 a.m. | 05-25-2012 | 1/1 |

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701            Building Inspection: 304.234.3601
CDBG: 304.234.3701                         Building Inspection Fax: 304.234.3683
Fax: 304.234.3809                          www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _____

DATE: _____

GENERAL CONTRACTOR: _____

| UTILITY: | DATE DISCONNECTED: |
|---|---|

Water Distribution, 9 Armory Drive            fax# 304-234-3833

*Water Commercial, Room 112*            fax# 304-234-3721            5-25-12

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 29th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 20th & Main Streets     fax# 304-234-3873

Telephone, 355 Mt. DeChantel Road, WV
George Melnik, 304-243-7702            fax# 304-243-7098

Cable, 908 National Rd, Bridgeport, OH, 43912     fax# 740-609-1855

ATTENTION:     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
                POLLUTION CONTROL.

j2) | eVoice® | FuseMail® | campaigner | Keepit Safe® | onebox®

(C) 2012. All rights reserved. j2Efax is a registered trademark of j2 Cloud, Inc. and its affiliates.
Your use of the j2Efax service is subject to the terms of the j2Efax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

GMR 298

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701          Building Inspection: 304.234.3601
CDBG: 304.234.3701                       Building Inspection Fax: 304.234.3683
Fax: 304.234.3699                        www.wheeling.wv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _513 N. HURON ST W (GARAGE ONLY)_

DATE: _5/25/12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3857 | |
| Water Commercial, Room 102                   fax# 304-234-3721 | 5-29-12 |
| Electric, 201 Jacob Street<br>To abolish service or remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3364 for sign off | |
| *Gas, 15th & Wood Streets  (Please see attached sheet) | |

**NOTE:** Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (sewer), 20th & Main Streets    fax# 304-234-3873 | |
|---|---|
| Telephone, 695 Mt. DeChantal Road, WV<br>George Melvin, 304-249-7702                       fax# 304-242-7098 | |
| Cable, 503 National Rd, Bridgeport, OH, 43912           fax# 740-680-3856 | |

ATTENTION:      SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

j2)   eVoice®  ⊠FuseMail®  ˘campaigner™  🄺Keep Safe®  ฿onebox®

(C) 2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

May. 29. 2012  3:36PM  mountaineer gas wheeling, wv

No. 104 INTP.  BLDG
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection 304.234.3661
Building Inspection Fax. 304.234.3662
www.wheeling.wv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: 513 N. HURON STREET, WHEELING WV 26003 —

Date: 5/25/12                                   (GARAGE ONLY)

Contractor: Ohio Rock Industries

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

Date Disconnected

PER JP - NO GAS
AT Bldg

X _____ 5-29-12
Gas, 19th & Wood Streets          Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the
work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the
shut-off valve, call the gas company and disconnect the service line and cap according to the
requirements of the gas company. Only after this work is completed will the contractor be allowed
to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

Date Disconnected

X _____                       _____
Gas, 19th & Wood Streets          Fax# 304-233-6451

j2  eVoice®  FuseMail®  campaigner™  KeepitSafe®  onebox®

©2017. All rights reserved. j2 Plus is a registered trademark of j2 Global Inc. and its affiliates.
Your use of this Mail service is subject to the terms of the User's Services Agreement

Copyright © 2003-2012. All rights reserved.

GMR 300

05-25-12;09:47AM;                                                  ;304-234-3873              # 2/  3

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701                    Building Inspection: 304.234.3601
CDBG: 304.234.3701                                 Building Inspection-Fax: 304.234.3683
Fax: 304.234.3899                                  www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:  _513 N. HURON ST W (GARAGE ONLY)_

DATE:  _5/25/12_

GENERAL CONTRACTOR:  _Ohio Rock Industries_

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | | |
| Water Commercial, Room 112          fax# 304-234-3721 | | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | | |
| *Gas, 19ᵗʰ & Wood Streets  (Please see attached sheet) | | |

**NOTE:**  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| _Robert Allwisner JR_ | _05-25-12_ |
|---|---|
| Water Pollution Control (sewer), 26ᵗʰ & Main Streets    fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**        SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 301

.May. 25. 2012 12:28PM    VERIZON                              No. 7316    P. 1

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701              Building Inspection: 304.234.3601
CDBG: 304.234.3701                           Building Inspection/Fax: 304.234.3583
Fax: 304.234.3899                            www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:    513 N. HURON ST. W. (GARAGE ONLY)

DATE:    5/25/12

GENERAL CONTRACTOR:    Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive            (ext# 304-234-3817) | _____ |
| Water Commercial, Room 112                    (ext# 304-234-3721) | _____ |
| Electric, 4201 Jacob Street | |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-214-3214 for sign off

*Gas, 28th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water (Sanitary Sewer/Storm Sewer), 28th & Main Streets    (ext# 304-234-3712) | _____ |
| *Telephone, 995 MC DeChantal Road, WV | 5/25/12 |
| George Melnik, 304-243-7702               (fax# 304-243-7005) | |
| Cable, 908 National Rd, Bridgeport, OH, 43912            (fax# 740-603-3886) | _____ |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

j2.    eVoice®    FuseMail®    campaigner®    KeepitSafe®    onebox®

[©]2012. All rights reserved. MyFax is a registered trademark of j2 Global, Inc., and its affiliates.
Your use of the j2Fax service is subject to the terms of the MyFax Customer Agreement.

Copyright © 2003-2012. All rights reserved.

GMR 302



# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** *513 North Huron St Wheeling (Garage only)*

**DATE:** *6-14-12*

**GENERAL CONTRACTOR:** *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| **Water Distribution, 9 Armory Drive**        fax# 304-234-3837 | |
| **Water Commercial, Room 112**        fax# 304-234-3721 | |

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873

Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702        fax# 304-243-7098        *6-15-12*

Cable, 908 National Rd, Bridgeport, OH, 43912        fax# 740-609-3856

**ATTENTION:**        SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 303

May. 29. 2012 10:45AM    A C P                                          NO. 4109    P. 1

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _513 N. HURON ST. W (GARAGE ONLY)_

DATE: _5/25/12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | _5-29-12_ |
| Electric, 1201 Jacob Street | |

To obtain an order to remove service/meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3673 | |
| Telephone, 985 Mt. DeChantal Road, WV
George Meinik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912    fax# 740-609-3856 | |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 304

## THE CITY OF WHEELING, WV
### Building Inspection Department
### **Permit Application Fee**

_OHIO Rock INDUSTRIES_ Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| 30477 | $ 600 00 | $ 4 00 | 513 North Huron Street |
|  | $ |  $ |  |

TOTAL AMOUNT OWED: $ 4 00          DATE June 18 2012

GMR 305

 

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services                    Phone: 304-234-3601

Permit Type: Building                    Permit #: BP38476

Owner: MILLS ROCHELLE                    Date: 06/26/12

Contractor: OHIO ROCK INDUSTRIES LTD

Address: 437 NATIONAL ROAD

Project Description: Residential demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION<br><br>1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS<br><br>UPDATE SUBCONTRACTORS LIST AS NECESSARY |
|---|---|---|

## >> POST THIS CARD <<

Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date _____ Insp _____ | 1. Plumbing Underground<br>Date _____ Insp _____ | 1. Electrical Service<br>Date _____ Insp _____ |
| 2. Framing<br>Date _____ Insp _____ | 2. Rough-In<br>Date _____ Insp _____ | 2. Electrical Rough-In<br>Date _____ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date _____ Insp _____ | 3. Pressure Tests<br>Date _____ Insp _____ | 3. Electrical Trim/Final<br>Date _____ Insp _____ |

Remarks: _____    Final Inspection
Date _____ Insp _____

## UNLAWFUL TO REMOVE OR DEFACE THIS CARD
## UNTIL CONSTRUCTION IS COMPLETE

*Frank Wilson*

GMR 306

# Building Permit Application
## Building Inspections
## 234-3601

Permit # 38476

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 6 / 18 / 12 | ☐ Electrical    ☐ Plumbing | | Yes / No |
| | ☐ Building Permit   ☒ Demolition   ☐ Sign | | |

Asbestos Present? Yes / No        Located in Flood Plain? Yes / No        Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No                                                    If Yes, how long? _____

Parcel Type: ☐ Residential    ☐ Commercial    ☐ Industrial

Street Address where work is being done:

Owner's First Name: Shelly       Last Name: Mills       Phone:

Owner's Address: 437 - National Rd

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rad | |
| Other | | |

Scope of work to be done: Demo

Must Attach Detailed Site Plan: Yes / No        Estimated Value of Work $ 5000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

740 - 232 - 5633

Signature of Applicant                Address of Applicant        Phone

Print Name                          Owner / Contractor        Codes Official / Inspector: Frank Nelson

GMR 307

ACORD® **CERTIFICATE OF LIABILITY INSURANCE**

DATE (MM/DD/YYYY) 03/08/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab |
|---|---|
| ISU-PCKS | PHONE (A/C, No, Ext): / FAX (A/C, No): |
| 932 W.Mound St, | E-MAIL ADDRESS: erischwab@pckg.biz |
| Columbus, OH 43223 | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| | INSURER A: Colony Insurance Company | |
| INSURED | INSURER B: |
| Ohio Rock | INSURER C: |
| 33 S. James Rd. | INSURER D: |
| Columbus, OH 43219 | INSURER E: |
| | INSURER F: |

**COVERAGES**  CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ 2,000,000 |
| | ☒ COMMERCIAL GENERAL LIABILITY | X | | GL 171748 | 02/23/2012 | 02/23/2013 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | ☐ CLAIMS-MADE ☒ OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N/A | | | | | | E.L. EACH ACCIDENT | $ |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1500 Chapline St. | |
| Wheeling, WV 26003 | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)   © 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

GMR 308

# Ohio Rock Industries

| | | | |
|---|---|---|---|
| Date: | 06/11/2012 | | |
| Customer: | Shelly Mills | Home #: | |
| Street: | 437 National Rd | Cell #: | Shelly Mills |
| City/State/Zip: | Wheeling, WV  26003 | Work #: | 304-312-5569 |

Contractor hereby submits. the following specifications: Complete Demolition at 437 National Rd Wheeling, WV 26003 . OWNER RESPONIBLE FOR ANY AND ALL HAZARDOUS MATERIAL.

As stated above the specifications we propose to furnish material and labor for the sum of : $5000.00

Payment schedule as follows: balance due upon completion

Any alteration or deviation from the above specifications involving extra costs will be executed only upon a written order and will become an extra charge over and above the proposed estimate. All agreements are subject to any strikes, accidents, or delays beyond the contractor's control.

Submitted by:   Mike Riley Ohio Rock Industries L.T.D

This proposal may be withdrawn if not accepted within 5 days.

---

### Acceptance of Proposal

As stated in the above specifications, the costs, materials and specifications are satisfactory and are hereby accepted. I authorized the contractor to perform the work as specified and payments will be made as summarize above.

Customer Signature _Sahilla Mills_   Date: 6-12-12

101 North Zane
Martins Ferry,ohio
43935
(866)288-7118 Office
(740)281-0966 Fax

GMR 309

# OHIO ROCK INDUSTRIES, LTD

Mike Riley
Ohio Rock Industries, LTD
PO Box 135
Etna, OH 43018

June 11, 2012

Shelly Mills
437 National Rd.
Wheeling, WV 26003

Dear Shelly,

I'm writing to introduce Ohio Rock Industries, LTD, a General Contractor with a demolition, excavating and construction division.

Demolition Division provides complete demolition for residential, commercial and industrial.

Our Excavating Division provides underground utilities, land clearing and mining reclamation.

Construction Division provides roofing siding, windows, drywalls, plumbing, electric, interior and exterior painting, and room additions.

Ohio Rock Industries, LTD offers quality, service and price with integrity workmanship.
We provide 24/7 emergency service, at any level. We're licensed and insured, and provide services in OH, WV, FL, MA and OK.

We look forward to working with you. Please contact me directly with any questions or concerns at 740-232-5633.

Sincerely,

Mike Riley
President/ CEO
Ohio Rock Industries, LTD
*Providing over 75 years of experience*

**OHIO ROCK INDUSTRIES, LTD / PO BOX 135 / ETNA, OH 43018 / 740-232-5633 / www.ohiorockindustries.com**

GMR 310

# OHIO ROCK INDUSTRIES, LTD

June 11, 2012

Dear Current Resident,

I'm writing to inform you that Shelly Mills has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 437 National Rd., Wheeling WV, and is scheduled for June 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH  43018

*Providing over 75 years of experience*

WESTmoreland Supply Inc.     Ruch Depts     436 National Road
304-232-3100                               Wheeling WV 26003

---

**OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH  43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com**

GMR 311

# OHIO ROCK INDUSTRIES, LTD

June 11, 2012

Dear Current Resident,

I'm writing to inform you that Shelly Mills has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 437 National Rd., Wheeling WV, and is scheduled for June 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.


Sincerely,


Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH  43018

*Providing over 75 years of experience*

O+W Auto Repair
430 National Rd
Whg. WV 26003

Dawn M St.

OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH  43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com

GMR 312

# OHIO ROCK INDUSTRIES, LTD

June 11, 2012

Dear Current Resident,

I'm writing to inform you that Shelly Mills has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 437 National Rd., Wheeling WV, and is scheduled for June 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118.

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
PO Box 135
Etna, OH  43018

*Providing over 75 years of experience*

*Wanda L. Taylor  425 natl Rd.*

OHIO ROCK INDUSTRIES / PO BOX 135 / ETNA, OH  43018 / 866-288-7118 / FAX # 740-204-3202 / www.ohiorockindustries.com

GMR 313

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT
Planning & Zoning: 304.234.3701    Building Inspection: 304.234.3601
CDBG: 304.234.3701    Building Inspection Fax: 304.234.3693
Fax: 304.234.3899    www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:    437 NAT. RD. W. W. VA. (BLUE HOUSE)

DATE:

GENERAL CONTRACTOR:

[ UTILITY:                                        DATE DISCONNECTED:         ]

Water Distribution, 9 Armory Drive        fax# 304-234-3877

~~Water Collection, Room 112~~        fax# 304-234-3721        11-19-2003

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
if service meter has been removed, fax# 304-234-3144 for sign off

Gas, 19th & Wood Streets        fax# 304-233-6451
_NOTE_: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873

Telephone, 995 Mt. DeChantal Road, WV
~~1700 National Rd, Bridgeport, OH, 43912~~    fax# 740-699-5656

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND
INSPECTED BY WATER POLLUTION CONTROL.

GMR 314

3042343721        WATER ACCOUNTING                          05:28:27 p.m.   03-05-2012    1/2



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT
Planning & Zoning: 304.234.3701                    Building Inspection: 304.234.3601
CDBG: 304.234.3701                                  Building Inspection Fax: 304.234.3683
Fax: 304.234.3899                                   www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:        _437 NAT. RD. W. W. VA. (BLUE HOUSE)_

DATE:            _____

GENERAL CONTRACTOR:  _____

[ UTILITY:                                           DATE DISCONNECTED:

Water Distribution, 9 Armory Drive          fax# 304-234-3837
~~_____~~                            _11-19-2003_
Whitesomething, Robin 1/2                     fax# 304-234-3721

Electric, 4201 Jacob Street                                    _____
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

Gas, 19th & Wood Streets                    fax# 304-233-6451    _____
   _NOTE_: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets   fax# 304-234-3873   _____

Telephone, 995 Mt. DeChantal Road, WV
George Melnik  304-243-7702                  fax# 304-243-7098   _3-5-12_
~~_____~~         fax# 740-699-5656   _____
~~Prince Island Rd, Bridgeport, OH, 43912~~

ATTENTION:       SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND
                 INSPECTED BY WATER POLLUTION CONTROL.

GMR 315

City of Wheeling

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Building Inspection: 304-234-3601
Bldg Inspection Fax: 304-234-3683
www.wheelingwv.gov

Job Site: _437 NATIONAL RD_
Date: _3-28-12_
Contractor: _DEMO PLUS_

_1-740-676-8006_

## Demolition Gas Utility Disconnect Temporary Permit Sheet

The gas service has been turned off at the shut-off valve.



Gas, 19th & Wood Streets          Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. **Only** after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

## Demolition Gas Utility Disconnect Sheet

Gas, 19th & Wood Streets          Fax# 304-233-6451

GMR 316

2012 08:56  FROM:CITY OF WHEELING INS 1(304)234-3683          TO:93042437098          P.1/1

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:            _437 National Road_

DATE:                _April 12, 2012_

GENERAL CONTRACTOR:  _Nick Masciarelli_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive        fax# 304-234-3837 | |
| Water Commercial, Room 112        fax# 304-234-3721 | |

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

\*Gas, 19th & Wood Streets  (Please see attached sheet)

<u>NOTE</u>:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water ~~~~ Main Streets        fax# 304-234-3873 | _4/12/12_ |
|---|---|
| Telephone, 395 Mt. DeChantal Road, WV George Melnik, 304-243-7702        fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912        fax# 740-609-3856 | |

ATTENTION:      SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 317

03/06/2012  16:00   3042343837              WHEELING WATER DISTR              PAGE  01/01
03-05-12;03:17PM;                                        ;1-740-678-8005       # 2/ 3



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**
Planning & Zoning: 304.234.3701)
CDBG: 304.234.3701                          Building Inspection: 304.234.3601
Fax: 304.234.3899                         Building Inspection Fax: 304.234.3683
                                                www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:     _437 NAT. RD. W. W.VA. (BLUE HOUSE)_

DATE:         _____

GENERAL CONTRACTOR:     _____

[UTILITY:                                        DATE DISCONNECTED:

✓ Water, ~~~~~~~~~~~~~~~~~~      _DONE_          _3-6-12_
                        fax# 304-234-3837

✓ Water Commercial, Room 112    _DONE_          _____
                        fax# 304-234-3721

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

Gas, 19th & Wood Streets        _DONE_          _____
                        fax# 304-233-6421
**_NOTE:_**  Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

✓ ~~~~~~~~~~~~~~~~~~ (234-3874)    _03/14/12_
                        fax# 304-234-3873

✓ Telephone, 995 Mt. DeChantal Road, WV
~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~ Rd., Bridgeport, OH, 43912    _3-5-12_
                        fax# 740-690-5656

ATTENTION:       SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND
                 INSPECTED BY WATER POLLUTION CONTROL.

GMR 318

Apr. 30. 2012 2:22PM   A E P                                    ;1-74 No. 3954 05   P. 1   #   2/ 3



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701                    Building Inspection: 304.234.3601
CDBG: 304.234.3701                                 Building Inspection Fax: 304.234.3683
Fax: 304.234.3899                                  www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _437 NAT. RD. W. W.VA. (BLUE HOUSE)_

DATE: _____

GENERAL CONTRACTOR: _____

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive        fax# 304-234-3837 | |
| Electric, 42~~01~~ Jacob Street     fax# 304-234-3721 | 4-30-12 |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, fax# 304-234-3144 for sign off | |
| Gas, 19th & Wood Streets        fax# 304-233-6451 | |

_NOTE:_ Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV     fax# 304-243-7098 | 3-5-12 |
| ~~Bridgeport, OH, 43912~~    fax# 740-699-5656 | |

ATTENTION:    **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

GMR 319

 CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** *1437 National Road*

**DATE:** *April 12, 2012*

**GENERAL CONTRACTOR:** *Nick Masciarelli*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | |
| Electric, 4201 Jacob Street<br>To obtain an order to remove service meter call 1-800-982-4237<br>If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets  (Please see attached sheet)

**NOTE**:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873 | |
| Telephone, 995 Mt. DeChantal Road, WV<br>George Melnik, 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 320

# THE CITY OF WHEELING, WV
## Building Inspection Department
### Permit Application Fee

Ohio Rock Industries _____ Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|----------|----------|------------|---------------|
| 36476 | $ 2000 | $ 20 | 437 National Road |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 20.00          DATE June 16 2012

GMR 321

  

# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services              Phone: 304-234-3601

Permit Type:  Building                    Permit #: BP38263

Owner:  GARDNER DELORIS J            Date:  5/10/2012

Contractor: OHIO ROCK INDUSTRIES LTD

Address:  3733 JACOB STREET

Project Description:  Demolition

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS |
|---|---|---|
| 1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | | UPDATE SUBCONTRACTORS LIST AS NECESSARY |

## >> POST THIS CARD <<

Before digging or otherwise disturbing the earth, call 1-800-245-4848 to notify any underground owners.

| Building Inspection Approvals | Plumbing Inspection Approvals | Electrical Inspection Approvals |
|---|---|---|
| 1. Footings / Foundations<br>Date _____ Insp _____ | 1. Plumbing Underground<br>Date _____ Insp _____ | 1. Electrical Service<br>Date _____ Insp _____ |
| 2. Framing<br>Date _____ Insp _____ | 2. Rough-In<br>Date _____ Insp _____ | 2. Electrical Rough-In<br>Date _____ Insp _____ |
| 3. Reinforcing/Steel Rods<br>Date _____ Insp _____ | 3. Pressure Tests<br>Date _____ Insp _____ | 3. Electrical Trim/Final<br>Date _____ Insp _____ |

Remarks: _____

Final Inspection
Date _____ Insp _____

## UNLAWFUL TO REMOVE OR DEFACE THIS CARD
## UNTIL CONSTRUCTION IS COMPLETE

*Frank Wilson*

GMR 322



# Building Permit Application
## Building Inspections
## 234-3601

Permit # 38263

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 5/7/12 | ☐ Electrical    ☐ Plumbing | | Yes / (No) |
| | ☐ Building Permit  ☒ Demolition  ☐ Sign | | |

Asbestos Present? Yes / No        Located in Flood Plain? Yes / No        Is Building Vacant? (Yes)/ No
City of Wheeling Business License? Yes / No                    If Yes, how long? _____

Parcel Type: ☒ Residential      ☐ Commercial      ☐ Industrial

Street Address where work is being done:
3733 and 3735 Jacob St Wheeling WV 26003

Owner's First Name: Luther       Last Name: Gardner       Phone:

Owner's Address: 3733/3735

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Ohio Rock Industries | WV-049329 |
| Other | | |

Scope of work to be done: Full Demo

Must Attach Detailed Site Plan: Yes / No        Estimated Value of Work $ 10,500

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

740-232-5633

Signature of Applicant          Address of Applicant          Phone

Ohio Rock By Mike Riley
Print Name                        Owner / Contractor

Codes Official / Inspector: _____

GMR 323

OHIO ROCK INDUSTRIES L.T.D.

May 1, 2012

*Mrs. Mintemeyer*

Dear Current Resident,    *3729 Jacob St Wheeling wv 26003*

I'm writing to inform you that Luther Gargner has hired Ohio Rock Industries, LTD to perform the total demolition of the structure at 3733-3735 Jacob St., Wheeling, WV 26003 , and is scheduled for May 2012.

We at Ohio Rock Industries, LTD assure you that we will provide and maintain a safe environment during this procedure and will follow all local, state and federal regulations.

If you have any questions, please don't hesitate to contact me at 866-288-7118..

Sincerely,

Katharine Corbin
Director of Compliance
Ohio Rock Industries, LTD
33 South James Rd.
Columbus, OH  43213

X *Luella M. Mintemeyer*

*Luella Mintemeyer*

*5-8-12*        *304-232-2091*

GMR 324



# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
(DBG: 304.234.3701)
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3682
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:　　　　　　　　(3735) Jacob St Wheeling WV

DATE:　　　　　　　　　　5-1-12

GENERAL CONTRACTOR:　Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X _Joe Wise_ | 5-1-12 |
| Water Distribution, 9 Armory Drive　(fax) 304-284-8957 | |
| Water Commercial, Room 112　(fax) 304-234-3732 | |
| Electric, 4200 Jacob Street
To obtain an order to remove service meter call 1-800-8 524-237
if service meter has been removed, (fax) 304-234-3142 to shut off | |

*Gas, 16th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer) 16th & Main Streets　(fax) 304-234-3878 | |
| Telephone, 695 Mt. DeChantal Road, WV
George Melek, 304-347-7702　(fax) 304-243-7098 | |
| Cable, 508 National Rd, Bridgeport, OH, 43912　(fax) 740-0054-8694 | |

ATTENTION:　　SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
　　　　　　　　POLLUTION CONTROL.

GMR 325

*Please fax back to 740-609-5606*



# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning, 304.234.3701
CDBG, 304.234.3701
Fax: 304.234.3899

Building Inspection, 304.234.3601
Building Inspection Fax, 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: **3735 Jacob St Wheeling WV**

DATE: **5-1-12**

GENERAL CONTRACTOR: **Ohio Rock Industries**

| UTILITY: | DATE DISCONNECTED: |
|---|---|

X _____
Water Distribution, 9 Armory Drive          fax# 304-234-3887          _____

X **Anna B.**          **5-1-12**          **4-3-12**
Water Commercial, Room 112          fax# 304-234-3721

X _____
Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144  or sign off

*Gas, 19th & Wood Streets  (Please see attached sheet)

**NOTE:**  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

X _____
Water Pollution Control (sewer), 26th & Main Streets          fax# 304-234-3873

X _____
Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702          fax# 304-243-7098

X _____
Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3056

ATTENTION:          SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 326

May. 3. 2012 3:27PM    A E P                                        No. 3976    P. 1

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304-234-3701            Building Inspection: 304-234-3661
CDBG: 304-234-3701                         Building Inspection Fax: 304-234-3683
Fax: 304-234-3699                          www.wheelingwv.gov

Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:            *3735   Jacob St   Wheeling WV*

DATE:                *5-1-12*

GENERAL CONTRACTOR:  *Ohio Rock  Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, Warwood, WV | fax: 304-234-4237 |
| Sewer Separation, Room 212 | fax: 304-280-3721 |
| Electric, 4201 Jacob Street    *(signed)* | *5-2-12* |

To obtain an order to remove service inspection 304-1-SEX-1-SEX-4237
If AMR meter has been removed, (fax) 304-234-4314 to sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

Water Pollution Control (sewer), 26th & Main Streets        fax 304-234-3871

Telephone, 995 Mt. DeChantal Road, WV                      fax 304-243-7098
George McMill, 304-243-7702

Cable, 905 National Rd, Ridgeport, OH, 43912               fax 740-609-3326

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
              POLLUTION CONTROL.

Thank you for using MyFax. Try our other products: www.protus.com/try

Copyright © 2003-2012. All rights reserved.

GMR 327

CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Gas Utility Disconnect Sheet

Job Site: _3735 Jacob St. Wheeling, WV_
Date: _5-1-12_
Contractor: _Ohio Rock Industries_

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

X _____
Gas, 19th & Wood Streets          Fax# 304-233-6451

**Date Disconnected**

_5-4-12_

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

X _____
Gas, 19th & Wood Streets          Fax# 304-233-6451

**Date Disconnected**

_____

GMR 328

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheeling.wv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** 3735 Jacob St Wheeling WV

**DATE:** 5-1-12

**GENERAL CONTRACTOR:** Ohio Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X Water Distribution, 9 Armory Drive | fax# 304-234-3837 |
| X Water Commercial, Room 112 | fax# 304-234-3721 |
| X Electric, 4201 Jacob Street | |

To obtain an order to remove service meter call 1-800-9 12-4237
If service meter has been removed, fax# 304-234-3144 for sign off

^Gas, 19th & Wood Streets (Please see attached sheet)

NOTE:  Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

X _WPCD_  Call when found

Water Pollution Control (Sewer), 26th & Main Streets     fax# 304-234-3423

X Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702          fax# 304-243-7098

X Cable, 908 National Rd, Bridgeport, OH, 43912      fax# 740-609-8856

**ATTENTION:** SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 329

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3662
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _3735 Jacob St Wheeling WV_

DATE: _8-1-12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| X Water Distribution, 9 Armory Drive | (fax) 304-234-3857 | |
| X Water Commercial, Room 112 | (fax) 304-234-3721 | |
| X Electric 4201 Jacob Street | | |

To obtain an order to remove service meter call 1-800-361-4237
If service meter has been removed, (fax) 304-234-3664 for sign off

*Gas, 16th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| X Water Pollution Control (sewer), 25th & Main Street | (fax) 304-234-2478 | 5/2/12 |
| X Telephone, 555 Mt. DeChantal Road, WV | | |

George Mein K. 304-243-7702    (fax) 304-243-7098

| X Cable, 908 National Rd, Bridgeport, OH, 43912 | (fax) 740-609-2356 | |

ATTENTION:   SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 330

*Please Fax Back to 740-204-3202*



# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:**  *3735 Jacob St Wheeling WV*

**DATE:**  *5-1-12*

**GENERAL CONTRACTOR:**  *Ohio Rock Industries*

| UTILITY: | DATE DISCONNECTED: |
|---|---|

X _____
Water Distribution, 9 Armory Drive          fax# 304-234-3837

_____

X _____
Water Commercial, Room 112        •        fax# 304-234-3721

_____

X _____
Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

_____

*Gas, 19th & Wood Streets  (Please see attached sheet)

<u>NOTE</u>:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

X _____
Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3873

_____

X _____
Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702                fax# 304-243-7098

_____

X _____
Cable, 908 National Rd, Bridgeport, OH, 43912    fax# 740-609-3856    *5-7-12*

_____

**ATTENTION:**  SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 331

# CERTIFICATE OF LIABILITY INSURANCE

ACORD®

| | DATE (MM/DD/YYYY) |
|---|---|
| | 03/08/2012 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab |
|---|---|
| ISU-PCIG | PHONE (A/C, No, Ext): FAX (A/C, No): |
| 932 W.Mound St, | E-MAIL ADDRESS: eslschwab@pcig.biz |
| Columbus, OH 43223 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Colony Insurance Company | |
| Ohio Rock | INSURER B : | |
| 33 S. James Rd, | INSURER C : | |
| Columbus, OH 43213 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | | |
| | [X] COMMERCIAL GENERAL LIABILITY | | X | | | | EACH OCCURRENCE | $2,000,000 |
| | [ ] CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | GL 671748 | 02/23/2012 | 02/23/2013 | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | [ ] ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | [ ] EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | [ ] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1500 Chapline St. | |
| Wheeling, WV 26003 | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)          © 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

GMR 332

**ACORD®** **CERTIFICATE OF LIABILITY INSURANCE**

| DATE (MM/DD/YYYY) |
|---|
| 03/08/2012 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab |
|---|---|
| ISU-PCIG | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| 932 W.Mound St. | E-MAIL ADDRESS: edschwab@pcig.biz | |
| Columbus, OH 43223 | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Colony Insurance Company | |
| Ohio Rock | INSURER B : | |
| 33 S. James Rd. | INSURER C : | |
| Columbus, OH 43213 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ 2,000,000 |
| | ☒ COMMERCIAL GENERAL LIABILITY | | ☒ | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | ☐ CLAIMS-MADE ☒ OCCUR | | | GL 671748 | 02/23/2012 | 02/23/2013 | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1500 Chapline St. | |
| Wheeling, WV 26003 | AUTHORIZED REPRESENTATIVE |
| | |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    The ACORD name and logo are registered marks of ACORD

Clear All

GMR 333

# CITY OF WHEELING *740-204-3202*



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3733 Jacob St wheeling wv 26003

DATE: 5-1-12

GENERAL CONTRACTOR: Two Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| X | |
| Water Distribution, 9 Armory Drive        fax# 304-234-3837 | |
| Anna B.          5-2-12 | 11-30-2011  (1 FL.) |
| Water Commercial, Room 112        fax# 304-234-3721 | 11-23-2011  (2 Fl.) |
| | |
| Electric, 4201 Jacob Street | |
| To obtain an order to remove service meter call 1-800-942-4237 | |
| If service meter has been removed, fax# 304 234 3144 to sign off | |
| | |
| *Gas, 19th & Wood Streets  (Please see attached sheet) | |

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb value) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (sewer), 26th & Main Streets        fax# 304-234-3873 | |
| --- | --- |
| Telephone, 995 Mt. DeChantal Road, WV | |
| George Melnik, 304-243-7702        fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912        fax# 740-699-3856 | |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 334



CITY OF WHEELING

1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connections and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _3733 Jacob St. Wheeling WV 26003_

DATE: _5-1-12_

GENERAL CONTRACTOR: _Pro Park Industries_

| UTILITY: | | DATE DISCONNECTED: |
|---|---|---|
| Water Distribution, _____ | fax 304-234-3804 | |
| Water Commercial, Room 32 | fax 304-234-3721 | 5-1-12 |
| Electric, _____ | | |

*Gas, 13th & Wood Streets - Please see attached sheet!

**NOTE:** Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (sewer), 24th & Main Streets | fax 304-234-3807 | |
| Telephone, 995 Mt. DeChantal Road, WV | | |
| George McNeil, 304-234-7702 | fax 304-234-7096 | |
| Cable, 306 Nations Rd, Bridgeport, OH, 43912 | fax 304-529-5856 | |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

GMR 335

05/01/2012  20:31   7484231700   STAPLES   PAGE 02/02

*Please Fax Back*

# CITY OF WHEELING 740-204-3202



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701                Building Inspection: 304.234.3601
CDBG: 304.234.1701                              Building Inspection Fax: 304.234.3601
Fax: 304.234.3899                               www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _3733 Jacob St. Wheeling W. 26003_

DATE: _5-1-12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 0 Armory Drive    fax# 304-234-3837 | |
| Water Commercial, Room 132    fax# 304-234-3723 | |

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
if service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 35th & Wood Streets (Please see attached sheet)

NOTE:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

_Paul C. [signature] WPCD_                          _Call when done_
Water Pollution Control (sewer), 26th & Main Streets    fax# 304-234-3874

Telephone, 995 Mt. DeChantal Road, WV
George Melvin, 304-243-7702    fax# 304-243-7098

Cable, 908 National Rd, Bridgeport, OH, 43912    fax# 740-669-3856

ATTENTION:     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 336

CITY OF WHEELING 740-204-3202

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
BDO: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.2683
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 8303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: 3733 Jacob St Wheeling WV 26003

DATE: 5-1-12

GENERAL CONTRACTOR: Two Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 5 Armory Drive          (fax 304-234-3887) | |
| Water Commercial, Room 112          (fax 304-234-3701) | |

Electric: 4201 Jacob Street
To obtain an order to remove service meter call 1-800-642-2337
(once meter has been removed, fax 304-234-0544 to sign off)

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| Water Pollution Control (sewer), 26th & Water Streets          (fax 304-234-3679) | 5-2-12 |
| Telephone, 855 Mechanics Row 5, Ary     George Menke, 304-243-9202          (fax 304-243-7658) | |
| Cable, 908 National Rd, Bridgeport, OH, 43512          (fax 740-504-5456) | |

ATTENTION:     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 337

*Please Fax Back*

# CITY OF WHEELING   740-204-3202



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _3733 Jacob St Wheeling WV 26003_

DATE: _5-1-12_

GENERAL CONTRACTOR: _Ohio Rock Industries_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| Water Commercial, Room 112          fax# 304-234-3721 | |
| Electric, 4201 Jacob Street | |

Electric, 4201 Jacob Street
To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

*Gas, 19th & Wood Streets  (Please see attached sheet)

__NOTE__:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (sewer), 26th & Main Streets     fax# 304-234-3873 | |
|---|---|
| Telephone, 995 Mt. DeChantal Road, WV
George Melnik 304-243-7702          fax# 304-243-7098 | |
| Cable, 908 National Rd, Bridgeport, OH, 43912     fax# 740-609-3856 | _5-7-12_ |

ATTENTION:     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 338

## 3735 JACOB STREET, WHEELING, WV 26003

| UTILITES | SIGNED | DATE DISCONNECT |
|---|---|---|
| Water Distribution: | x | 5/2/12 |
| Water Commercial: | x | 4/3/12 |
| Electric: | X | 5/2/12 |
| Gas: | x | 5/4/12 |
| Water Pollution: | x | call when found |
| Telephone: | x | 5/2/12 |
| Cable: | stop by and get signed | |

GMR 339

Workspace Webmail :: Print                                                    Page 2 of 2

05/07/2012  15:20  3042343837          WHEELING WATER DISTR         PAGE  01/01

*Please Fax Back*

# CITY OF WHEELING 740-204-3502

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CD BG: 304.234.3701
Fax : 304.234.3899

Building Inspection 304.234.3601
Building Inspection/Fax: 304.234.3683
www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:  2733 Jacob St Wheeling WV 26003

DATE:  10-1-12

GENERAL CONTRACTOR:  Chris Rock Industries

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| Water Distribution, 9 Armory Drive        (ax) 304-284-3857 | 5-2-12 |
| Water Commercial, Room 112             (ax) 304-234-3722 | |
| Electric, 4301 Jacob Street | |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, (ax) 304-234-3624 for sign off | |

*Gas, 19th & Wood Street  (Please see attached sheet)

**NOTE:**  Where demolition involves the razing of an accessory structure, the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (Sewer), 26th & Main Street   (ax) 304-234-3673 | Call when found |
| Telephone, 995 Mt. DeChantal Road, WV   @ barba Melnik, 304-243-7702   (ax) 304-243-7006 | |
| Cable, 905 National Rd, Bridgeport, OH, 43912   (ax) 740-405-3808 | |

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

Thank you for using MyFax. Try our other products: www.protus.com/try.

Copyright © 2003-2012. All rights reserved.

GMR 340

## THE CITY OF WHEELING, WV
### Building Inspection Department
### Permit Application Fee

OHIO ROCK INDUSTRIES _____ Owes The City Of Wheeling For the
following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|----------|----------|------------|---------------|
| 38263 | $ 10,500 ⁰⁰ | $ 44.⁰⁰ | 3733 – 3735 . boob Street |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 44.⁵⁰ _____ DATE May 9, 2012

GMR 341



# CITY OF WHEELING
# BUILDING PERMIT



Division of Building Code Services                          Phone: 304-234-3601

| | |
|---|---|
| Permit Type: Building | Permit # BP38051 |
| Owner: CHAS M SLEDD COMPANY | Date: 3/13/2012 |
| Contractor: OHIO ROCK INDUSTRIES LTD | |
| Address: COVE AVENUE E | |
| Project Description: Demolition | |

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved. | CALL 234-3601 TO SCHEDULE INSPECTIONS |
|---|---|---|
| 1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | | UPDATE SUBCONTRACTORS LIST AS NECESSARY |

>> POST THIS CARD <<





# Building Permit Application
## Building Inspections
## 234-3601

Permit # 38051

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 3/12/12 | ☐ Electrical    ☐ Plumbing | | Yes / (No) |
| | ☐ Building Permit  ☒ Demolition  ☐ Sign | | |

Asbestos Present? Yes / (No)      Located in Flood Plain? Yes / No      Is Building Vacant? (Yes) / No
City of Wheeling Business License? (Yes) / No      If Yes, how long? _____

| Parcel Type: | ☐ Residential | ☒ Commercial | ☐ Industrial |

Street Address where work is being done:

**100 East Cove Ave**

| Owner's First Name: Sledd | Last Name: Co | Phone: 304-243-1820 |

Owner's Address: **Po box 2018   Wheeling WVa 26003**

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | | |
| Other | | |

Scope of work to be done:  **Demo**

Must Attach Detailed Site Plan:  Yes / No      Estimated Value of Work $ **7,000.00**

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

_____       33. S Stams Rd Columbus, oh      740-232-5633
Signature of Applicant                Address of Applicant            Phone

Mike Riley                         Chris Rock Industries
Print Name                         Owner / Contractor

Codes Official / Inspector: _____

GMR 343

# WEST VIRGINIA



## NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION

Date: 3/12/12

Operator Project No: **OH-001**

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

**Type of Notification:**
Original ☒       Revision ☐ (Highlight Changes)       Cancellation ☐

**Type of Operation:**
Demolition ☒   Ordered Demolition ☐   Renovation ☐   Emergency Renovation ☐

**Facility Owner:**
Name: Chas M. Sledds Company
Address: East Cove Avenue
City: Wheeling       State: WV.       Zip Code: 26003
Contact Person: Meta Marline Lasch       Phone: (304) 233-0880

**Facility Description:**
Name: Foggy Bottom Fun Center & Bowling Lanes       City: Wheeling
Address: 68 & 100 East Cove       Location Within Facility:
County: Ohio
Building Size (Sq. Ft.): 7.14 Acres       Number of Floors: 2       Age (Yrs): 58
Present Use: Vacant Structures       Prior Use: Fun Center/ Bowling Lanes

**Asbestos Contractor:**
Name:       Asbestos Contractor License #:
Address:
City:       State:       Zip Code:
Contact Person:       Phone:

**Other Contractor:**
Name: Ohio Rock Ind.       Contractor's License #: WV049329
Address: 33 South James Rd.
City: Columbus       State: OH.       Zip Code: 43213
Contact Person: Mark Dannon       Phone: (740)233-5633

**Building Inspection:**
Inspection Date: 06/12/11
Asbestos Inspection By: Michael T. Kurosky       WV License #: *AI006437*
Lab: Carolina Environmental       Analysis By:
Procedure Used to Detect Presence of Asbestos: PLM/ Point Count
Is Asbestos Present at 1% or Greater:   Yes ☐   No ☒
Project Designer:       WV License #:
Air Monitor:       WV License #:

**Schedule:**
Asbestos Removal:       Start Date:       Completion Date:
Demo/Renovation: *Yes*       Start Date: 03/28/12       Completion Date: 06/28/12
Project Work Hours: *8- 6*       Work Days: (M)(T)(W)(Th)(F) Sa Su (Circle)

Page 1 of 2

GMR 344

**Emergency Renovation:**
Date & Hour of Sudden Unexpected Event: __/__/__ __:__ AM PM
Attach a description of the sudden, unexpected event and how this results in an unsafe condition, would cause equipment damage or an unreasonable financial burden.

**Demolition Ordered by Government Agency:**
Agency:
Name:                                               Title:
Date of Order: __/__/__                             Date Order to Begin: __/__/__
(Copy of order must be attached.)

**Types of ACM:**

| Asbestos Containing Material To Be Removed: | | | Cat. I & II Nonfriable ACM Not To Be Removed: | | |
|---|---|---|---|---|---|
| Type(s): | | | Type(s): | | |
| Pipes: | Ln. Ft: | % Asbestos: | Pipes: | Ln. Ft: | % Asbestos: |
| Area: | Sq. Ft: | % Asbestos: | Area: | Sq. Ft: | % Asbestos: |
| Other: | Cu. Ft: | % Asbestos: | Other: | Cu. Ft: | % Asbestos: |

Description of planned demolition or renovation work and method(s) to be used:

Demolish the structure using heavy equipment with dust control during the demolition.
Load and transport all C&D to a landfill for disposal, backfill the area as needed for grade.

Description of procedures to be used to comply with NESHAP (40CFR.61 Subpart M):



Description of procedures to be followed in the event that unexpected asbestos is found or previously nonfriable ACM becomes crumbled, pulverized, or reduced to powder:

Stop all work, keep ACM wet, notify the building owner.

**Waste Transporter:**
Name:                              ID #:
Address:
City:                              State:            Zip Code:
Contact Person:                    Phone:

**Waste Disposal Site:**
Name:                              ID #:
Address:
City:                              State:            Zip Code:
Contact Person:                    Phone:

**Certification:**
I certify that an individual trained in the provisions of 40 CFR 61, Subpart M will be on site during the demolition or renovation and evidence that the required training has been accomplished by the person will be available for inspection during normal business hours. I further certify that the information contained in the notification is correct.

Signature of Owner/Operator: _____          Date: 03/12/12

Name and Title (Print or Type): _Bryant Rancho Rock_

Page 2 of 2

GMR 345

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site:   *100 East Cove*
Date:   *3-8-12*
Contractor:   *Ohio Rock Industries L.T.D*

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

**Date Disconnected**

*3-12-12*

Gas, 19th & Wood Streets                     Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. **Only** after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

**Date Disconnected**

*3-12-12*

Gas, 19th & Wood Streets                     Fax# 304-233-6451

GMR 346

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

### DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701          Building Inspection: 304.234.3601
CDBG: 304.234.3701                       Building Inspection-Fax: 304.234.3683
Fax: 304.234.3899                        www.wheelingwv.gov

### Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: *100 EAST Cove Ave*

DATE: *3-8-12*

GENERAL CONTRACTOR: *Ohio Rock Industries L.T.O*

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| *Joe Wills* <br> Water Distribution, 9 Armory Drive          fax# 304-234-3837 | *3-8-12* |
| *(signature)* <br> Water Commercial, Room 112          fax# 304-234-3721 | *9-29-11* |
| *(signature)* <br> Electric, 4201 Jacob Street <br> To obtain an order to remove/device meter call 1-800-982-4237 <br> If service meter has been removed, fax# 304-234-3144 for sign off | *3-9-12* |

*Gas, 19th & Wood Streets (Please see attached sheet)

NOTE:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| *Robert A Weesner* <br> Water Pollution Control (sewer), 26th & Main Streets     fax# 304-234-3873 | *03.12.12* |
| *Dave Hall* <br> Telephone, 995 Mt. DeChantal Road, WV <br> George Melnik, 304-243-7702          fax# 304-243-7098 | *3/12/12* |
| *Helen Robinson* <br> Cable, 908 National Rd, Bridgeport, OH, 43912     fax# 740-609-3856 | *3-12-12* |

ATTENTION:     SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 347

## THE CITY OF WHEELING, WV
### Building Inspection Department
### Permit Application Fee

_Ohio Park Industries LTD_ Owes The City Of Wheeling For the following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|----------|----------|------------|---------------|
| 34451 | $ 1,000 | $ 28.00 | 16 Exclusive Avenue |
|  | $ | $ |  |

TOTAL AMOUNT OWED: $ 28.00       DATE _____ 12 2012

GMR 348




# CITY OF WHEELING
# BUILDING PERMIT

Division of Building Code Services                    Phone: 304-234-3601

Permit Type:  Building                    Permit #  BP38052

Owner    CHAS M SLEDD COMPANY                    Date:  3/13/2012

Contractor  OHIO ROCK INDUSTRIES LTD

Address   68 COVE AVENUE E

Project Description  | Demolition |

| A MINIMUM OF THREE INSPECTIONS REQUIRED FOR ALL CONSTRUCTION | Approved plans must be retained on job and this card kept posted until final inspection has been made. Such building shall not be occupied until final inspection has been made and approved | CALL 234-3601 TO SCHEDULE INSPECTIONS |
|---|---|---|
| 1. Footings / Foundations<br>2. Framing & Utility Rough-In<br>3. Final Inspection | | UPDATE SUBCONTRACTORS LIST AS NECESSARY |

# Building Permit Application
## Building Inspections
## 234-3601



Permit # 38052

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 3/02/12 | ☐ Electrical    ☐ Plumbing | | Yes (No) |
| | ☐ Building Permit   ☒ Demolition   ☐ Sign | | |

Asbestos Present? Yes (No)    Located in Flood Plain? Yes / No         Is Building Vacant? (Yes)/ No
City of Wheeling Business License? (Yes)/ No                          If Yes, how long?

Parcel Type: ☐ Residential    ☒ Commercial    ☐ Industrial

Street Address where work is being done: 68 EAST Cove Ave

Owner's First Name: Sledd    Last Name: CO    Phone: 304-243-1820

Owner's Address: Po box 2018   Wheeling WVA 26003

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | | |
| Other | | |

Scope of work to be done: Demo

Must Attach Detailed Site Plan: Yes / No          Estimated Value of Work $ 10,000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

Signature of Applicant          Address of Applicant          Phone
                                33 S. Jame Rd Columbus    740-232-5633

Mike Riley                      Ohio Rock Industries
Print Name                      Owner / Contractor          Codes Official / Inspector: _____

GMR 350

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection Fax: 304.234.3683
www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: _68 East Zove_
Date: _3-8-12_
Contractor: _Ohio Rock Industries C.7.O_

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.

**Date Disconnected**

_3-12-12_

Gas, 19th & Wood Streets          Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**

**Date Disconnected**

_3-12-12_

Gas, 19th & Wood Streets          Fax# 304-233-6451

GMR 351

# CITY OF WHEELING



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

---

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

---

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** _68 East Cove_

**DATE:** _3-8-12_

**GENERAL CONTRACTOR:** _Ohio Rock Industries L.T.D_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| *Joe Wills* — Water Distribution, 9 Armory Drive   fax# 304-234-3837 | _3-8-12_ |
| *Norma Nenek* — Water Commercial, Room 112   fax# 304-234-3721 | _9-29-11_ |
| *Ron W. ____* — Electric, 1201 Jacob Street | _3-9-12_ |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax# 304-234-3144 for sign off

\*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| *Robert A Werner JR* — Water Pollution Control (sewer), 26th & Main Streets   fax# 304-234-3873 | _03-12-12_ |
| *Joe Hill* — Telephone, 995 Mt. DeChantal Road, WV   George Melnik, 304-243-7702   fax# 304-243-7098 | _3/12/12_ |
| *Jerry Robinson* — Cable, 908 National Rd, Bridgeport, OH, 43912   fax# 740-609-3856 | _3-12-12_ |

**ATTENTION:**    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

GMR 352

# WEST VIRGINIA
# STATE TAX DEPARTMENT
# BUSINESS REGISTRATION
# CERTIFICATE

### ISSUED TO:
### OHIO ROCK INDUSTRIES LTD
### 33 S JAMES RD   101A
### COLUMBUS, OH  43213-1066

BUSINESS REGISTRATION ACCOUNT NUMBER:     **2266-1636**

This certificate is issued on:     **03/9/2012**

*This certificate is issued by
the West Virginia State Tax Commissioner
in accordance with Chapter 11, Article 12, of the West Virginia Code*

*The person or organization identified on this certificate is registered
to conduct business in the State of West Virginia at the location above.*

**This certificate is not transferrable and must be displayed at the location for which issued.**

This certificate shall be permanent until cessation of the business for which the certificate of registration was granted or until it is suspended, revoked or cancelled by the Tax Commissioner.

Change in name or change of location shall be considered a cessation of the business and a new certificate shall be required.

TRAVELING/STREET VENDORS: Must carry a copy of this certificate in every vehicle operated by them. CONTRACTORS, DRILLING OPERATORS, TIMBER/LOGGING OPERATIONS: Must have a copy of this certificate displayed at every job site within West Virginia.

atL006 v.4
L0846565760

GMR 353

▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼ ▼



# CONTRACTOR LICENSE

Authorized by the

## West Virginia Contractor Licensing Board

**Number:**   WV049329

**Classification:**

ASPHALT
DEMOLITION
LANDCLEARING

OHIO ROCK INDUSTRIES LTD
DBA OHIO ROCK INDUSTRIES LTD
33 SOUTH JAMES ROAD
COLUMBUS, OH 43213

**Date Issued**   **Expiration Date**

MARCH 09, 2012   MARCH 09, 2013

_____   _Michael A. Carl_

Authorized Company Signature   Chair, West Virginia Contractor
Licensing Board

## WEST VIRGINIA CONTRACTOR LICENSING BOARD

▼ ▼ ▼ ▼ ▶ ◀ ▼ ▼ ▼

This license, or a copy thereof, must be posted in a conspicuous place at every construction site where work is being performed. This license number must appear in all advertisements, on all bid submissions and on all fully executed and binding contracts. This license cannot be assigned or transferred by licensee. Issued under provisions of West Virginia Code, Chapter 21, Article 11.

GMR 354

 **Ohio** | **Bureau of Workers'
Compensation**

30 W. Spring St.
Columbus, OH 43215

### Certificate of Premium Payment

This certifies the employer listed below has paid into the Ohio State Insurance Fund as required by law. Therefore, the employer is entitled to the rights and benefits of the fund for the period specified. For more information, call 1-800-OHIOBWC.

**This certificate must be conspicuously posted.**

Policy No. and Employer
NEW APPLICATION

75508852

OHIO ROCK INDUSTRIES, LTD
33 SOUTH JAMES RD
COLUMBUS OH 43213

Period Specified Below
02-06-2012 Thru 08-31-2012



*Stephen Buehrer*
Administrator

ohiobwc.com

You can reproduce this certificate as needed.

Issued by: WHB

---

### Ohio Bureau of Workers' Compensation

# Required Posting

Effective Oct. 13, 2004, Section 4123.54 of the Ohio Revised Code requires notice of rebuttable presumption. Rebuttable presumption means an employee may dispute or prove untrue the presumption (or belief) that alcohol or a controlled substance not prescribed by the employee's physician is the proximate cause (main reason) of the work-related injury.

The burden of proof is on the employee to prove the presence of alcohol or a controlled substance was not the proximate cause of the work-related injury. An employee who tests positive or refuses to submit to chemical testing may be disqualified for compensation and benefits under the Workers' Compensation Act.

**Ohio** | **Bureau of Workers'
Compensation**

You must post this language with the certificate of premium payment.

DP-29 BWC-1629 1/13/2011

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 03/08/2012 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab | | |
|---|---|---|---|
| ISU-PCIG | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 932 W.Mound St, | E-MAIL ADDRESS: eschwab@pcig.biz | | |
| Columbus, OH 43223 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Colony Insurance Company | | |
| INSURED | INSURER B: | | |
| Ohio Rock | INSURER C: | | |
| 33 S. James Rd. | INSURER D: | | |
| Columbus, OH 43213 | INSURER E: | | |
| | INSURER F: | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 2,000,000 |
| | ☒ COMMERCIAL GENERAL LIABILITY | X | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE ☒ OCCUR | | | GL 871748 | 02/23/2012 | 02/23/2013 | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | POLICY ☐ PRO-JECT ☐ LOC ☐ | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ☐ NON-OWNED AUTOS ☐ | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1500 Chapline St. | |
| Wheeling, WV 26003 | AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    The ACORD name and logo are registered marks of ACORD

Clear All

# WEST VIRGINIA



# NOTIFICATION OF ABATEMENT, DEMOLITION, OR RENOVATION

Date: 3/12/12

Operator Project No: **OH-001**

| OFFICE USE ONLY | |
|---|---|
| Date Rec'd: | Check No: |
| Postmark Date: | Paid By: |
| Notification No: | Amount: $ |

---

**Type of Notification:**
Original ☒          Revision ☐ (Highlight Changes)          Cancellation ☐

**Type of Operation:**
Demolition ☒    Ordered Demolition ☐          Renovation ☐          Emergency Renovation ☐

**Facility Owner:**
Name: Chas M. Sledds Company
Address: East Cove Avenue
City: Wheeling                State: WV.            Zip Code: 26003
Contact Person: Meta Marline Lasch              Phone: (304) 233-0880

**Facility Description:**
Name: Foggy Bottom Fun Center  & Bowling Lanes
Address: 68 & 100 East Cove                         City: Wheeling
County: Ohio                                          Location Within Facility:
Building Size (Sq. Ft.): 7.14 Acres          Number of Floors: 2        Age (Yrs): 58
Present Use: Vacant Structures                Prior Use: Fun Center/ Bowling Lanes

**Asbestos Contractor:**
Name:                                         Asbestos Contractor License #:
Address:
City:                    State:               Zip Code:
Contact Person:                              Phone:

**Other Contractor:**
Name: Ohio Rock Ind.                        Contractor's License #: WV049329
Address: 33 South James Rd.
City: Columbus          State: OH.          Zip Code: 43213
Contact Person: Mark Dannon                 Phone: (740)233-5633

**Building Inspection:**
Inspection Date: 06/12/11
Asbestos Inspection By: Michael T. Kurosky          WV License #: $AI006437$
Lab: Carolina Environmental                          Analysis By:
    Procedure Used to Detect Presence of Asbestos: PLM/ Point Count
    Is Asbestos Present at 1% or Greater:        Yes ☐      No ☒
Project Designer:                           WV License #:
Air Monitor:                                WV License #:

**Schedule:**
Asbestos Removal:          Start Date:          Completion Date:
Demo/Renovation: Yes       Start Date: 03/28/12     Completion Date: 06/28/12
Project Work Hours: 8- 6                 Work Days: (M)(T)(W)(Th)(F) Sa  Su  (Circle)

---

Page 1 of 2

GMR 357

# WEST VIRGINIA
## STATE TAX DEPARTMENT
# BUSINESS REGISTRATION
# CERTIFICATE

ISSUED TO:

## OHIO ROCK INDUSTRIES LTD
## 33 S JAMES RD   101A
## COLUMBUS, OH  43213-1066

BUSINESS REGISTRATION ACCOUNT NUMBER:      **2266-1636**

This certificate is issued on:      **03/9/2012**

*This certificate is issued by*
*the West Virginia State Tax Commissioner*
*in accordance with Chapter 11, Article 12, of the West Virginia Code*

*The person or organization identified on this certificate is registered*
*to conduct business in the State of West Virginia at the location above.*

**This certificate is not transferrable and must be displayed at the location for which issued.**
This certificate shall be permanent until cessation of the business for which the certificate of registration
was granted or until it is suspended, revoked or cancelled by the Tax Commissioner.

Change in name or change of location shall be considered a cessation of the business and a new
certificate shall be required.

TRAVELING/STREET VENDORS: Must carry a copy of this certificate in every vehicle operated by them.
CONTRACTORS, DRILLING OPERATORS, TIMBER/LOGGING OPERATIONS: Must have a copy of
this certificate displayed at every job site within West Virginia.

atL006 v.4
L0846565760

GMR 358

 **Ohio** | **Bureau of Workers' Compensation**

30 W. Spring St.
Columbus, OH  43215

## Certificate of Premium Payment

This certifies the employer listed below has paid into the Ohio State Insurance Fund as
required by law. Therefore, the employer is entitled to the rights and benefits of the
fund for the period specified. For more information, call 1-800-OHIOBWC.

### This certificate must be conspicuously posted.

Policy No. and Employer
NEW APPLICATION

75508852

OHIO ROCK INDUSTRIES, LTD
33 SOUTH JAMES RD
COLUMBUS OH 43213

ohiobwc.com

Issued by: WHB

Period Specified Below
02-06-2012 Thru 08-31-2012

*Stephen Buehrer*
Administrator

You can reproduce this certificate as needed.

---

## Ohio Bureau of Workers' Compensation

# Required Posting

Effective Oct. 13, 2004, Section 4123.54 of the Ohio Revised Code
requires notice of rebuttable presumption. Rebuttable presumption
means an employee may dispute or prove untrue the presumption
(or belief) that alcohol or a controlled substance not prescribed
by the employee's physician is the proximate cause (main reason)
of the work-related injury.

The burden of proof is on the employee to prove the presence of
alcohol or a controlled substance was not the proximate cause of
the work-related injury. An employee who tests positive or refuses
to submit to chemical testing may be disqualified for compensation
and benefits under the Workers' Compensation Act.

**Ohio** | **Bureau of Workers' Compensation**

You must post this language with the certificate of premium payment.

DP-29 BWC-1629 1/13/2011

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 03/00/2012 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Eric Schwab | | |
|---|---|---|---|
| ISU-PCIG | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 932 W.Mound St | E-MAIL ADDRESS: edschwab@pcig.biz | | |
| Columbus, OH 43223 | | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : Colony Insurance Company | | |
| Ohio Rock | INSURER B : | | |
| 33 S. James Rd. | INSURER C : | | |
| Columbus, OH 43213 | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** ☒ COMMERCIAL GENERAL LIABILITY | X | | GL 671748 | 02/23/2012 | 02/23/2013 | EACH OCCURRENCE | $ 2,000,000 |
| | ☐ CLAIMS-MADE ☒ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

Insured Classified As: Wrecking of Buildings or Structures

City of Wheeling named as Certificate Holder and as Additional Insured

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling 1500 Chapline St. Wheeling, WV 26003 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

Clear All

GMR 360

## THE CITY OF WHEELING, WV
### Building Inspection Department
### Permit Application Fee

Ohio Eagle Industries LTD _____ Owes The City Of Wheeling For the
following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|---|---|---|---|
| 37052 | $ 11,400 | $ 40 | 60 Lind Cove Avenue |
| | $ | $ | |

TOTAL AMOUNT OWED: $ 40        DATE March 12, 2002

GMR 361



# CITY OF WHEELING

1500 CHAPLINE ST
WHEELING, WV 26003
(304) 234-3601
www.WheelingWV.gov

## DEMOLITION PERMIT

| | | | |
|---|---|---|---|
| PERMIT #: | 130313 | DATE ISSUED: | 5/02/2013 |

JOB ADDRESS:     225 MCCOLLOCH ST          MAP #:
PARCEL ID:                                 PID #:
SUBDIVISION:                               ZONING:
FLOOD ZONE:

ISSUED TO:        RCI SERVICES LLC         CONTRACTOR:     RCI SERVICES LLC
ADDRESS           PO BOX 135               ADDRESS         PO BOX 135
CITY, STATE ZIP:  ETNA  OH  43018          CITY, STATE ZIP: ETNA  OH  43018
PHONE:            888-963-7889             PHONE:

FEE CODE            DESCRIPTION
BUILD               BUILDING PERMIT FEE SCHEDULE

NOTES: DEMOLISH DRY DOCK AREA ONLY

## POST THIS CARD

THIS PERMIT EXPIRES 6 MONTHS FROM THE DATE OF ISSUANCE.

CALL 304-234-3601 TO SCHEDULE INSPECTIONS. UPDATE SUBCONTRACTOR LIST AS NECESSARY.

APPROVED PLANS MUST BE RETAINED ON JOB AND THIS CARD KEPT POSTED UNTIL FINAL INPECTION HAS BEEN MADE.

SUCH BUILDING SHALL NOT BE OCCUPIED UNTIL FINAL INSPECTION HAS BEEN MADE AND APPROVED.

BEFORE DIGGING OR OTHERWISE DISTURBING THE EARTH, CALL 1-800-245-4848 TO NOTIFY ANY UNDERGROUND OWNERS.

_____          __/__/___
(SIGNATURE OF CONTRACTOR OR AUTHORIZED AGENT)          DATE

_Frank Wilson_____                      _5/7/13_
(APPROVED BY)                                          DATE

GMR 362



# Building Permit Application
## Building Inspections
## 234-3601

Permit # _____

| Application Date | Work Type: | | Is Applicant Owner? |
|---|---|---|---|
| 5 / 2 / 13 | ☐ Electrical    ☐ Plumbing | | Yes / No |
| | ☐ Building Permit  ☒ Demolition  ☐ Sign | | |

Asbestos Present? Yes / No         Located in Flood Plain? Yes / No         Is Building Vacant? Yes / No
City of Wheeling Business License? Yes / No                                If Yes, how long? _____

| Parcel Type: | ☐ Residential | ☐ Commercial | ☐ Industrial |
|---|---|---|---|

Street Address where work is being done: 225 McColloct ST

| Owner's First Name: Michael | Last Name: Cofield | Phone: 614-619-0564 |
|---|---|---|

Owner's Address:

| CONTRACTOR INFORMATION | Contractor's Business Name | WV License Number |
|---|---|---|
| General Contractor | | |
| Excavation | | |
| Concrete | | |
| Carpentry | | |
| Electrical | | |
| Plumbing | | |
| Heating & A/C | | |
| Roofing | | |
| Masonry | | |
| Drywall | | |
| Demolition | Yes  GARAGE only | |
| Other | | |

Scope of work to be done: Complete Demo

Must Attach Detailed Site Plan: Yes / No         Estimated Value of Work $ 4000

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code official's authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to this permit.

| Signature of Applicant | Address of Applicant | Phone |
|---|---|---|
| | PO Box 155 Euro | 740-252-5633 |

| Mike Roby | | Frank Wilson |
|---|---|---|
| Print Name | Owner / Contractor | Codes Official / Inspector: |

GMR 363

04/29/2013  08:25    3042343837                    WHEELING WATER DISTR                    PAGE  01/01



CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning 304-234-3701
CDBG 304-234-3701
Fax: 304-234-3699

Building Inspection 304-234-3671
Building Inspection Fax: 304-234-3681
www.wheeling.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE:         _225 McColloch St_     Gray out
DATE:             _4-26-63_              Building only
GENERAL CONTRACTOR: _Knueli Demolition_   Dry Doc

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| ✓ _4-26-13 Fax   Joe Wible_   ✗  | _4-25-13_ |
| Water Distribution, 9 Armory Drive   fax# 304-234-3837 | |
| Water Commercial, Room 112   ✗   fax# 304-234-3722 | _No answer._ |
| _4-26-13 Fax_   ✗ | |
| Electric, 4201 Jacob Street | |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed  fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets (Please see attached sheet)

<u>NOTE</u>: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| Water Pollution Control (sewer) 26th & Main Streets   fax# 304-234-8879 | |
|---|---|
| Telephone, 595 Mt. DeChantal Road, WV   ✗ | |
| George Melnik, 304-243-7702   fax# 304-243-7098 | |
| Cable, 908 National Rd. Bridgeport, OH, 43912   ✗   fax 740-609-8856 | |

ATTENTION:     **SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.**

_Please Fax Back 740-281-0966_

GMR 364

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING, WEST VIRGINIA 26003

## DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701
CDBG: 304.234.3701
Fax: 304.234.3899

Building Inspection: 304.234.3601
Building Inspection-Fax: 304.234.3683
www.wheelingwv.gov

## Demolition Utility Disconnect Sheet

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

**JOB SITE:** _225 McColloch St         OT Building only_

**DATE:** _4-26-13_

**GENERAL CONTRACTOR:** _R. C. I_

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| ✓  _yes_ | |
| Water Distribution, 9 Armory Drive          fax# 304-234-3837 | |
| ✓  _Lonna Meurs_ | _5-2-13_ |
| Water Commercial, Room 112          fax# 304-234-3721 | |
| ✓  _(signature)_ | _5-2-13_ |
| Electric, 420 Jacob Street | |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, fax# 304-234-3144 for sign off | |

*Gas, 19th & Wood Streets  (Please see attached sheet)

<u>NOTE</u>:  Where demolition involves the razing of an accessory structure:  the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

| | |
|---|---|
| ✓  _(signature)  WPCA_ | _GAS yes_ |
| Water Pollution Control (Sewer), 26th & Main Streets    fax# 304-234-3873 | |
| ✓  _yes_ | |
| Telephone, 995 Mt. DeChantal Road, WV | |
| George Meinik, 304-243-7702          fax# 304-243-7098 | |
| _yes_ | |
| Cable, 908 National Rd, Bridgeport, OH, 43912          fax# 740-609-3856 | |

**ATTENTION:**    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL.

_Please fax back to 740-633-3477_

GMR 365

Apr. 29. 2013 10:08AM   Mountaineer Gas                    No. 4572   P. 1

# CITY OF WHEELING

CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304.234.3701          Building Inspector: 304.234.3601
CDBG: 304.234.3701                       Building Inspection Fax: 304.234.3683
Fax: 304.234.3899                        www.wheelingwv.gov

**Demolition Gas Utility Disconnect Sheet**

Job Site: ___225 McColloch St___

Date: ___4-28-13___

Contractor: ___Ruzett Demolition___

*(handwritten, right side:)* Gray out Buildings only there HAS Never Been Gas At the Building

**Temporary Gas Utility Disconnect**
The gas service has been turned off at the shut-off valve.                    Date Disconnected

_____                                  _____
Gas, 19th & Wood Streets              Fax# 304-233-6451

Signing off on this will enable the demolition contractor to obtain the necessary permit to start the work. The first requirement of the contractor when he gets on site is to dig-up the gas line at the shut-off valve, call the gas company and disconnect the service line and cap according to the requirements of the gas company. Only after this work is completed will the contractor be allowed to start the demolition. The gas company will then sign off on the Utility Disconnect Sheet.

**Demolition Gas Utility Disconnect**                    Date Disconnected

_____                                  ___4-29-13___
Gas, 19th & Wood Streets              Fax# 304-233-6451

*(handwritten:)* Please Fax Back
740-281-0966

GMR 366

Apr. 29. 2013  8:11AM  VERIZON                                    No. 9289   P. 1



CITY COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

**DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT**

Planning & Zoning 304-234-3701                Building Inspection 304-234-3600
CDBG 304-234-3701                              Building Inspector-Fax 304-234-3665
Fax 304-234-3666                                www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _225 McColloch St_      GRAY OUT
DATE: _4-26-13_                   Buildings only
GENERAL CONTRACTOR: _Runoff Demolition_   Day Doc

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| _4-26-13 FAX_ ✗ |  |
| Water Distribution, 9 Armory Drive      fax 304-234-3837 |  |
|  | No erase |
| Water Commercial, Room 132      fax 304-234-3721 ✗ |  |
| _4-26-13 FAX_ ✗ |  |
| Electric, 4201 Jacob Street |  |

To obtain an order to remove service meter call 1-800-982-4237
If service meter has been removed, fax 304-234-3144 for sign off

*Gas, 19th & Wood Streets (Please see attached sheet)

**NOTE:** Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

_4-26-13 FAX_ ✗
Water Pollution Control (sewer), 26th & Main Streets   fax 304-234-3875 ✗        _4/28/13_
Telephone, 995 Mt. DeChantal Road, WV                                   ✗
George Melnik, 304-243-7702                             fax 304-243-7098

Cable, 908 National Rd. Bridgeport, OH. 43512      fax 740-609-3856

**ATTENTION:**   SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER
POLLUTION CONTROL.

_Please Fax Back 740-281-0966_

GMR 367



CITY OF WHEELING

CITY-COUNTY BUILDING
1500 CHAPLINE STREET
WHEELING WEST VIRGINIA 26003

DEPARTMENT OF ECONOMIC AND COMMUNITY DEVELOPMENT

Planning & Zoning: 304-234-3701
CDBG: 304-234-3701
Fax: 304-234-3899

Building Inspection: 304-234-3875
Building Inspector-Fax: 304-234-3853
www.wheelingwv.gov

**Demolition Utility Disconnect Sheet**

The ICC International Building Code, Section 3303, Demolition, states that a demolition permit cannot be obtained until the owner or agent receives a release from all utility companies stating that their respective service connection and appurtenant equipment have been removed or sealed or plugged in a safe manner.

Therefore, before this office can issue a demolition permit, the following form must be filled out and returned to the Building Inspection Office.

JOB SITE: _225 McCulloch St_    Gray out

DATE: _4-26-63_    Building only

GENERAL CONTRACTOR: _Russell Demolition_    Dry Doc

| UTILITY: | DATE DISCONNECTED: |
|---|---|
| _4-26-13 FAX_ X | |
| Water Distribution, 9 Armory Drive     fax# 304-234-3887 | |
| Water Commercial, Room 112     fax# 304-234-3711   X | _No_ _____ |
| _4-26-13 FAX_ | |
| Electric 4201 Jacob Street   X | |
| To obtain an order to remove service meter call 1-800-982-4237 | |
| If service meter has been removed, fax# 304-234-3144 for sign off | |

**"Gas, 19th & Wood Streets (Please see attached sheet)**

**NOTE**: Where demolition involves the razing of an accessory structure: the owner and/or agent causing the demolition shall, prior to the start of any demolition, contact the appropriate utility provider (gas company) for temporary disconnection of service (by turn-off at meter or curb valve) for the duration of the demolition activity or for permanent removal of service as directed by the affected utility provider.

_4-26-13 FAX_
Water Pollution Control (sewer), 26th & Main Streets     fax# 304-234-3879   X

_4-26-13 FAX_
Telephone, 995 Mt. DeChantal Road, WV
George Melnik, 304-243-7702     fax# 304-243-7098   X

✓ _4-29-13 EoF_
Cable, 908 National Rd Bridgeport, OH 43912     fax# 740-609-3855   X

ATTENTION:    SANITARY SEWER MUST BE CAPPED BY CONTRACTOR AND INSPECTED BY WATER POLLUTION CONTROL

Please Fax Back 740-281-0966

GMR 368



# WEST VIRGINIA CONTRACTOR LICENSING BOARD

# CONTRACTOR LICENSE

### Authorized by the

## West Virginia Contractor Licensing Board

**Number:**    WV049676

**Classification:**

DEMOLITION
LANDSCAPING
PRESSURE WASHING/SANDBLASTING

RCI SERVICES LLC
DBA RCI SERVICES LLC
PO BOX 135
ETNA, OH 43018

**Date Issued**

JUNE 07, 2012

**Expiration Date**

JUNE 07, 2013

*La Kesha Atteberry*
Authorized Company Signature

*Michael A. Cook*
Chair, West Virginia Contractor
Licensing Board

This license, or a copy thereof, must be posted in a conspicuous place at every construction site where work is being performed. This license number must appear in all advertisements, on all bid submissions and on all fully executed and binding contracts. This license cannot be assigned or transferred by licensee. Issued under provisions of West Virginia Code, Chapter 21, Article 11.

GMR 369



GMR 370

 **Ohio** | **Bureau of Workers' Compensation**

30 W. Spring St.
Columbus, OH 43215

## Certificate of Premium Payment

This certifies the employer listed below has paid into the Ohio State Insurance Fund as required by law. Therefore, the employer is entitled to the rights and benefits of the fund for the period specified. For more information, call 1-800-OHIOBWC.

This certificate must be conspicuously posted.

Policy No. and Employer                          Period Specified Below

1654287                                          01/01/2013 Thru 08/31/2013

RCI SERVICES LLC
RCI SERVICES LLC
PO BOX 135
ETNA, OH 43018-0135

ohiobwc.com

*Stephen Buehrer*
Administrator/CEO

You can reproduce this certificate as needed.

---

## Ohio Bureau of Workers' Compensation

## Required Posting

Effective Oct. 13, 2004, Section 4123.54 of the Ohio Revised Code requires notice of rebuttable presumption. Rebuttable presumption means an employee may dispute or prove untrue the presumption (or belief) that alcohol or a controlled substance not prescribed by the employee's physician is the proximate cause (main reason) of the work-related injury.

The burden of proof is on the employee to prove the presence of alcohol or a controlled substance was not the proximate cause of the work-related injury. An employee who tests positive or refuses to submit to chemical testing may be disqualified for compensation and benefits under the Workers' Compensation Act.

**Ohio** | **Bureau of Workers' Compensation**

You must post this language with the certificate of premium payment.

DP-29 BWC-1629 7/7/08

GMR 371

2013-05-02 11:52    Farmer  Insurance         405 701 0278 >>            3042343683   P 2/2

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 05/02/2013 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Lee Ashlock | | |
|---|---|---|---|---|
| Lee Ashlock | PHONE (A/C, No, Ext): 405.310.6310 | | FAX (A/C, No): 405.701.0278 | |
| 1010 24th Ave NW #100 | E-MAIL ADDRESS: cashlock@farmersagent.com | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| Norman            OK  73069 | INSURER A : Western Heritage Ins Co | | | |
| INSURED | INSURER B : | | | |
| RCI | INSURER C : | | | |
| 101 N Zane Highway | INSURER D : | | | |
| Martins Ferry          OH  43935 | INSURER E : | | | |
| | INSURER F : | | | |

COVERAGES          CERTIFICATE NUMBER:                              REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE  [X] OCCUR | | | D292319A.1 | 06/18/2012 | 06/18/2013 | MED EXP (Any one person) | $ 1,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS   NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**   Y/N | | | | | | WC STATU- TORY LIMITS   OTH- ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?   N/A | | | | | | E.L. EACH ACCIDENT | $ |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Additional Insured-

City of Wheeling
1500 Chapline Street
Wheeling, WV 26003

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheeling 1500 Chapline Street Wheeling, WV  26003 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

GMR 372

## THE CITY OF WHEELING, WV
### Building Inspection Department
### Permit Application Fee

_____ Owes The City Of Wheeling For the
following permits.

| Permit # | Job Cost | Permit Fee | Work Location |
|----------|----------|------------|---------------|
| 7  13 | $ 2  00 | $ 16.00 | D C McColl ch  st |
|  | $ | $ |  |

TOTAL AMOUNT OWED: $ 16 _____     DATE  2 · 13 _____

GMR 373